AO 450 (Rev. 5/85) Judgment in a Civil Case

**FILED**
Monday, 02 August, 2004  05:13:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

**Deere Credit, Inc.**

vs.                                                    Case Number:   **04-1175**

**Scott C. Hess; Anne Waymack Hess**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of the Plaintiff and against the Defendants in the amount of $711,851.15 as to Counts I and II and $67,380.00 as to Counts III and IV.  **FURTHER** judgment is entered in favor of Plaintiff and against the Defendants for costs in the sum of $431.00 and attorneys' fees in the sum of $2,686.25.

ENTER this 30th day of July, 2004

　　　　s/ John M. Waters
　　　JOHN M. WATERS, CLERK

　　　　s/ C Douglas
　　　BY:  DEPUTY CLERK

04-1175.wpd