E-FILED
Friday, 29 October, 2004  04:41:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS <br><br> Defendants. | Case No. 04-1175 |

### GARNISHMENT SUMMONS--NON-WAGE

To the garnishee:  **Cargill, Inc. c/o CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604-1101**

NOTE:   **This Non-Wage Garnishment relates to the Cargill, Inc. office located at 377 W. 1st Street, Dallas City, IL 62330 and the Cargill, Inc. office located at 310 South Water Street, Havana, IL 62644**

YOU ARE SUMMONED and required to file Answers to the Judgment Creditor's Interrogatories in the office of the clerk of this court, 100 N. E. Monroe, Peoria, Illinois 61602, on or before **Wednesday, November 24, 2004**. However, if this Summons is served on you less than 10 days before that date, you must file Answers to the Interrogatories on or before 14 days after that date.

IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than the above date.

(seal of court)    WITNESS, 10/29/04

s/ John M. Waters
Clerk of the Court

s/ C. Douglas
(Deputy)

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
Telephone:  (309) 676-8986