IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **DEERE CREDIT, INC.,** | | |
| Plaintiff, | | |
| vs. | Case No. 04-1175 | |
| SCOTT C. HESS and ANNE WAYMACK HESS | | |
| Defendants. | | |

FILED
OCT 2 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NON-WAGE GARNISHMENT NOTICE

United States District Court
Central District of Illinois
Federal Courthouse
100 N. E. Monroe
Peoria, Illinois  61602

Name of Case:                Deere Credit, Inc. v. Scott Hess and Anne Waymack Hess

Judgment Creditor:           Deere Credit, Inc.

Judgment Debtors:            Scott C. Hess and Anne Waymack Hess
Address of Judgment Debtors: Scott C. Hess --
                             1505 W. Jackson St., #10, Macomb, IL 61455
                             Anne Waymack Hess --
                             23360 N. 1700th Road
                             Bushnell, IL  61422

Name and Address of Attorney
for Judgment Creditor:       MARY A. CORRIGAN
                             VONACHEN, LAWLESS, TRAGER & SLEVIN
                             456 Fulton Street, Suite 425
                             Peoria, IL  61602

Amount of Judgment:          $ 782,348.40

Name of Garnishee:           CHEM GRO, INC.

Return Date:                 Wednesday, November 24, 2004

**NOTICE:** The Court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor that may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle; and debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of one million or more, the judgment debtor must notify the Clerk of the Court in person and in writing at 100 N. E. Monroe, Peoria, Illinois 61602 before the return date specified above or appear in the court on that return date. To obtain a hearing in counties with a population of less than one million, the judgment debtor must notify the Clerk of the Court in writing at 100 N. E. Monroe, Peoria, Illinois 61602 on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

## CERTIFICATE OF MAILING

    I hereby certify that, within two business days of service on the garnishee of the garnishment summons, interrogatories, and garnishment notice, I served on the judgment debtor in this cause a copy of the garnishment summons and garnishment notice by first class mail to the judgment debtor's address as indicated in the garnishment notice.

_____

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
Telephone:    (309) 676-8986