IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS <br><br> Defendants. | Case No. 04-1175 <br><br> **FILED** <br> OCT 2 9 2004 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS |

### AFFIDAVIT FOR GARNISHMENT
### NON-WAGE

Mary A. Corrigan on oath states:

1.  Judgment was entered on July 30, 2004, for Judgment Creditor, DEERE CREDIT, INC., in the amount of $782,348.40

2.  $0 has been paid on the judgment.

3.  There is unpaid on the judgment:
    $782,348.40          principal
    $   5316.54          interest through November 24, 2004

    $787,664.94   TOTAL

4.  I believe that Garnishee, Cargill, Inc. is indebted to the Judgment Debtors or has in its possession, custody or control property belonging to him/her/them or in which he/she/they has/have an interest.

I request that Summons be issued and directed to the Garnishee.

_____
Mary A. Corrigan, Attorney for Plaintiff

SIGNED AND SWORN TO me this 29th day of October, 2004.

_____
Notary Public

OFFICIAL SEAL
JANICE S ELLIOTT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/23/08

# INTERROGATORIES TO GARNISHEE

1. When you were served with the Summons did you have in your possession, custody or control any property belonging to the Judgment Debtors or in which he/she/they had an interest?

   Answer:_____ (yes or no)

2. If your answer is yes, describe the property?

3. When you were served with the Summons were you otherwise indebted to him/her/them no matter when payable?

   Answer:_____ (yes or no)

4. If you answer is yes, state:

   Description:

   Amount: $_____

   Date due: _____

## AFFIDAVIT

_____ on oath states that the answers that the interrogatories are true.

   _____

SUBSCRIBED AND SWORN TO before me this ____ day of this _____, 2004.

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS <br><br> Defendants. | Case No. 04-1175 |

### CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that, within 2 business days of service upon the Garnishee of the Garnishment Summons, Interrogatories and Garnishment Notice, on the 29th day of October, 2004, I served upon the Judgment Debtors in this cause a copy of the Garnishment Summons and Garnishment Notice by first class mail to the Judgment Debtors' addresses as indicated in the Garnishment Notice.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

_____
MARY A. CORRIGAN

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone:    (309) 676-8986