IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DEERE CREDIT, INC.,

    Plaintiff,

vs.

    Case No. 04-1175

SCOTT C. HESS and ANNE WAYMACK HESS,

    Defendants,

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1. Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2. That he served **Archer-Daniels-Midland Co., a/k/a ADM/Growmark River System, Inc. a/k/a ADM-Growmark,** by personally delivering a copy of the foregoing *Non-Wage Garnishment Summons, Affidavit For Non-Wage Garnishment Order, Interrogatories & Non-Wage Garnishment Notice* to ANNETTE MARTIN, Senior Process Specialist, a person based upon his investigation to be Sex **F**, Race **B**, Approximate Age **30's** on the 1st day of November, 2004, at the hour of **12:18 PM.** PI mailed to SCOTT C. HESS and ANNE WAYMACK HESS a copy of the Non-Wage Garnishment Summons, Notice & Affidavit Of Special Process Server to Defendants usual place of abode via U.S. Mail from Wyoming, IL 61491 on 11-3-2004.

3. That he effectuated this Service at: 208 S. LaSalle St., Suite 814, Chicago, IL 60604

4. The fee for service and return is $ 20.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

_____

Subscribed and Sworn to
before me this 3rd day
of November, 2004.

_____
Notary Public.

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07