IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DEERE CREDIT, INC.,

        Plaintiff,

vs.    Case No. 04-1175

SCOTT C. HESS and ANNE WAYMACK HESS,

        Defendants,

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1. Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2. That he served **Chem Gro, Inc.,** by personally delivering a copy of the foregoing *Non-Wage Garnishment Summons, Affidavit For Non-Wage Garnishment Order, Interrogatories & Non-Wage Garnishment Notice* to MIKE POLLOCK, Manager, a person based upon his investigation to be Sex M, Race W, Approximate Age 40's on the 2nd day of November, 2004, at the hour of 12:22 PM. PI mailed to SCOTT C. HESS and ANNE WAYMACK HESS a copy of the Non-Wage Garnishment Summons, Notice & Affidavit Of Special Process Server to Defendants usual place of abode via U.S. Mail from Wyoming, IL 61491 on 11-3-2004.

3. That he effectuated this Service at: 1743 E. County Road 2200, Dallas City, IL 62330.

4. The fee for service and return is $ 85.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

*[signature]*

Subscribed and Sworn to
before me this 3rd day
of November, 2004.

*[signature]*
Notary Public.

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07