E-FILED
Thursday, 11 November, 2004 04:18:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| vs. | Case No. 04-1175 |
| SCOTT C. HESS and ANNE WAYMACK HESS, | |
| Defendants, | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1. Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2. That he served **Anderson Feed & Grain Co., Inc., Dallas City, IL c/o Michael L. Neff, Registered Agent,** by personally delivering a copy of the foregoing *Non-Wage Garnishment Summons, Affidavit For Non-Wage Garnishment Order, Interrogatories & Non-Wage Garnishment Notice* to KATHY BOYER, Legal Assistant, a person based upon his investigation to be Sex <u>F</u>, Race <u>W</u>, Approximate Age <u>30's</u> on the 2nd day of November, 2004, at the hour of <u>11:46 AM</u>. PI mailed to SCOTT C. HESS and ANNE WAYMACK HESS a copy of the Non-Wage Garnishment Summons, Notice & Affidavit Of Special Process Server to Defendants usual place of abode via U.S. Mail from Wyoming, IL 61491 on 11-3-2004.

3. That he effectuated this Service at: 108 S. Broadway, Stronghurst, IL 61480.

4. The fee for service and return is $ 65.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

_____

Subscribed and Sworn to
before me this 3rd day
of November, 2004.

_Jill A Sloan_
Notary Public.

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07