## INTERROGATORIES TO GARNISHEE

1. When you were served with the Summons did you have in your possession, custody or control any property belonging to the Judgment Debtors or in which he/she/they had an interest?

    Answer: __NO__ (yes or no)

2. If your answer is yes, describe the property?

    04-1175

3. When you were served with the Summons were you otherwise indebted to him/her/them no matter when payable?

    Answer: __NO__ (yes or no)

    FILED
    NOV 1 2004
    JOHN M. WATERS, Clerk
    U.S. DISTRICT COURT
    CENTRAL DISTRICT OF ILLINOIS

4. If you answer is yes, state:

    Description:

    Amount: $_____

    Date due: _____

## AFFIDAVIT

__David Anderson__ on oath states that the answers that the interrogatories are true.

_[signature]_ (Pres.)

SUBSCRIBED AND SWORN TO before me this __4__ day of this __November__, 2004.

_[signature]_
Notary Public

"OFFICIAL SEAL"
Jeanette M. Ford
Notary Public, State of Illinois
My Commission Exp. 07/25/2005