IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| vs. | Case No. 04-1175 |
| SCOTT C. HESS and ANNE WAYMACK HESS, | |
| Defendants, | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1.　Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2.　That he served **SCOTT C. HESS,** by personally delivering a copy of the foregoing *Citation To Discover Assets* to his Roommate, LOUISE DiFALCO, a person based upon his investigation to be Sex F, Race W, DOB, 04-08-1959 on the 5th day of December, 2004, at the hour of 11:20 AM.

3.　That he effectuated this Service at Defendants usual place of abode: 1505 W. Jackson St., #10, Macomb, IL 61455 and also by mailing a copy of the Service documents to Defendant on 12/05/04 via First class mail from Wyoming, IL 61491.

4.　The fee for service and return is $ 20.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

*/s/ Steven V. Sloan*

Subscribed and Sworn to
before me this 5th day
of December, 2004.

*/s/ Jill A Sloan*
Notary Public.

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07