E-FILED
Thursday, 09 December, 2004 01:08:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| vs. | Case No. 04-1175 |
| SCOTT C. HESS and ANNE WAYMACK HESS, | |
| Defendants, | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1. Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2. That he served **ANNE WAYMACK HESS,** by personally delivering a copy of the foregoing *Citation To Discover Assets* to her, a person based upon his investigation to be Sex F, Race W, Approximate Age Late 30's  5' 6"  150 lbs.  Blond hair on the 5th day of December, 2004, at the hour of 12:44 PM.

3. That he effectuated this Service at Defendants usual place of abode: 23360 N. 1700th Road, Bushnell, IL 61422

4. The fee for service and return is $ 70.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

Subscribed and Sworn to
before me this 5th day
of December, 2004.

Jill A Sloan
Notary Public.

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07