IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DEERE CREDIT, INC.,

      Plaintiff,

vs.

Case No. 04-1175

SCOTT C. HESS and ANNE WAYMACK HESS,

      Defendants,

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1.  Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2.  That he served **WILMA HESS,** by personally delivering a copy of the foregoing *Citation To Discover Assets* to her Husband, CHARLES HESS, a person based upon his investigation to be Sex <u>M</u>, Race <u>W</u>, DOB, <u>12-16-1928</u> on the 7th day of December, 2004, at the hour of <u>8:17 P.M.</u>

3.  That he effectuated this Service at Defendants usual place of abode: 24147 N. Seven Hills Road, Marietta, IL 61459 and also by mailing a copy of the Service documents to Defendant on 12/07/04 via First class mail from Wyoming, IL 61491.

4.  The fee for service and return is $ 20.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

_____

Subscribed and Sworn to
before me this 7th day
of December, 2004.

_____
Notary Public.

```
OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07
```