IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| vs. | Case No. 04-1175 |
| SCOTT C. HESS and ANNE WAYMACK HESS, | |
| Defendants, | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

1. Steven V. Sloan, a licensed Private Investigator, LIC # 0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United States of America, an adult over the age of eighteen.

2. That he served **CHARLES HESS,** by personally delivering a copy of the foregoing *Citation To Discover Assets* to him, a person based upon his investigation to be Sex <u>M</u>, Race <u>W</u>, DOB, <u>12-16-1928</u> <u>5' 11"   170 lbs.   Gray hair</u> on the 7th day of December, 2004, at the hour of <u>8:17 P.M.</u>

3. That he effectuated this Service at Defendants usual place of abode: 24147 N. Seven Hills Road, Marietta, IL 61459.

4. The fee for service and return is $ 60.00 to serve process.

FURTHER THE AFFIANT SAYS NOT.

_____

Subscribed and Sworn to
before me this 7th day
of December, 2004.

_____
Notary Public.

OFFICIAL SEAL
JILL A SLOAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-26-07