| MEMORANDUM OF JUDGMENT | |
|---|---|
| THIS DOCUMENT PREPARED BY: | |
| MARY A. CORRIGAN<br>VONACHEN, LAWLESS,<br>TRAGER & SLEVIN<br>456 FULTON STREET<br>SUITE 425<br>PEORIA, IL  61602 | |

Judgment rendered
 AGAINST:
  NAME OF PARTIES:    SCOTT HESS    and    ANNE WAYMACK HESS
  STREET ADDRESSES:   1505 W. Jackson St., #10    23360 N. 1700th Road
  CITY and STATE:     Macomb, Illinois    Bushnell, Illinois

Judgment rendered July 30, 2004, in the amount of $711,851.15 as to Counts I & II and $67,380.00 as to Counts III & IV.  Additionally, judgment rendered July 30, 2004, in the amount of $431.00 for costs and $2,686.25 for attorneys' fees.  (Total Judgment: $782,348.40)

In favor of:

  NAME OF PARTY:      DEERE CREDIT, INC
  STREET ADDRESS:     6400 N.W. 86th Street
  CITY and STATE:     Johnston, Iowa 50131-6600

Court Case No.:       In the United States District Court for the Central
                      District of Illinois, Peoria Division, Case No. 04-1175

  SIGNED: __/s/ JM Waters__
                                                              /hk
  _____ Judge

  __X__ Clerk

---

MAIL RECEIPT TO:

MARY A. CORRIGAN
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL  61602