IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 1 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEERE CREDIT, INC., )<br>         Plaintiff, )<br> )<br>vs. )     Case No. 04-1175<br> )<br>SCOTT C. HESS and )<br>ANNE WAYMACK HESS, )<br>         Defendants. ) | |

## ENTRY OF APPEARANCE

Joseph C. O'Donnell, hereby enters his appearance as attorney for Scott C. Hess, one of the Defendants. My address and phone number is as shown below.

*/s/ Joseph C. O'Donnell*
Joseph C. O'Donnell

| | |
|---|---|
| Name: | Joseph C. O'Donnell |
|  | O'Donnell Law Office |
| Address: | 127 S. Lafayette Street, P.O. Box 385 |
|  | Macomb, Illinois 61455 |
| Phone: | (309) 833-3476 |
| FAX: | (309) 833-3413 |

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:
Mary A. Corrigan
Vonachen, Lawless, Trager & Slevin
Attorneys for Plaintiff
456 Fulton Street, Suite 425
Peoria, IL. 61602-1240

by hand delivery at the U.S. District Court for the Central District of Illinois, Peoria Division, 305 Federal Building, 100 N.E. Monroe St., Peoria, IL. 61602, on this 13th day of December, 2004.

*/s/ Joseph C. O'Donnell*
Joseph C. O'Donnell

Joseph C. O'Donnell, Attorney at Law
Attorney Reg. No. 06185873
127 S. Lafayette St., P.O. Box 385
Macomb, Illinois 61455
(309) 833-3476