E-FILED
Tuesday, 14 December, 2004  09:15:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 1 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEERE CREDIT, INC.,  )
    Plaintiff,  )
   )
vs.  )  Case No. 04-1175
   )
SCOTT C. HESS and  )
ANNE WAYMACK HESS,  )
    Defendants.  )

## MOTION TO CONTINUE

COMES NOW, the Defendant, Scott C. Hess, by and through his attorney, Joseph C. O'Donnell, and hereby moves that the hearing on Citation To Discover Assets in this cause scheduled for December 13, 2004 at 1:30 p.m. be continued and in support thereof states as follows:

1. That Joseph C. O'Donnell was very recently retained by the Defendant, Scott C. Hess, to represent him in this cause.

2. That more time is needed to collect documents and prepare for the hearing on Citation To Discover Assets.

3. That Defendant, Scott C. Hess, anticipates the ability to comply with the Citation To Discover Assets in 90 days.

4. That counsel for Plaintiff, Deere Credit, Inc., has indicated it is not agreeable to a continuance.

WHEREFORE, Scott C. Hess respectfully prays that the hearing on the Citation To Discover Assets in this cause scheduled for December 13, 2004 at 1:30 p.m. be continued to another date certain.

RESPECTFULLY SUBMITTED
SCOTT C. HESS

_____
by his attorney,
Joseph C. O'Donnell

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:
Mary A. Corrigan
Vonachen, Lawless, Trager & Slevin
Attorneys for Plaintiff
456 Fulton Street, Suite 425
Peoria, IL. 61602-1240
by hand delivery at the U.S. District Court for the Central District of Illinois, Peoria Division, 305 Federal Building, 100 N.E. Monroe St., Peoria, IL. 61602, on this 13th day of December, 2004.

_____
Joseph C. O'Donnell


Joseph C. O'Donnell
Attorney at Law
Attorney Reg. No. 06185873
127 S. Lafayette St., P.O. Box 385
Macomb, Illinois  61455
(309) 833-3476