E-FILED
Tuesday, 21 June, 2005  02:24:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1175 |
| ) | |
| SCOTT C. HESS and ANN WAYMACK HESS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| vs. ) | |
| ) | |
| CARGILL, INCORPRATED., ) | |
| ) | |
| Garnishee. ) | |

FILED
JUN 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MOTION FOR PERMISSION TO FILE
DOCUMENTS CONVENTIONALLY**

Now comes CARGILL, INCORPORATED., by Its attorneys, White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, and moves the Court for permission to file documents conventionally, i.e. paper or non-electronic filing.

Due to financial constraints and the inability to access the equipment necessary to comply with the requirement of electronic filing, the undersigned requests that the within documents be submitted for conventional filing and that the undersigned be permitted to continue to file documents conventionally for the duration of the above-entitled cause.

Respectfully submitted,

CARGILL, INCORPORATED.,
Garnishee,

By _____
One of Its Attorneys

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

Alan B. Marsh, Designation of Lead Counsel
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350
(815) 434-2000

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000