IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) ) No. 04-1175 |
| Defendants. | ) ) |
| vs. | ) ) |
| CARGILL, INCORPORATED., | ) ) |
| Garnishee. | ) |

FILED
JUN 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR LEAVE TO APPEAR AND
## FILE MOTION FOR INTERPLEADER

Garnishee, CARGILL, INCORPORATED., by Its Attorneys, White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, moves the Court that It be granted leave to appear in the above-entitled cause and to file Its Motion for Interpleader attached hereto as Exhibit A.

Respectfully submitted,

CARGILL, INCORPORATED.,
Garnishee,

By _____
One of Its Attorneys

Alan B. Marsh, Designation of Lead Counsel
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350
(815) 434-2000

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

Alan B. Marsh, Designation of Lead Counsel
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 East Etna Road
Ottawa, Illinois 61350
(815) 434-2000

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT C. HESS and ANN WAYMACK HESS, )<br>)<br>Defendants. )<br>)<br>vs. )<br>)<br>CARGILL, INCORPORATED., )<br>)<br>Garnishee. ) | No. 04-1175 |

**MOTION FOR INTERPLEADER**

Garnishee, CARGILL, INCOPORATED., by Its Attorneys, White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, for Its Motion for Interpleader states:

1. On or about April 12, 2005, Plaintiff herein, Deere Credit, Inc. caused to be served upon Cargill, Incorporated. in this action the Citation to Discover Assets to Third Party, a copy of which is attached hereto as Exhibit B (ACitation@).

2. At the time of service of said Citation, Garnishee, Cargill, Incorporated., had in Its possession Its draft No. 802972431 dated March 10, 2005 in the sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) payable to Charles Hess of 24147 North Seven Hills Road, Marietta, Illinois 61459 and Defendant herein, Scott C. Hess, and West Central FS, Inc. of P.O. Box 2500, Bloomington, Illinois 61702-2500 and Plaintiff, Deere Credit, Inc.  A copy of said draft is attached hereto as Exhibit C.

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

EXHIBIT A

3. By virtue of said Citation to Discover Assets, Plaintiff herein, Deere Credit, Inc., has demanded payment to it from Garnishee of the sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) in satisfaction of the Judgment entered herein on July 30, 2004 against Defendants, Scott C. Hess and A. Waymack Hess.

4. Charles Hess of 24147 North Seven Hills Road, Marietta, Illinois 61459 has demanded payment to him from Garnishee of said same sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) pursuant to his purported landlord=s lien upon crops in accordance with 735 ILCS 5/9-316.

5. West Central FS, Inc. of P.O. Box 2500, Bloomington, Illinois 61702-2500 has demanded payment to It of said same sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) pursuant to Notices of Security Interest to Buyers of Farm Products, copies of which are attached hereto as Exhibit D and made a part hereof.

6. Garnishee, Cargill, Incorporated., at all times has been, and now is able and willing to pay said sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) to the person or persons lawfully entitled to it.

WHEREFORE, Garnishee, Cargill, Incorporated., prays:

1. The Court permit said Charles Hess and West Central SF, Inc. to appear herein and maintain their respective claims to the aforesaid money held by garnishee. That a claimant not voluntarily appearing herein shall be served with Notice as the Court shall direct.

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

2. That Plaintiff, Deere Credit, Inc., and Defendant, Scott C. Hess, and Claimants, Charles Hess and West Central FS, Inc. be required severally to set forth to which of them the sum of money rightfully belongs and is payable, and how in particular they make their claims to it. That Plaintiff and Defendants and Claimants be required to adjust and settle their demands between themselves.

3. Garnishee, Cargill, Incorporated., be ordered to deliver to this Court the original draft identified as Exhibit C and that said Plaintiff and Defendant and Claimants be ordered to fully endorse the same for deposit to the Clerk of this Court, which deposit of the sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) be held by said Clerk subject to further order of Court. In the alternative, that Cargill, Incorporated., Garnishee, be ordered to cancel the original identified draft in Exhibit C and deposit the sum of Forty-Two Thousand Four Hundred Twenty-One and Twelve Cents ($42,421.12) with the Clerk of this Court to be held by said Clerk subject to further order of Court.

