IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DEERE CREDIT, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1175 |
| | ) | |
| SCOTT C. HESS and | ) | |
| ANNE WAYMACK HESS, | ) | |
|     Defendants. | ) | |

## MOTION TO WITHDRAW

Now comes Joseph C. O'Donnell, attorney for Scott Hess, one of the Defendants, and hereby moves this Court to grant him leave to withdraw as counsel for said Scott Hess, and in support thereof states as follows:

1. That Scott Hess' last known address is 23180 N. 1700 Rd., Bushnell, IL. 61422.

2. That Joseph C. O'Donnell was severely injured in a motor vehicle accident on May 24, 2005 in Peoria, Illinois.

3. That Joseph C. O'Donnell is not physically able to continue in his duties as attorney for Scott Hess.

WHEREFORE, Joseph C. O'Donnell respectfully prays that this Court grant him leave to withdraw as counsel herein for Scott Hess.

                                        RESPECTFULLY SUBMITTED

                                        /s/ Joseph C.O'Donnell

Joseph C. O'Donnell
Attorney At Law
127 S. Lafayette Street
Macomb, Illinois 61455
(309) 833-3476

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1175 |
| ) | |
| SCOTT C. HESS and ) | |
| ANNE WAYMACK HESS, ) | |
| Defendants. ) | |

CERTIFICATE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 8, 2005, he electronically filed with the Clerk of the U.S. District Court for the Central District of Illinois, a Motion to Withdraw.

The undersigned served the Motion to Withdraw electronically upon the following parties:
Mary A. Corrigan    mcorrigan@vltslaw.com, tschallau@vltslaw.com
Barry M Barash, Esq.  Barry@barashlaw.com
Susan Linn Perkins    lperkins@vltslaw.com, pmonroe@vltslaw.com
John A. Slevin  jslevin@vltslaw.com, bcalhoun@vltslaw.com
M. Michael Waters    mwaters@vltslaw.com, selliott@vltslaw.com

and served the Motion To Withdraw by certified U.S. Mail, return receipt requested, from the U.S. Post Office in Macomb, Illinois, before 5:00 p.m. on that date, on:
Scott Hess
23180 N. 1700 Rd.
Bushnell, IL. 61422

and served the Motion to Withdraw via first class mail, postage prepaid, from the U.S. Post Office in Macomb, Illinois, before 5:00 p.m. on that date, on the following parties:
Anne Waymack Hess
23360 N. 1700th Rd.
Bushnell IL 61422

Alan B. Marsh
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 East Etna Road
Ottawa, IL. 61350

                                        /s/ Joseph C. O'Donnell

Joseph C. O'Donnell
Attorney At Law
127 S. Lafayette Street
Macomb, Illinois 61455
(309) 833-3476