IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS, <br><br> Defendants. | CASE NO.: 04-1175 |

**NOTICE OF HEARING**

YOU ARE HEREBY NOTIFIED that on **Tuesday, August 30, 2005, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Magistrate John A. Gorman of said Court at the Peoria County Courthouse, Peoria, Illinois and thereupon call the Citation to Discover Assets Third Party directed to Archer-Daniels Midland Company, a/k/a ADM Growmark up for hearing.

Respectfully submitted,

/S/ Mary A. Corrigan
One of the Attorneys for the Plaintiffs

Mary A. Corrigan, #1274
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
(309) 676-8986

## PROOF OF SERVICE

The undersigned certifies that on July 27, 2005

[ **X** ]   A copy of the attached instrument was deposited in the U.S. Mail, postage prepaid, at Peoria, Illinois, plainly addressed as follows:

[ __ ]   A copy of the attached instrument was personally delivered to the following:

Robert Lindstrom, Esq.
Mustain, Lindstrom & Henson
1865 N. Henderson Street
Suite 11B
Galesburg, IL  61401

Charles Hess
24147 N. Seven Hills Road
Marietta, IL  61459

/S/ Mary A. Corrigan