IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| DEERE CREDIT, INC. | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) ) ) | No. 04-1175 |
| Defendants. | ) ) ) | |
| vs. | ) ) ) | |
| CARGILL, INCORPRATED., | ) ) | |
| Garnishee. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify as follows:

I am a citizen of the United States and am employed in the County of LaSalle, Illinois. I am over the age of eighteen years and I am not a party to this action. My business address is 511 East Etna Road, Ottawa, Illinois 61350. I am employed in the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, and at their direction on this the 20 day of June, 2005, I served the within (1) Entry of Appearance, (2) Motion for Permission to File Documents Conventionally, (3) Motion for Leave to Appear and File Motion for Interpleader, (4) Order Granting for Leave to Appear and File the Motion for Interpleader, (5) Motion for Interpleader, and (6) Order for Payment to Clerk and Discharge of Interpleader in this action by placing true copies in a envelope addressed to all attorneys of record, and parties as follows:

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

Deere Credit, Inc.
c/o Mary A. Corrigan, Attorney at Law
Vonacagn, Lawless, Trager & Slevin
Suite 425, 456 Fulton Street
Peoria, Illinois 61602

Scott C. Hess
c/o Joseph C. O'Donnell
Attorney at Law
127 South Lafayette Street
Macomb, Illinois 61455

Scott C. Hess
1505 West Jackson Street, No. 10
Macomb, Illinois 61455

Ann Waymack Hess
23360 North 1700th Road
Bushnell, Illinois 61422

Charles Hess
24147 North Seven Hills Road
Marietta, Illinois 61459

and by then sealing the envelope and depositing the same, with postage thereon fully prepaid, in the mail at the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this the 20 day of June, 2005, at the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350.

By: _____
Zachary L. Stavedahl

Subscribed and sworn to before me this the 30th day of June, 2005.

_____
Notary Public

OFFICIAL SEAL
PAMELA A CHANDLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/19/09

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

Alan B. Marsh, Designation of Lead Counsel
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 East Etna Road
Ottawa, Illinois 61350
(815) 434-2000

WHITE, MARSH,
ERSON, MARTIN,
KERS, DEOBLER
& GOODE
TTORNEYS AT LAW
511 E. ETNA ROAD
AWA, ILLINOIS 61350
ONE: (815) 434-2000