**E-FILED**

Wednesday, 27 July, 2005  03:34:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Deere Credit, Inc., | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case No. 04-1175 |
| | ) | |
| Scott C. Hess, et al, | ) | |
| Defendant | ) | |

**ORDER**

Now before the court is the Motion for Interpleader, filed by Garnishee Cargill, Inc. (Doc. #51).  The motion is allowed.  Cargill is directed to mail or deliver to this Court within 7 business days from the date of this Order a check payable to the Clerk of the United States District Court, Central District of Illinois, in the amount of $42,421.12.

Pursuant to 28 U.S.C. § 1335, 28 U.S.C. 2041, and Local Rule CDIL 67.2, The Clerk of the Court is directed to deposit the Garnishee's check into an interest bearing account maintained by the Court at Bank One Peoria, where it shall remain until further order of the Court directing disbursement.

Upon receipt of the check by the Court, the Garnishment Summons to Garnishee Cargill Inc. shall be discharged.

ENTER this 27th day of July, 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE