**E-FILED**

Thursday, 04 August, 2005 11:22:53 AM

Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

**FILED**

AUG - 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEERE CREDIT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SCOTT C. HESS and ANN WAYMACK HESS, ) | |
| ) | No. 04-1175 |
| Defendants. ) | |
| ) | |
| vs. ) | |
| ) | |
| CARGILL, INCORPRATED., ) | |
| ) | |
| Garnishee. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify as follows:

I am a citizen of the United States and am employed in the County of LaSalle,

Illinois. I am over the age of eighteen years and I am not a party to this action. My

business address is 511 East Etna Road, Ottawa, Illinois 61350. I am employed in the law

offices of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, and at their

direction on this the **1st** day of **August, 2005**, I served the within Order, E-FILED on

July 27, 2005 with the U.S District Court, ILCD Clerk's Office, by placing true copies in

envelopes addressed to all attorneys of record, and parties as follows:

> Deere Credit, Inc.
> c/o Mary A. Corrigan, Attorney at Law
> Vonacagn, Lawless, Trager & Slevin
> Suite 425, 456 Fulton Street
> Peoria, Illinois 61602-1240
>
> Scott C. Hess
> 1505 West Jackson Street, No. 10
> Macomb, Illinois 61455

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

Ann Waymack Hess
23360 North 1700th Road
Bushnell, Illinois 61422

Charles Hess
24147 North Seven Hills Road
Marietta, Illinois 61459

Charles Hess and Wilma Hess
c/o Dudley Borah,
Attorney at Law
P.O. Box 265, 296 Cole St., Highway 9
Bushnell, IL 61422

West Central FS, Inc.
P.O. Box 2500
Bloomington, Illinois 61702-2500

and by then sealing the envelope and depositing the same, with postage thereon

fully prepaid, in the mail at the law offices of White, Marsh, Anderson, Martin, Vickers,

Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350

I certify under penalty of perjury that the foregoing is true and correct. Executed

on this the **1st** day of **August, 2005**, at the law offices of White, Marsh, Anderson,

Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350.

By: _____

Zachary L. Stavedahl


Subscribed and sworn to before me this

the _1st_ day of _August_, 2005.

_____

Notary Public

WHITE, MARSH,
ANDERSON, MARTIN,
VICKERS, DEOBLER
& GOODE
ATTORNEYS AT LAW
511 E. ETNA ROAD
OTTAWA, ILLINOIS 61350
PHONE: (815) 434-2000

```
OFFICIAL SEAL
PAMELA A CHANDLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/19/09
```

**E-FILED**
Wednesday, 27 July, 2005  03:34:04 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Deere Credit, Inc.,                    )
                          Plaintiff    )
                                       )
                                       )                    Case No. 04-1175
                                       )                         –
Scott C. Hess, et al,                  )
                          Defendant    )

### ORDER

Now before the court is the Motion for Interpleader, filed by Garnishee Cargill, Inc.

(Doc. #51). The motion is allowed. Cargill is directed to mail or deliver to this Court within

7 business days from the date of this Order a check payable to the Clerk of the United

States District Court, Central District of Illinois, in the amount of $42,421.12.

Pursuant to 28 U.S.C. § 1335, 28 U.S.C. 2041, and Local Rule CDIL 67.2, The Clerk

of the Court is directed to deposit the Garnishee's check into an interest bearing account

maintained by the Court at Bank One Peoria, where it shall remain until further order of the

Court directing disbursement.

Upon receipt of the check by the Court, the Garnishment Summons to Garnishee

Cargill Inc. shall be discharged.

ENTER this 27th day of July, 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE