IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| vs. | |
| SCOTT C. HESS and ANNE WAYMACK HESS, | |
| Defendants. | CASE NO.: 04-1175 |

**MOTION TO CONTINUE CITATION TO
DISCOVER ASSETS TO THIRD PARTY**

NOW COMES the Plaintiff, DEERE CREDIT, INC., by and through its attorneys, Vonachen, Lawless, Trager & Slevin, and for its Motion to Continue the Citation to Discover Assets to Third Party filed herein as to Archer-Daniels Midland Company, a/k/a ADM (hereinafter "ADM") states as follows:

1. A hearing on the Citation to Discover Assets to Third Party is currently scheduled for August 30, 2005.

2. ADM has provided documentation to counsel for Plaintiff which shows that ADM is currently holding funds for grain sold by either defendant Scott C. Hess or Charles Hess. Counsel for ADM has further advised counsel for Plaintiff that it has received claims for payment of the funds from Charles Hess, West Central FS, and Plaintiff.

3. Counsel for Plaintiff has conferred with counsel for ADM, and they have agreed to continue the Citation hearing currently scheduled to provide ADM with sufficient time to file an action for interpleader seeking permission to pay funds currently

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

held by ADM to the Clerk of this Court to be held pending resolution of the various claims that have been raised to ADM regarding the funds.

WHEREFORE Plaintiff prays this honorable Court will grant its Motion to Continue Citation To Discover Assets to Third Party and that this Court will award such other relief as may be just in the premises.

DEERE CREDIT, INC., Creditor

/S/ MARY A. CORRIGAN
Its Attorney

MARY A. CORRIGAN
M. MICHAEL WATERS
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL  61602
(309)676-8986

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon the following by placing the same in envelopes addressed as follows on the 26th day of August, 2005:

Anne Waymack Hess
23360 N. 1700th Road
Bushnell, Illinois 61422

Scott C. Hess
23180 N. 1700 Road
Bushnell, IL 61422

Robert Lindstrom
MUSTAIN LINDSTROM & HENSON
1865 North Henderson Street, Suite 11B
Galesburg, IL 61401

Fred Kenney, Esq.
Archer Daniels Midland
Law Department
4666 Faries Parkway
Decatur, IL 62526

Charles Hess
24147 N. Seven Hills Road
Marietta, IL 61459

/S/ MARY A. CORRIGAN

MARY A. CORRIGAN, ARDC NO. 6197770
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
Telephone: (309) 676-8986
Facsimile: (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986