IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS, <br><br> Defendants. | CASE NO.: 04-1175 |

**ORDER**

This matter coming before the Court on the Motion to Continue Citation to Discover Assets to Third Party filed herein by Deere Credit, Inc., it is therefore ordered that the Citation hearing scheduled for August 30, 2005 at 10:30 a.m. be continued until such time as Plaintiff reschedules the hearing on the Citation.

Entered:_____    _____
                                     Magistrate John A. Gorman