IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS, <br><br> Defendants. <br><br> vs. <br><br> CARGILL, INCORPORATED, <br><br> Citation Respondent/Garnishee, <br><br> and <br><br> ARCHER DANIELS MIDLAND COMPANY, a/k/a ADM GROWMARK, <br><br> Citation Respondent/Garnishee. | No. 04 - 1175 |

## MOTION TO DETERMINE INTEREST IN PROPERTY
## SUBJECT TO CITATION PROCEEDING

NOW COMES the Plaintiff/Judgment Creditor, DEERE CREDIT, INC., (hereinafter "DEERE") by its attorneys Vonachen, Lawless, Trager & Slevin, and moves this Court for an Order determining the interest in certain project subject to Citations to Discovery Assets which have been propounded in this matter.

### Introduction

1.   Judgment in this matter was entered in favor of Deere Credit, Inc., Plaintiff, Judgment Creditor, against Defendants on July 30, 2004.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2. Subsequently, Citations to Discover Assets were served upon Cargill, Inc. and Archer Daniels Midland Company, a/k/a ADM Growmark.

3. It appears that one or more "other person" asserts a claim against the property.

**Applicable Law**

4. Pursuant to Rule 69 of the Federal Rules of Civil Procedure, citation procedures are governed by 735 ILCS 5/2-1402, which provides, *inter alia*:

> (g) If it appears that any property, chose in action, credit or effect discovered, or any interest therein, is claimed by any person, the court shall, as in garnishment proceedings, permit or require the claimant to appear and maintain his or her right. The rights of the person cited and the rights of any adverse claimant shall be asserted and determined pursuant to the law relating to garnishment proceedings.

5. Garnishment proceedings are controlled by 735 ILCS 5/12-701-719.

6. 735 ILCS 5/12-710 provides:

> Adverse claims; Trial.
> (a) In the event any indebtedness or other property due from or in the possession of a garnishee is claimed by any other person, the court shall permit the claimant to appear and maintain his or her claim. A claimant not voluntarily appearing shall be served with notice as the court shall direct. If a claimant fails to appear after being served with notice in the manner directed, he or she shall be concluded by the judgment entered in the garnishment proceeding.
>
> (b) If the adverse claimant appears and, within the time the court allows, files his or her claim and serves a copy thereof upon the judgment creditor, the judgment debtor, and the garnishee, he or she is then a party to the garnishment proceeding; and his or her claim shall be tried and determined with the other issues in the garnishment action. Upon certification by the Illinois Department of Public Aid that a person who is receiving support payments under this Section is a public aid recipient, any support payments subsequently received by the clerk of the court shall be transmitted to the Illinois Department of Public Aid until the Department gives notice to cease such transmittal. If the adverse claimant is entitled to all or part of the indebtedness or other property, the court shall enter judgment in accordance with the interests of the parties.

VONACHEN, LAWLESS, TRAGER & SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

**Cargill, Inc.**

7.  In response to the Citation to Discover Assets served upon it, Cargill, Inc. filed a Motion for Interpleader on July 6, 2005.

8.  On July 27, 2005, the Court granted Cargill, Inc.'s Motion for Interpleader.

9.  On August 3, 2005, Cargill, Inc. filed a certificate of service showing service by mail upon Deere Credit, Inc.; Scott C. Hess; Ann Waymack Hess; Charles Hess; Charles Hess and Wilma Hess, c/o Dudley Borah, Attorney at Law; and West Central FS, Inc.

10. On August 8, 2005, Cargill, Inc. tendered to the U.S. District Court a check in the amount of $42,421.12.

11. On August 10, 2005, Cargill, Inc. was discharged from this case due to its payment in the Court of $42,421.12.

12. At this time, none of the claimants served with the notice of Cargill, Inc.'s Interpleader, other than Deere Credit, Inc., has asserted a claim against the funds which Cargill, Inc. has deposited into this Court.

13. Accordingly, with respect to the funds paid into Court, this Court should enter judgment in favor of Deere Credit, Inc. and against all claimants who have not appeared and asserted their claim.

14. Alternatively, this Court should enter an Order requiring any claimant who desires to assert a claim as to the Cargill funds, do so by a date certain. A proposed draft Order is attached hereto as Exhibit A.

**Archer Daniels Midland**

VONACHEN, LAWLESS, TRAGER & SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

15. On July 26, 2005, a Citation to Discover Assets was issued to Archer Daniels Midland Company, a/k/a ADM Growmark.

16. The property subject to that citation, includes, *inter alia*, the proceeds of grain sales.

17. All of the persons who could or might assert claims against the Cargill funds might also assert claims against the Archer Daniels Midland Company, a/k/a ADM Growmark proceeds.

18. It is appropriate for this Court to enter an Order requiring all claimants to appear and maintain their claim. A proposed Order with respect to the Archer Daniels Midland, a/k/a ADM Growmark proceeds is attached hereto as Exhibit B.

WHEREFORE, DEERE CREDIT, INC., Judgment Creditor, prays that this Court enter the proposed Orders attached hereto or for such other relief as just and equitable.

> DEERE CREDIT, INC., Plaintiff,
> Judgment Creditor,
>
> By: ___/s/ M. Michael Waters_____
> One of its Attorneys

MARY A. CORRIGAN (ARDC # 6197770)
M. MICHAEL WATERS (ARDC # 3123709)
S. LINN PERKINS (ARDC # 6203700)
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
Telephone: (309)676-8986
Facsimile: (309)676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

**PROOF OF SERVICE**

STATE OF ILLINOIS )
                  )   SS.
COUNTY OF PEORIA  )

The undersigned attorney hereby certifies that a copy of the foregoing **Motion to Determine Interest in Property Subject to Citation Proceeding** was served via electronic mailing upon the interested parties as follows:

    Robert Lindstrom, Esq.
    Mustain, Lindstrom & Henson
    1865 North Henderson Street, Suite 11B
    Galesburg, IL  61401

    Fred Kenney, Esq.
    Archer Daniels Midland
    Law Department
    4666 Faries Parkway
    Decatur, IL  62526

    Douglas J. March, Esq.
    Matthew S. McLauglin, Esq.
    March, McMillan & DeJoode, P.C.
    402 E. Jackson St.
    P.O. Box 443
    Macomb, IL  61455

    Dudley Borah, Esq.
    Attorney at Law
    P.O. Box 265
    Bushnell, IL  61422

    Charles Hess and Wilma Hess
    c/o Dudley Borah, Esq.
    Attorney at Law
    P.O. Box 265
    Bushnell, IL  61422

    Barry Barash, Esq.
    Barash & Everett, LLC
    256 South Soangetaha Road
    P.O. Box 1408
    Galesburg, IL  61402-1408

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

>Alan B. Marsh, Esq.
>White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
>511 E. Etna Road
>Ottawa, IL 61350
>
>Scott Hess
>23180 N. 1700 Road
>Bushnell, IL 61422
>
>Anne Waymack Hess
>23360 N.1700th Road
>Bushnell, IL 61422
>
>Charles Hess and Wilma Hess
>24147 N. Seven Hills Road
>Marietta, IL 61459

on this 1st day of September, 2005. Any interested party that does not receive filings via electronic mailing will be served by the undersigned by enclosing a copy of the foregoing and depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, on the 1st day of September, 2005.

/s/ M. Michael Waters

M. MICHAEL WATERS
MARY A. CORRIGAN
S. LINN PERKINS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

o:\mmw\deere\pleadings\mottodeterminterest

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

6