**E-FILED**
Thursday, 01 September, 2005  04:14:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS, <br><br> Defendants. <br><br> vs. <br><br> CARGILL, INCORPORATED, <br><br> Citation Respondent/Garnishee, <br><br> and <br><br> ARCHER DANIELS MIDLAND COMPANY, a/k/a ADM GROWMARK, <br><br> Citation Respondent, Garnishee. | No. 04 - 1175 |

## **PROPOSED ORDER RE: CARGILL, INC. INTERPLEADER**

THIS CAUSE comes before this Court on the Motion to Determine Interest in Property Subject to Citation Proceeding filed by DEERE CREDIT, INC., Plaintiff, Judgment Creditor.

1.	On August 10, 2005, Cargill, Inc. deposited the amount of $42,421.12 in the office of the Clerk of this Court.

2.	Said sum was deposited pursuant to a Motion and Order for Interpleader. The Motion for Interpleader is attached hereto as Exhibit A. The Order for Interpleader is attached hereto as Exhibit B.

3. Any person who maintains any claim to this property is ordered to appear by

_____ and maintain his claim.
   (date)

4. Deere Credit, Inc. is directed to provide notice by first-class mail and/or certified mail to the following persons, and anyone else known to be asserting a claim against the proceeds:

Robert Lindstrom, Esq.
Mustain, Lindstrom & Henson
1865 North Henderson Street, Suite 11B
Galesburg, IL  61401

Fred Kenney, Esq.
Archer Daniels Midland
Law Department
4666 Faries Parkway
Decatur, IL  62526

Douglas J. March, Esq.
Matthew S. McLauglin, Esq.
March, McMillan & DeJoode, P.C.
402 E. Jackson St.
P.O. Box 443
Macomb, IL  61455

Dudley Borah, Esq.
Attorney at Law
P.O. Box 265
Bushnell, IL  61422

Charles Hess and Wilma Hess
c/o Dudley Borah, Esq.
Attorney at Law
P.O. Box 265
Bushnell, IL  61422

Barry Barash, Esq.
Barash & Everett, LLC
256 South Soangetaha Road
P.O. Box 1408
Galesburg, IL  61402-1408

Alan B. Marsh, Esq.
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode

       511 E. Etna Road
       Ottawa, IL 61350

       Scott Hess
       23180 N. 1700 Road
       Bushnell, IL  61422

       Anne Waymack Hess
       23360 N.1700th Road
       Bushnell, IL 61422

       Charles Hess and Wilma Hess
       24147 N. Seven Hills Road
       Marietta, IL  61459

       5.     Any claimant who fails to appear after being served with notice in the manner herein directed shall be concluded by the judgment entered in this proceeding.

Date Entered:_____

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE