E-FILED
Thursday, 01 September, 2005  04:18:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>SCOTT C. HESS and ANNE WAYMACK HESS,<br><br>    Defendants.<br><br>  vs.<br><br>CARGILL, INCORPORATED,<br><br>  Citation Respondent/Garnishee,<br><br>    and<br><br>ARCHER DANIELS MIDLAND COMPANY, a/k/a ADM GROWMARK,<br><br>  Citation Respondent, Garnishee. | No. 04 - 1175 |

## PROPOSED ORDER RE: ADM CITATION

THIS CAUSE comes before this Court on the Motion to Determine Interest in Property Subject to Citation Proceeding filed by DEERE CREDIT, INC., Plaintiff, Judgment Creditor.

1.    On July 27, 2005, Deere Credit, Inc. filed a Citation to Discover Assets of Defendants/Judgment Debtors held by Archer Daniels Midland, a/k/a ADM Growmark. A copy of the Citation is attached hereto as Exhibit A.

2.    The property subject to the citation included the proceeds of grain sales.

3. Adverse claims have been asserted against the proceeds of grain sales previously held by Cargill, Inc.

4. Any person who maintains any claim to this property is ordered to appear by

_____ and maintain his claim.
(date)

5. Deere Credit, Inc. is directed to provide notice by first-class mail and/or certified mail to the following persons, and anyone else known to be asserting a claim against the proceeds:

Robert Lindstrom, Esq.
Mustain, Lindstrom & Henson
1865 North Henderson Street, Suite 11B
Galesburg, IL  61401

Fred Kenney, Esq.
Archer Daniels Midland
Law Department
4666 Faries Parkway
Decatur, IL  62526

Douglas J. March, Esq.
Matthew S. McLauglin, Esq.
March, McMillan & DeJoode, P.C.
402 E. Jackson St.
P.O. Box 443
Macomb, IL  61455

Dudley Borah, Esq.
Attorney at Law
P.O. Box 265
Bushnell, IL  61422

Charles Hess and Wilma Hess
c/o Dudley Borah, Esq.
Attorney at Law
P.O. Box 265
Bushnell, IL  61422

Barry Barash, Esq.

2

    Barash & Everett, LLC
    256 South Soangetaha Road
    P.O. Box 1408
    Galesburg, IL  61402-1408

    Alan B. Marsh, Esq.
    White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
    511 E. Etna Road
    Ottawa, IL 61350

    Scott Hess
    23180 N. 1700 Road
    Bushnell, IL  61422

    Anne Waymack Hess
    23360 N.1700th Road
    Bushnell, IL 61422

    Charles Hess and Wilma Hess
    24147 N. Seven Hills Road
    Marietta, IL  61459

6.    Any claimant who fails to appear after being served with notice in the manner herein directed shall be concluded by the judgment entered in this proceeding.

Date Entered:_____

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE