E-FILED
Tuesday, 06 September, 2005  12:19:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| v. | Case No. 04-1175 |
| SCOTT C. HESS, et al., | |
| Defendant. | |

## MEMORANDUM OF LAW IN SUPPORT
## OF RULE 12(b)(2) MOTION TO DISMISS
## CARGILL'S INTERPLEADER PROCEEDING

Movant, CHARLES HESS, by Quinn, Johnston, Henderson & Pretorius, his attorneys, respectfully submits this Memorandum of Law in Support of his Rule 12(b)(2) Motion to Dismiss Cargill's Interpleader Proceeding.

### Introduction

In its Motion for Interpleader, Cargill alleged that Movant Charles Hess is a claimant with regard to the funds previously held by Cargill.[1]  Charles Hess admits that he is such a claimant.

However, Charles Hess is not a defendant in the core proceeding here.  Further he was not made a party defendant to the interpleader proceeding, as required by Federal Rule of Civil Procedure 22(1).  For this reason, Charles Hess submits respectively that Cargill's interpleader proceeding should be dismissed.

### Discussion

The United States Supreme Court has held that interpleader is an *in personam* proceeding for which effective personal service is required on a claimant before he will be bound by the judgment in the interpleader.  *New York Life Ins. Co. v. Dunlevy*, 36 S.Ct. 613, 614, 241 U.S. 518,

---

[1] Those funds have now been deposited with this Court.

521-22, 60 L.Ed. 1140 (1916); *see also 7 Wright-Miller-Kane,* Federal Practice and Procedure-Civil §1711 (3d Ed. 2001).  For interpleader proceedings brought pursuant to Federal Rule of Civil Procedure 22, personal jurisdiction is to be obtained through service of process under Rule 4.[2]  *See General Accident Group v. Gagliardi*, 593 F.Supp. 1080, 1087 (D.Conn. 1984); *Cordner v. Metropolitan Life Ins. Co.*, 234 F. Supp. 765, 767 (D.C. N.Y. 1964); *7 Wright-Miller-Kane,* Federal Practice and Procedure-Civil §1711 (3d Ed. 2001); 4 Moore's Federal Practice, § 22.04[3][b] (3d Ed. 2005).

Here, Rule 4 would require personal service on the claimant of the summons and complaint, or at least of the motion for interpleader.  Without this service, there is no *in personam* jurisdiction over Charles Hess.  Accordingly, he will not be bound by any adjudication which might occur in this Court.

WHEREFORE, Movant, Charles Hess, respectfully prays for entry of an Order:

1) Dismissing Cargill's interpleader proceeding with prejudice;

2) Requiring the Clerk of this Court to return to Cargill the $42,421.12 which Cargill deposited with the Clerk on August 10, 2005;

3) Awarding Charles Hess his costs; and

4) Affording Charles Hess such other and further relief as the Court deems just and appropriate.

---

[2] Cargill did not indicate whether it was seeking federal statutory interpleader, under 28 U.S.C. §§ 1335, 1397 & 2361 or Rule interpleader under Federal Rule of Civil Procedure 22.  However, *in personam* jurisdiction and service of process is required for both.  For the purpose of this Motion and Memorandum, we assume that Cargill is attempting an interpleader under Rule 22.

CHARLES HESS

By:   s/ Peter R. Jennetten
      Peter R. Jennetten

Laurie M. Judd
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133

**PROOF OF SERVICE**

I hereby certify that on September 2, 2005, I electronically filed this Memorandum of Law in Support of Rule 12(b)(2) Motion to Dismiss Cargill's Interpleader Proceeding with the Clerk of Court using the CM/ECF system, with notice to participating parties being provided electronically. I further certify that on September 2, 2005, I mailed a copy of this document by United States Postal Service to all of the following:

Robert Lindstrom
Mustain, Lindstrom & Henson
1865 North Henderson Street, Suite 11B
Galesburg, IL 61401

Fred Kenney
Archer Daniels Midland Law Dept.
4666 Faries Parkway
Decatur, IL 62526

Douglas J. March
Matthes S. McLaughlin
March, McMillan & DeJoode, P.C.
402 E. Jackson Street
Macomb, IL 61455

Dudley Borah
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Barry Barash
Barash & Everett, LLC
256 S. Soangetaha Rd.
Galesburg, IL 61402-1408

Alan B. Marsh
White, Marsh, Anderson, Martin,
  Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350

Scott Hess
23180 N. 1700 Road
Bushnell, IL 61422

Anne Waymack Hess
23360 N. 1700 Road
Bushnell, IL 61422

Mary A. Corrigan
Vonachen Lawless Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

  s/ Peter R. Jennetten

LMJ/kjc
I:\1\Civil\Hess, Charles 101 941 024\MOL re MTD.wpd