IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) ) No. 04-1175 |
| Defendants. | ) ) |
| vs. | ) ) |
| CARGILL, INCORPRATED., | ) ) |
| Garnishee. | ) ) |

FILED
SEP 1 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I, the undersigned, certify as follows:

I am a citizen of the United States and am employed in the County of LaSalle, Illinois. I am over the age of eighteen years and I am not a party to this action. My business address is 511 East Etna Road, Ottawa, Illinois 61350. I am employed in the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, and at their direction on this the _14_ day of _September_ 2005, I served the within (1) Response of Cargill, Incorporation to Motion of Charles Hess to Dismiss Interpleader Proceeding, and (2) Memorandum of Law of Cargill, Incorporated in Reply to Motion to Dismiss Interpleader Proceeding, in this action by placing true copies in a envelope addressed to all attorneys of record, and parties as follows:

Peter R. Jennetten
c/o Quin, Johnston, Henderson & Pretorius
227 N.E. Jefferson
Peoria, IL 61602

Mary A. Corrigan, Attorney at Law
Vonacagn, Lawless, Trager & Slevin
Suite 425, 456 Fulton Street
Peoria, Illinois 61602

Scott C. Hess
23180 N. 1700 Road
Bushnell, IL 61422

Ann Waymack Hess
23360 North 1700th Road
Bushnell, Illinois 61422

Robert Lindstrom
Mustain, Lindstrom & Henson
1865 North Henderson St., Suite 11B
Galesburg, IL 61401

Fred Kenney
Archer, Daniels, Midland Law Department
4666 E. Jackson St.
Macomb, IL 61455

Douglas J. March
Mathes S. McLaughlin
March, McMillan & DeJoode, P.C.
402 E. Jackson St.
Macomb, IL 61355

Dudley Borah
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Barry Barash
Barash & Everett, LLC
256 S. Soangetaha Rd.
Galesburg, IL 61402-1408

and by then sealing the envelope and depositing the same, with postage thereon fully prepaid, in the mail at the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350

I certify under penalty of perjury that the foregoing is true and correct. Executed on this the 14th day of September, 2005, at the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350.

By: *Pamela A. Chandler*
Pamela A. Chandler

Subscribed and sworn to before me this the 14th day of September 2005.

Official Seal
Ruth A Schott
Notary Public State of Illinois
My Commission Expires 06/14/06

*Ruth A. Schott*
Notary Public

Alan B. Marsh
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 East Etna Road
Ottawa, Illinois 61350
(815) 434-2000