**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEERE CREDIT, INC., | |
| Plaintiff, | |
| v. | Case No. 04-1175 |
| SCOTT C. HESS, et al., | |
| Defendant. | |

## RESPONSE TO MOTION TO DETERMINE INTEREST
## IN PROPERTY SUBJECT TO CITATION PROCEEDING

Charles Hess, by Quinn, Johnston, Henderson & Pretorius, his attorneys, responds as follows to the Motion to Determine Interest in Property Subject to Citation Proceeding ("Motion to Determine Interest"), as filed on September 1, 2005, by Deere Credit, Inc. ("Deere"):

1. On September 2, 2005, Charles Hess filed a Rule 12(b)(2) Motion to Dismiss Cargill's Interpleader Proceeding ("Motion to Dismiss"). On the same date, a Memorandum of Law was filed in support of the Motion to Dismiss ("Memorandum of Law").

2. The Court has not yet ruled on the Motion to Dismiss.

3. In response to the Motion to Determine Interest, Charles Hess restates his Motion to Dismiss, and incorporates both the Motion to Dismiss and the Memorandum of Law herein by reference.

4. For the reasons stated in the Motion to Dismiss and Memorandum of Law, Charles Hess objects to all relief sought by Deere in its Motion to Determine Interest.

WHEREFORE, Charles Hess respectfully prays for entry of an Order:

1) Dismissing Cargill's interpleader proceeding with prejudice;

2)     Requiring the Clerk of this Court to return to Cargill the $42,421.12 which Cargill deposited with the Clerk on August 10, 2005;

3)     Awarding Charles Hess his costs; and

4)     Affording Charles Hess such other and further relief as the Court deems just and appropriate.

CHARLES HESS

By:   s/ Laurie M. Judd
      Laurie M. Judd

Laurie M. Judd
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133

**PROOF OF SERVICE**

       I hereby certify that on September 15, 2005, I electronically filed this Response to Motion to Determine Interest in Property Subject to Citation Proceeding with the Clerk of Court using the CM/ECF system, with notice to participating parties being provided electronically. I further certify that on September 15, 2005, I mailed a copy of this document by United States Postal Service to all of the following:

Robert Lindstrom
Mustain, Lindstrom & Henson
1865 North Henderson Street, Suite 11B
Galesburg, IL 61401

Fred Kenney
Archer Daniels Midland Law Dept.
4666 Faries Parkway
Decatur, IL 62526

Douglas J. March
Matthes S. McLaughlin
March, McMillan & DeJoode, P.C.
402 E. Jackson Street
Macomb, IL 61455

Dudley Borah
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Barry Barash
Barash & Everett, LLC
256 S. Soangetaha Rd.
Galesburg, IL 61402-1408

Alan B. Marsh
White, Marsh, Anderson, Martin,
   Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350

Scott Hess
23180 N. 1700 Road
Bushnell, IL 61422

Anne Waymack Hess
23360 N. 1700 Road
Bushnell, IL 61422

Mary A. Corrigan
Vonachen Lawless Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

                                    s/ Laurie M. Judd

LMJ/kjc
I:\1\Civil\Hess, Charles & Wilma - Deere CU 101 949 816\hess response to motion.wpd