UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEERE CREDIT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT C. HESS, et al.,<br><br>    Defendant. | Case No. 04-1175 |

## MOTION FOR LEAVE TO FILE REPLY

Movant, Charles Hess, by Quinn, Johnston, Henderson & Pretorius, his attorneys, moves for leave to reply to the Responses of Cargill, Incorporated ("Cargill") and Deere Credit, Inc. ("Deere") to his Rule 12(b)(2) Motion to Dismiss Cargill's Interpleader Proceeding ("Motion to Dismiss"), stating:

1. On September 2, 2005, Charles Hess filed his Motion to Dismiss.

2. Cargill and Deere filed Responses to the Motion to Dismiss on September 15, 2005.

3. Charles Hess respectfully submits that, to afford a full and fair consideration of his Motion, he should be permitted to file instanter the Reply in Support of Rule 12(b)(2) Motion to Dismiss Cargill's Interpleader Proceeding which is attached hereto as Exhibit A ("Reply").

Wherefore, Charles Hess prays for entry of an Order directing the clerk to file the attached reply or permitting him to file the attached Reply, and affording him such other and further relief as the Court deems just and proper.

CHARLES HESS

By:  s/ Peter R. Jennetten
      Peter R. Jennetten

Laurie M. Judd
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602

## PROOF OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed this Response to Motion to Determine Interest in Property Subject to Citation Proceeding with the Clerk of Court using the CM/ECF system, with notice to participating parties being provided electronically. I further certify that on September 15, 2005, I mailed a copy of this document by United States Postal Service to all of the following:

Robert Lindstrom
Mustain, Lindstrom & Henson
1865 North Henderson Street, Suite 11B
Galesburg, IL 61401

Fred Kenney
Archer Daniels Midland Law Dept.
4666 Faries Parkway
Decatur, IL 62526

Douglas J. March
Matthes S. McLaughlin
March, McMillan & DeJoode, P.C.
402 E. Jackson Street
Macomb, IL 61455

Dudley Borah
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Barry Barash
Barash & Everett, LLC
256 S. Soangetaha Rd.
Galesburg, IL 61402-1408

Alan B. Marsh
White, Marsh, Anderson, Martin,
   Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350

Scott Hess
23180 N. 1700 Road
Bushnell, IL 61422

Anne Waymack Hess
23360 N. 1700 Road
Bushnell, IL 61422

Mary A. Corrigan
Vonachen Lawless Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

                              s/ Peter R. Jennetten

LMJ/kjc
I:\1\Civil\Hess, Charles & Wilma - Deere CU 101 949 816\hess mo to file reply.wpd