IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| DEERE CREDIT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) | |
| | ) | No. 04-1175 |
| Defendants. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CARGILL, INCORPORATED., | ) | |
| | ) | |
| Garnishee. | ) | |

FILED
OCT 7 - 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### RESPONSE OF CARGILL, INCORPORATED TO REPLY OF CHARLES HESS

Now comes CARGILL, INCOPORATED., by Its Attorneys, White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, for Response to the Reply of CHARLES HESS in support of his Motion to Dismiss, states:

I.

**THE JURISDICTION OF THIS HONORABLE COURT OVER THE SUBJECT MATTER AND PERSONS OF DEERE CREDIT, INC., CARGILL, INCORPORATED, SCOTT C. HESS AND ANN WAYMACK HESS IS NOT DEFEATED ASSUMING ARGUENDO LACK OF PERSONAL JURISDICTION OF CHARLES AND WILMA HESS.**

In his Reply, Charles Hess raises no issue as to the subject matter and personal jurisdiction of this Court over Scott C. Hess, Ann Waymack Hess, Deere Credit and Cargill, Incorporated. Rather than challenge, in a collateral action, the validity of this Court's Order entered July 27, 2005 only as to him, Mr. Hess has seen fit to urge that such Order is void as to all parties necessitating the return to Cargill of the funds now held by the Court's Clerk. However, Federal Rule of Civil Procedure 21 clearly states that "parties may be dropped or added by Order of the Court... at any stage of the action on such terms as are just. Clearly, Charles Hess and Wilma Hess may be added as Parties Defendant to this proceeding to obviate any jurisdictional issue as to them. So, too, should West Central FS, Inc. be added as a party as prayed for in the Motion for Interpleader filed herein by Cargill, Incorporated. As reflected by the correspondence of September 27, 2005, a copy of which is attached hereto as Exhibit A, FS Financial Services Corporation maintains Its interest in the fund now held by the Clerk of this Court. The joinder of these parties will assist Cargill, Incorporated and all other parties claiming the fund in resolving all the conflicting claims to such property in a single forum so that multiple payments and conflicting judgments can be avoided. Misjoinder or non-joinder of parties is not ground for dismissal. Any defects in these respects can be remedied by dropping or adding parties upon Order of the Court. <u>Lyons, et al. v. Sanders, et al.</u> 12 F. Supp. 392 @ 394, D.C. W.D. Kentucky.

II.

**THE CITATION TO DISCOVER ASSETS SERVED UPON CARGILL, INCORPORATED BY PLAINTIFF, DEERE CREDIT, INC. AND CARGILL'S RESPONSE THERETO WAS IN ACCORDANCE WITH ILLINOIS STATUTE, 735 ILCS 5/12-710 AND FEDERAL RULE OF CIVIL PROCEDURE 69.**

As correctly contended by Deere Credit, Inc., garnishee Cargill, Incorporated, was obliged to follow Illinois Compiled Statutes, Chapter 735 Section 5/12-710 in Its Response to the Citation to Discover Assets issued by Deere Credit. Under subparagraph (a) of said Section, upon receipt of Notice of the action Charles Hess and Wilma were to file a claim with this Court. Subparagraph (b) then provides, "If the adverse claimant is entitled to all or a part of the

# MUSTAIN LINDSTROM & HENSON
### *ATTORNEYS AT LAW*
1865 North Henderson Street, Suite 11B
Galesburg, Illinois 61401

Douglas D. Mustain
Robert Lindstrom

Telephone: (309) 344-5252
Facsimile: (309) 344-3939

*Ronald Henson (1942 - 2004)*

*Writer's Direct Email: rlindstrom@grics.net*

September 27, 2005

Ms. Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61614

     RE: SCOTT HESS

Dear Mary:

  Recently I have been reviewing the pleadings filed in the various Hess matters with representatives of my client, FS Financial Services Corp. I concluded that there seems to be a significant of needless litigation pending.

