E-FILED
Friday, 07 October, 2005  04:52:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>SCOTT C. HESS and ANNE WAYMACK HESS,<br><br>       Defendants.<br><br>  vs.<br><br>CARGILL, INCORPORATED,<br><br> Citation Respondent/Garnishee,<br><br>  and<br><br>ARCHER DANIELS MIDLAND COMPANY, a/k/a ADM GROWMARK,<br><br> Citation Respondent/Garnishee. | No.  04 - 1175 |

### DEERE CREDIT, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO CHARLES HESS'S REPLY TO RESPONSES TO HIS MOTION TO DISMISS

NOW COMES DEERE CREDIT, INC., (hereinafter "Deere") by and through its attorneys, Vonachen, Lawless, Trager & Slevin, and for its Motion for Leave to file Surreply to Charles Hess's Reply to Responses to his Motion to Dismiss, states as follows:

1.    Charles Hess filed a Motion for Leave to File a Reply to Responses to his Motion to Dismiss.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2.	Deere had prepared an Objection to that Motion citing Local Rule 7.1(b)(1), which specifically provides that, "No reply to the Response is permitted unless the response is to Motion for Summary Judgment…."

3.	Hess attempted to justify his departure from the practice established under Rule 7.1 with a facile statement that his reply was necessary to "afford a full and fair consideration of his Motion." He provided no other explanation or justification.

4.	With all due respect, if replies were permitted simply upon invoking the magic words that they would "afford a full and fair consideration" of a Motion, they would be employed ubiquitously.

5.	Before the time for a response to Charles Hess's Motion was due, the Court allowed Hess to file his Response.

6.	Deere desires to file a Surreply to Charles Hess's Reply and, while reluctant to emulate Charles Hess's invocation of magic words, would suggest that Charles Hess's latest pleading clouds the issues rather than refines them. It is respectfully submitted that the Surreply of Deere is useful and helpful in framing the issues so that this matter can be determined and the funds that which have already been paid in the Court may be paid out.

7.	The proposed Surreply is attached hereto as Exhibit A.

WHEREFORE, DEERE CREDIT, INC., seeks leave to file its Surreply.

>					DEERE CREDIT, INC., Plaintiff,
>					Judgment Creditor,
>
>
>					By:   /s/ M. Michael Waters
>						One of its Attorneys

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2

MARY A. CORRIGAN (ARDC # 6197770)
M. MICHAEL WATERS (ARDC # 3123709)
S. LINN PERKINS (ARDC # 6203700)
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone:  (309)676-8986
Facsimile:   (309)676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

1:04-cv-01175-MMM-JAG    # 74    Page 3 of 5

**PROOF OF SERVICE**

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF PEORIA  )

The undersigned attorney hereby certifies that a copy of the foregoing **Deere Credit, Inc.'s Motion for Leave to File Surreply to Charles Hess's Reply to Responses to his Motion to Dismiss** was served via electronic mailing upon the interested parties as follows:

    Robert Lindstrom, Esq.
    Mustain, Lindstrom & Henson
    1865 North Henderson Street, Suite 11B
    Galesburg, IL  61401

    Fred Kenney, Esq.
    Archer Daniels Midland
    Law Department
    4666 Faries Parkway
    Decatur, IL  62526

    Douglas J. March, Esq.
    Matthew S. McLauglin, Esq.
    March, McMillan & DeJoode, P.C.
    402 E. Jackson St.
    P.O. Box 443
    Macomb, IL  61455

    Dudley Borah, Esq.
    Attorney at Law
    P.O. Box 265
    Bushnell, IL  61422

    Charles Hess and Wilma Hess
    c/o Dudley Borah, Esq.
    Attorney at Law
    P.O. Box 265
    Bushnell, IL  61422

    Barry Barash, Esq.
    Barash & Everett, LLC
    256 South Soangetaha Road
    P.O. Box 1408
    Galesburg, IL  61402-1408

VONACHEN, LAWLESS, TRAGER & SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

    Alan B. Marsh, Esq.
    White, Marsh, Anderson, Martin, Vickers, Deobler & Goode
    511 E. Etna Road
    Ottawa, IL 61350

    Scott Hess
    23180 N. 1700 Road
    Bushnell, IL 61422

    Anne Waymack Hess
    23360 N.1700th Road
    Bushnell, IL 61422

    Charles Hess and Wilma Hess
    24147 N. Seven Hills Road
    Marietta, IL 61459

on this 7th day of October, 2005. Any interested party that does not receive filings via electronic mailing will be served by the undersigned by enclosing a copy of the foregoing and depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, on the 7th day of October, 2005.

                                        /s/ M. Michael Waters

M. MICHAEL WATERS
MARY A. CORRIGAN
S. LINN PERKINS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

o:\mmw\deere\pleadings\motforlvtofilesurreply

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986