IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS, <br><br> Defendants. | CASE NO.: 04-1175 |

**DEERE CREDIT, INC.'S STATEMENT OF FACTS**
**REGARDING STATUS HEARING**

NOW COMES DEERE CREDIT, INC., by and through its attorneys, Vonachen, Lawless, Trager & Slevin, and to assist the Court and counsel, files this Statement of Facts.

1.     This cause of action arises out of loan agreements that Scott C. Hess (hereinafter referred to as "SCOTT") and Anne Waymack Hess (hereinafter referred to as "ANNE") entered into with Deere Credit, Inc. (hereinafter referred to as "DEERE").  DEERE obtained judgment against both SCOTT and ANNE on July 30, 2004 in the amount of $782,348.40.  DEERE has collected a significant portion of the judgment as a result of the sale of real estate owned by SCOTT, however, approximately $195,000.00 remains due and owing to DEERE.  On April 12, 2005 DEERE filed a Citation to Discover Assets to Third Party directed to Cargill, Inc. (hereinafter "CARGILL"), and on July 27, 2005, DEERE filed a second Citation to Discover Assets to Third Party directed to Archer Daniels Midland (hereinafter "ADM").  CARGILL subsequently deposited the sum of $42, 421.12 with this Court and was discharged from further obligations in connection with the Citation.  While ADM has not filed a formal response to the Citation to Discover Assets to Third Party served on it,

the parties agree that ADM is holding funds which are subject to various claims as discussed below.

2. In addition to the amounts owed to DEERE, SCOTT and ANNE owe various creditors. Two of those creditors have each made a claim to the monies deposited by CARGILL and those held by ADM either in these proceedings or in other proceedings. Those creditors, the nature of their claims, and the bases for said claims are set forth below:

A. FS Financial Services Corporation, a Delaware corporation, as successor to West Central FS, Inc. (hereinafter "FS") claims it is owed money as a result of Line of Credit Notes and Security Agreements signed by Scott C. Hess. FS does not claim that ANNE owes it any money.

B. Charles Hess and Wilma Hess (hereinafter referred to as "CHARLES and WILMA") claim that SCOTT owes them the sum of $126,000.00 as a result of a land lease agreement executed by SCOTT, CHARLES and WILMA. That claim is the subject of several pleadings filed in this case and is additionally the subject of proceedings filed in McDonough[1] County, Illinois as Cause Number 05 LM 93.

3. ANNE filed for bankruptcy protection in the Central District of Illinois under Chapter 12 on December 22, 2004 as Cause Number 04-85616. Subsequent to the filing of the bankruptcy proceedings, ANNE filed an adversary complaint against FS seeking to claim a marital interest in the proceeds of the sale of farm machinery and equipment as a result of a replevin action filed by FS against SCOTT. The net sale proceeds realized from the sale of the equipment was approximately $245,000.00. Counsel for FS is holding the sale proceeds in his trust account pending an agreement

---

[1] The Complaint, on its face, indicates that it was filed in Fulton County (see attachment 1 to docket number 69), but in reality, it was filed in McDonough County.

of the parties or entry of a court order by the Bankruptcy Court. Various motions related to the bankruptcy proceedings and the adversary proceedings are set for hearing on March 15, 2006.

4.  The parties to the pending proceedings disagree as to whether this Court or a state court in McDonough County should determine the rights related to the grain proceeds deposited by CARGILL and those held by ADM. Specifically, CHARLES and WILMA contend that that this Court lacks personal jurisdiction over them.

5.  The parties additionally disagree as to the substantive question of which party is entitled to receive the grain proceeds. FS contends that it has a superior right to the grain proceeds over the rights of DEERE. FS additionally contends that CHARLES and WILMA did not properly perfect their landlord's lien, and accordingly they have no claim to the grain proceeds. DEERE contends that even if the lien of FS is determined to be superior, it is subject to offset for the amounts currently held by FS for the sale of machinery and equipment. DEERE and FS agree that those amounts would be applied to the FS lien leaving at least a portion of the grain proceeds to be applied to the DEERE lien. CHARLES and WILMA contend that they have a valid landlord's lien that takes priority over both FS and DEERE and that in addition CARGILL is guilty of both breach of contract and conversion by refusing to pay the grain proceeds to them.

