E-FILED
Wednesday, 01 March, 2006  03:53:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS, <br><br> Defendants. <br><br> vs. <br><br> CARGILL, INCORPORATED, <br><br> Citation Respondent/Garnishee, <br><br> and <br><br> ARCHER DANIELS MIDLAND COMPANY, a/k/a ADM GROWMARK, <br><br> Citation Respondent, Garnishee. | No. 04 - 1175 |

### NOTICE RE: ADM GRAIN PROCEEDS

To:    Fred Kenney, Esq., Archer Daniels Midland, Law Department,
         4666 Faries Parkway, Decatur, IL  62526

         Mr. Thomas W. O'Neal, Westervelt, Johnson, Nicoll & Keller, 411 Hamilton Blvd.,
          Suite 1400, Peoria, IL  61602

         Pursuant to Rule 69, Federal Rules of Civil Procedure, 735 ILCS 5/2-1402, and 735 ILCS 5/12-710, and in accordance with Orders of this Court entered on January 27, 2006 (a copy of which is attached hereto as Exhibit A) and February 24, 2006 ( a copy of which is attached hereto as Exhibit B), you are hereby notified to appear and maintain your position with respect to the

property described herein. If you fail to appear **you will be concluded by the judgment entered in this proceeding**.

### The Citation Proceeding

1. This cause is before the Court on a Citation Proceeding filed by DEERE CREDIT, INC., Plaintiff, Judgment Creditor.

2. On July 27, 2005, Deere Credit, Inc. filed a Citation to Discover Assets of Defendants/Judgment Debtors held by Archer Daniels Midland, a/k/a ADM Growmark. A copy of the Citation is attached hereto as Exhibit C.

### The Property

3. The property subject to the citation included the proceeds of grain sales held by Archer Daniels Midland, a/k/a ADM Growmark.

### Appearance and Response

4. You have been ordered to appear and respond by March 10, 2006.

5. If you fail to appear, you may be concluded by the judgment entered in this proceeding.

> DEERE CREDIT, INC., Plaintiff,
> Judgment Creditor,
>
>
> By: ___/s/ M. Michael Waters_____
>       One of its Attorneys

MARY A. CORRIGAN (ARDC # 6197770)
M. MICHAEL WATERS (ARDC # 3123709)
S. LINN PERKINS (ARDC # 6203700)
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone:  (309)676-8986

Facsimile:  (309)676-4130

## PROOF OF SERVICE

STATE OF ILLINOIS )
                  )   SS.
COUNTY OF PEORIA  )

I, the undersigned attorney, hereby certify that I electronically filed with the Clerk of the Court using the CM/ECF system and that a copy of the foregoing **Notice Re: ADM Grain Proceeds** was served by certified mail, return receipt requested, proper postage fully prepaid, as follows:

>   Fred Kenney, Esq.
>   Archer Daniels Midland
>   Law Department
>   4666 Faries Parkway
>   Decatur, IL  62526
>
>   Mr. Thomas W. O'Neal
>   Westervelt, Johnson, Nicoll & Keller
>   411 Hamilton Blvd, Suite 1400
>   Peoria, IL  61602
>   (and also by hand-delivery)

on this 1st day of March, 2006.

                                    /s/ M. Michael Waters

M. MICHAEL WATERS
MARY A. CORRIGAN
S. LINN PERKINS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:     (309) 676-8986
Fax:    (309) 676-4130

o:\mmw\deere\pleadings\noticetoappearl

3