**Michael Waters**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Friday, January 27, 2006 8:27 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01175-MMM-JAG Deere Credit, Inc. v. Hess, et al "Order on Motion to Dismiss" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CL, ilcd entered on 1/27/2006 at 8:26 AM CST and filed on 1/26/2006

**Case Name:**     Deere Credit, Inc. v. Hess, et al
**Case Number:**   1:04-cv-1175
**Filer:**
**WARNING: CASE CLOSED on 07/30/2004**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Michael M. Mihm : Attys. Waters/Corrigan/Judd/Marsh/Lindstrom present in person and motion hearing held on 1/26/06 re [62] MOTION to Dismiss *Cargill's Interpleader Proceeding*. ( Atty O'Neal for Archer Daniels also present.) Oral arguments by counsel. Court is denying [62] motion to dismiss. Status Conference set for 2/24/2006 09:00 AM in Courtroom A before Judge Michael M. Mihm, by phone. Court to set up call. All counsel/parties intending to participipate in the status conference on 2/24/06 are to contact the Clerk's Office at 309/671-7117 prior to hearing and provide information as to telephone number where they can be reached for the hearing.(Court Reporter HK.) (CL, ilcd)

The following document(s) are associated with this transaction:


**1:04-cv-1175 Notice will be electronically mailed to:**

Mary A Corrigan     mcorrigan@vltslaw.com, tschallau@vltslaw.com

Peter R Jennetten     pjennetten@qjhp.com, kjohnson@qjhp.com; sjensen@qjhp.com; kmccoskey@qjhp.com

Laurie M Judd     ljudd@qjhp.com, psepich@qjhp.com; dgrover@qjhp.com; sjensen@qjhp.com; kmccoskey@qjhp.com

3/1/2006



EXHIBIT

A

Alan B Marsh     wmavd@aol.com,

Susan Linn Perkins     lperkins@vltslaw.com

John A Slevin     jslevin@vltslaw.com, bcalhoun@vltslaw.com

M Michael Waters     mwaters@vltslaw.com, selliott@vltslaw.com

**1:04-cv-1175 Notice will be delivered by other means to:**

3/1/2006