4. Upon the making of said deposit, Cargill, Incorporated., Garnishee, be discharged from all liability to Plaintiff, Deere Credit, Inc., and Defendants, Scott C. Hess and Ann Waymack Hess, and claimants, West Central FS and Charles Hess, with respect to such sum.

5. Garnishee, Cargill, Incorporated., have other and further, or different, relief as the Court deems equitable and proper.

CARGILL, INCORPORATED.,
Garnishee,

By _____
One of Its Attorneys

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

Alan B. Marsh, Designation of Lead Counsel
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350
(815) 434-2000

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DEERE CREDIT, INC.,

    Plaintiff,

vs.

SCOTT C. HESS and ANNE WAYMACK HESS,

    Defendants.

CASE NO.: 04-1175

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

To:    Cargill, Inc.
    Law Department #24
    Attention: Mary Willard
    15407 McGinty Road West
    Wayzata, MN 55391

YOU ARE COMMANDED to appear before Honorable John A. Gorman at the Federal Building, 100 N. E. Monroe, Peoria, Illinois, on Thursday, May 19, 2005 at 1:30 p.m.

Judgment against Scott Hess and Anne Waymack Hess was entered on July 30, 2004, and $787,664.94 remains unsatisfied.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due.

NOTICE: The Court has issued a Citation against the person named above. The Citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

**EXHIBIT**

B

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTION AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value in any one motor vehicle, and the debtor's equity interest, not to exceed $750.00 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when owned and occupied as a residence to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of the gross weekly wages of (ii) the amount by which disposable earnings for a week exceed the total of 45 times the minimum hourly wage.

(4) Under federal law, the amount of wages that may applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.

YOU ARE COMMANDED to produce the following concerning the property or income of the Judgment Debtor at the examination:

(SEE ATTACHED EXHIBIT "A" - DEMAND FOR DOCUMENTS.)

2

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

| | |
|---|---|
| Judgment Amount | $782,348.40 |
| Balance Due | $799,688.23 (through April 12, 2005) plus costs and attorney fees |
| Date of Judgment/Revival | July 30, 2004 |

The undersigned certifies, under penalties provided by law pursuant to 735 ILCS 5/1-109, that the information contained herein is true and correct.

Attorney/Judgment Creditor: _Mary A. Corrigan_

WITNESS, _April 12_, 2005

_John M. Waters_
Clerk of United States District Court

_M. Bisinger_
Deputy

DATE OF SERVICE _____        (Seal of Court)

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
(309) 676-8986

3

THE REVERSE SIDE OF THIS DOCUMENT HAS A CLEAR INK WATERMARK

**CARGILL INCORPORATED**
Financial Service Center
Fargo, ND

Bank One, NA
Columbus, OH

56-1544 / 441

MM/DD/YY: 03/10/05 Number: 802972431

Amount: **********$42,421.12

Forty-Two Thousand Four Hundred Twenty-One and 12/100 Dollars

Pay to the order of:
CHARLES HESS & Scott Hess & West Central F.S. Inc. & Deere Credit, Inc.
24147 N SEVEN HILLS RD
MARIETTA IL 61459

VOID

⑈802972431⑈ ⑆044115443⑆ 634867543⑈

## REMITTANCE STATEMENT

3
238923    Financial Service Center

| VENDOR | 51125599 | DATE | 03/10/05 | PAYMENT # | 802972431 |

| Vendor Ref#/Invoice # | Purchase Location | PO#/Ref# | Voucher# | Invoice Amount | Discount | Sales Tax | Net Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 502795456 | CGD-Beardstown | OP00318421 | VP00027158 | 42,421.12 | | | 42,421.12 | 18540457 CMDTY# 218042 |

EXHIBIT
C

CA-1858 (8/02)