  My understanding is there is no dispute that my client has a first lien superior to all other lien holders, including Deere Credit, Inc. on all crops produced by Scott Hess. The only possible lien holder who could have a lien superior to my client is Charles Hess, a landlord of Scott Hess. This being the case, any crop proceeds obtained up to this point by Deere Credit, Inc. should be paid over to my client, subject to any interest of Mr. Hess. I don't see the purpose of Deere Credit, Inc. pursuing its claim in federal court until the lien of my client has been fully satisfied. In addition, it seems appropriate to me that any effort to determine the interest of Charles Hess in the crop proceeds can be adjudicated in a matter pending in McDonough County, Illinois, Case No. 05-L-6, a replevin action which my client initiated February 18, 2005. All of the other pending cases in state and federal court seem unnecessary to me at this point. My client has filed a Motion to Lift the Automatic Stay in the Anne Waymack Hess bankruptcy proceeding. That motion has been set for hearing on October 12, 2005. Hopefully that will help facilitate my client obtaining funds I am holding in trust from the liquidation from farm machinery and equipment owned by Scott Hess. A reduction in the sum due my client after payment of these funds will give all other claimants an idea of the sum necessary to satisfy the first lien of FS Financial Services Corporation. Until that is done, I see no point in anyone else taking action to obtain the proceeds from the 2004 crop produced by Scott Hess.

EXHIBIT A

Ms. Mary A. Corrigan
September 27, 2005
Page 2

I am sending a copy of this letter to the other parties who have been filing various pleadings in the pending federal court action. I am suggesting to them that the interpleader filed by Cargill is unnecessary. Any funds any grain purchaser has in their possession from the sale of crops produced by Scott Hess can simply pay those moneys to the Circuit Clerk in McDonough County and the state court can determine whether they should be paid to Charles Hess or the FS Financial Services Corporation. It seems to me this is far and way the most cost effective way for everyone. I would be interested in your thoughts on these matters as well as those of the other recipients of this letter.

Very truly yours,

MUSTAIN LINDSTROM & HENSON

Robert Lindstrom

DRL/tli
cc:   Fred Keeney
      Douglas J. March
      Dudley Borah
      Alan B. Marsh
      Laurie M. Judd

Letters\corrigan.fs-hess.092705.ltr.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SCOTT C. HESS and ANN WAYMACK HESS, | ) ) |
| Defendants. | ) ) ) |
| vs. | ) ) ) |
| CARGILL, INCORPRATED., | ) ) |
| Garnishee. | ) |

**FILED**
OCT 7 - 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 04-1175

**CERTIFICATE OF SERVICE**

I, the undersigned, certify as follows:

I am a citizen of the United States and am employed in the County of LaSalle, Illinois. I am over the age of eighteen years and I am not a party to this action. My business address is 511 East Etna Road, Ottawa, Illinois 61350. I am employed in the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, and at their direction on this the 6th day of October, 2005, I served the within Response of Cargill, Incorporation to Reply of Charles Hess in this action by placing a true copy in an envelope addressed to all attorneys of record, and parties as follows:

Peter R. Jennetten
c/o Quin, Johnston, Henderson & Pretorius
227 N.E. Jefferson
Peoria, IL 61602

Mary A. Corrigan, Attorney at Law
Vonacagn, Lawless, Trager & Slevin
Suite 425, 456 Fulton Street
Peoria, Illinois 61602

Scott C. Hess
23180 N. 1700 Road
Bushnell, IL 61422

Ann Waymack Hess
23360 North 1700th Road
Bushnell, Illinois 61422

Robert Lindstrom
Mustain, Lindstrom & Henson
1865 North Henderson St., Suite 11B
Galesburg, IL 61401

Fred Kenney
Archer, Daniels, Midland Law Department
4666 E. Jackson St.
Macomb, IL 61455

Douglas J. March
Mathes S. McLaughlin
March, McMillan & DeJoode, P.C.
402 E. Jackson St.
Macomb, IL 61355

Dudley Borah
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Barry Barash
Barash & Everett, LLC
256 S. Soangetaha Rd.
Galesburg, IL 61402-1408

and by then sealing the envelope and depositing the same, with postage thereon fully prepaid, in the mail at the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350

I certify under penalty of perjury that the foregoing is true and correct. Executed on this the 6th day of October, 2005, at the law office of White, Marsh, Anderson, Martin, Vickers, Deobler & Goode, 511 East Etna Road, Ottawa, Illinois 61350.

By: *Pamela A. Chandler*
Pamela A. Chandler

Subscribed and sworn to before me this the 6th day of October, 2005.

*Su Baker*
Notary Public

"OFFICIAL SEAL"
SUSAN BAKER
Notary Public, State of Illinois
My Commission expires 02/10/07

Alan B. Marsh
White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
511 East Etna Road
Ottawa, Illinois 61350
(815) 434-2000