6.  The timetable below summarizes some of the relevant dates and actions:

| Date / Docket # | Document |
|---|---|
| 7/30/04 #8 | Judgment in this matter was entered in favor of Deere Credit, Inc., Plaintiff, Judgment Creditor. |
| 4/12/05 #46 | Citations to Discover Assets were served upon Cargill, Inc. and Archer Daniels Midland Company, a/k/a ADM Growmark. |
| 6/21/05 #49 | Cargill filed Motion for Leave to Appear and File For Leave to File Motion for Interpleader. |

| Date / Docket # | Document |
|---|---|
| 6/20/05 #56 | Charles Hess served by mail with Cargill's Motion for Leave to Appear and File For Leave to File Motion for Interpleader and Motion for Interpleader. |
| 7/6/05 #51 | The Court granted Cargill, Inc.'s Motion for Leave to File Motion for Interpleader: Motion for Interpleader filed. |
| 7/19/05 #69-1 | Charles and Wilma Hess filed State Court action alleging conversion of grain proceeds. |
| 7/27/05  #57 | Order entered granting Motion for Interpleader. |
| 8/1/05  #58 | Cargill, Inc. filed a certificate of service showing service by mail upon Deere Credit, Inc.; Scott C. Hess; Ann Waymack Hess; Charles Hess; Charles Hess and Wilma Hess, c/o Dudley Borah, Attorney at Law; and West Central FS, Inc of Order on Motion for Interpleader. |
| 8/8/05  (text) | Cargill, Inc. tendered to the U.S. District Court a check in the amount of $42,421.12. |
| 8/10/05 (text) | Cargill, Inc. was discharged from this case due to its payment in the Court of $42,421.12. |

                                      DEERE CREDIT, INC., Plaintiff,
                                      Judgment Creditor,

                                      By:  /s/ M. Michael Waters
                                          One of its Attorneys

MARY A. CORRIGAN (ARDC # 6197770)
M. MICHAEL WATERS (ARDC # 3123709)
S. LINN PERKINS (ARDC # 6203700)
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone:  (309)676-8986
Facsimile:   (309)676-4130

## PROOF OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF PEORIA )

      The undersigned attorney hereby certifies that on January 20, 2006, a copy of the foregoing **Deere Credit, Inc.'s Statement of Facts Regarding Status Hearing** was electronically filed with the Clerk of the Court using the CM/ECF system, with notice to participating parties being provided electronically. I further certify that to those participating parties that do not receive electronic service, I enclosed a copy of **Deere Credit, Inc.'s Statement of Facts Regarding Status Hearing** in envelope(s) addressed to said parties, and deposited said envelope(s), with first-class postage fully prepaid, in the U.S. Mail at Peoria, Illinois on the 20th day of January, 2006. The participating parties are as follows:

Robert Lindstrom, Esq.
Mustain, Lindstrom & Henson
1865 North Henderson Street, Suite 11B
Galesburg, IL 61401

Douglas J. March, Esq.
March, McMillan & DeJoode, P.C.
402 E. Jackson St.
P.O. Box 443
Macomb, IL 61455

Alan B. Marsh, Esq.
White, Marsh, Anderson, Martin,
  Vickers, Deobler & Goode
511 E. Etna Road
Ottawa, IL 61350

Peter R. Jennetten, Esq.
Quinn, Johnston, Henderson & Pretorius, Chtd.
227 N.E. Jefferson
Peoria, IL 61602

Fred Kenney, Esq.
Archer Daniels Midland
Law Department
4666 Faries Parkway
Decatur, IL 62526

Dudley Borah, Esq.
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Barry Barash, Esq.
Barash & Everett, LLC
256 South Soangetaha Road
P.O. Box 1408
Galesburg, IL 61402-1408

Scott Hess
23180 N. 1700 Road
Bushnell, IL 61422

Anne Waymack Hess
23360 N. 1700th Road
Bushnell, IL 61422

Charles Hess and Wilma Hess
c/o Dudley Borah, Esq.
Attorney at Law
P.O. Box 265
Bushnell, IL 61422

Charles Hess and Wilma Hess
24147 N. Seven Hills Road
Marietta, IL 61459

                By: /s/ M. Michael Waters

MARY A. CORRIGAN (ARDC # 6197770)
M. MICHAEL WATERS (ARDC # 3123709)
S. LINN PERKINS (ARDC # 6203700)
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone:  (309)676-8986
Facsimile:   (309)676-4130

O:\MAC\Files\Deere\Hess\Statement of Facts.doc