## NOTICE OF SECURITY INTEREST TO BUYERS OF FARM PRODUCTS

To: Cargill AgHorizons, INC.(formerly Continental Gr.)        1/12/2005
Attn: CROP BUYING DEPT.
814 W. MAIN, P.O. BOX 408
BEARDSTOWN, IL 62618

You are hereby given notice pursuant to Section 1324 of the Food Security Act of 1985, 7 U.S.C. § 1631(e), that WEST CENTRAL FS, INC.. (Secured Party) is the holder of a perfected security interest in the farm products described below which are growing or may be grown by the Debtor(s) and secure a debt or other obligation to (Secured Party). You are further notified that, should you purchase any of the said farm products of such Producer, you shall take such farm products subject to the security interest created by him or her in the farm products. Should the said Producer fail to account to us for the proceeds of the sale of these farm products and fail to perform the payment obligations, you may be liable to us for conversion of such farm products.

1. Name, Address, and Telephone Number of the Secured Party:

    WEST CENTRAL FS, INC.
    PO Box 2500
    Bloomington, IL 61702-2500
    (800) 355-6088

2. Name, Address, and Social Security Number or Taxpayer Identification Number of the Persons(s) Indebted to the Secured Party:

| Name | SSN or TIN | Address |
|---|---|---|
| SCOTT C HESS | 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 | 1505 W JACKSON ST APT 10 MACOMB, IL 61455 |

3. Farm Product(s) Subject to the Security Interest Created by the Debtor(s):

**Description of Farm Products(s):**  All Crops

**Crop/Livestock Year(s):**  2004

**County(ies) Where Farm Product(s) Produced:**  MASSAC, IL and any other location the above producer farms in.

**Description of Property Where Farm Product(s) Located:**  MASSAC, IL and any other location the above producer farms in.

4. Payment Obligation Required as a Condition for Waiver of Release of Security Interest:

Our security interest in the farm products produced by the said Producer will be waived by us by your making all payments in consideration of your purchase of said farm products jointly in the names of the said Producer and WEST CENTRAL FS, INC. (Secured Party).

(Secured Party)

By: ☒ _____

Title: _____DIRECTOR OF OPERATIONS_____



EXHIBIT

D



RECEIVED JAN 1 3 2005

PPF 3189 (08/03)

## NOTICE OF SECURITY INTEREST TO BUYERS OF FARM PRODUCTS

To: CARGILL, INC. (DALLAS CITY)  2/14/2005
Attn: CROP BUYING DEPT.
P.O. BOX 427
DALLAS CITY, IL 62330

You are hereby given notice pursuant to Section 1324 of the Food Security Act of 1985, 7 U.S.C. § 1631(e), that WEST CENTRAL FS, INC.. (Secured Party) is the holder of a perfected security interest in the farm products described below which are growing or may be grown by the Debtor(s) and secure a debt or other obligation to (Secured Party). You are further notified that, should you purchase any of the said farm products of such Producer, you shall take such farm products subject to the security interest created by him or her in the farm products. Should the said Producer fail to account to us for the proceeds of the sale of these farm products and fail to perform the payment obligations, you may be liable to us for conversion of such farm products.

1. Name, Address, and Telephone Number of the Secured Party:

   WEST CENTRAL FS, INC.
   PO Box 2500
   Bloomington, IL 61702-2500
   (800) 355-6088

2. Name, Address, and Social Security Number or Taxpayer Identification Number of the Persons(s) Indebted to the Secured Party:

| Name | SSN or TIN | Address |
|---|---|---|
| SCOTT C HESS | 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 | 1505 W JACKSON ST APT 10 MACOMB, IL 61455 |

3. Farm Product(s) Subject to the Security Interest Created by the Debtor(s):

*Description of Farm Products(s):* All Crops

*Crop/Livestock Year(s):* 2004

*County(ies) Where Farm Product(s) Produced:* MASSAC, IL and any other location the above producer farms in.

*Description of Property Where Farm Product(s) Located:* MASSAC, IL and any other location the above producer farms in.

4. Payment Obligation Required as a Condition for Waiver of Release of Security Interest:

Our security interest in the farm products produced by the said Producer will be waived by us by your making all payments in consideration of your purchase of said farm products jointly in the names of the said Producer and WEST CENTRAL FS, INC. (Secured Party).

(Secured Party)
By: ☒ *James K Hartman*
Title: SENIOR CREDIT OFFICER

RECEIVED FEB 23 2005

Already on since 1-13-05

PPF 3189 (08/03)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. | ) |
| Plaintiff, | ) |
| vs. | ) |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) No. 04-1175 |
| Defendants. | ) |
| vs. | ) |
| CARGILL, INCORPRATED., | ) |
| Garnishee. | ) |

**Order Granting Leave to Appear
and File Motion for Interpleader**

On Motion of Garnishee, Cargill, Incorporated,

IT IS HEREBY ORDERED that Cargill, Incorporated, be and is hereby granted leave to appear in the above-entitled cause and file Its Motion for Interpleader attached to said Motion as Exhibit A.

Dated _____, 2005

ENTER: _____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. | ) |
|       Plaintiff, | ) |
| vs. | ) |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) No. 04-1175 |
|       Defendants. | ) |
| vs. | ) |
| CARGILL, INCORPRATED., | ) |
|       Garnishee. | ) |

**Order for Payment to Clerk and Discharge of Interpleader**

This cause coming on to be heard upon Motion of CARGILL, INCORPORATED., for Interpleader pursuant to Notice, the Court having examined the pleadings, heard argument of counsel and being fully advised in the premises finds:

1. It has jurisdiction of the parties and the subject matter.

2. The pleadings on file show that there is no genuine issue as to any material fact relevant to said Motion for Interpleader and Cargill, Incorporated., is entitled to a Judgment therefore as a mater of law.

3 At the time of service of Citation to Discover Assets, herein, Garnishee, Cargill, Incorporated., had in Its possession Its draft No. 802972431 dated March 10, 2005 in the sum of $42,421.12 payable to Charles Hess of 24147 North Seven Hills Road, Marietta, Illinois 61459 and Defendants, Scott C. Hess and West Central FS, Inc., of P.O. Box 2500 Bloomington, Illinois 61702-2500 and Plaintiff, Deree Credit, Inc., a copy of said draft is attached to Garnishee=s Motion for Interpleader as Exhibit C.

4. Garnishee, Cargill, Incorporated., is able and willing to pay the sum of $42,421.12 to the person or person lawfully entitled to it.

NOW, THEREFORE, IT IS ORDERED BY THIS COURT AS FOLLOWS:

1. The Motion of Garnishee, Cargill, Incorporated., for Interpleader be and is hereby granted.

2. Cargill, Incorporated., Garnishee, be and is hereby ordered to cancel the original draft identified as Exhibit C as aforesaid and deposit the sum of $42,421.12 with the Clerk of this Court to be held by said Clerk subject to further order of this Court.

3. Upon making of said deposit, Garnishee, Cargill, Incorporated., is discharged of all liability to Plaintiff herein, Deere Credit, Inc., and Defendants, Scott C. Hess and Ann Waymack Hess, and claimants, West Central FS and Charles Hess with respect to such sum.

Dated _____, 2005

ENTER: _____
                              Judge

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

DEERE CREDIT, INC.
    Plaintiff,
vs.
SCOTT C. HESS and ANN WAYMACK HESS,
    Defendants.
vs.
CARGILL, INCORPRATED.,
    Garnishee

**APPEARANCE**

Case Number: 04-1175

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    CARGILL, INCORPRATED., Garnishee

I certify that I am admitted to practice in this court.

June 29, 2005
Date

Signature

Alan B. Marsh     IL No: 01773879
Print Name     Bar Number

511 East Etna Road
Address

Ottawa     IL     61350
City     State     Zip Code

(815) 434-2000     (815) 434-0564
Phone Number     Fax Number