**Michael Waters**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Friday, February 24, 2006 9:41 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01175-MMM-JAG Deere Credit, Inc. v. Hess, et al "Status Conference" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CL, ilcd entered on 2/24/2006 at 9:40 AM CST and filed on 2/24/2006

**Case Name:** Deere Credit, Inc. v. Hess, et al
**Case Number:** 1:04-cv-1175
**Filer:**
**WARNING: CASE CLOSED on 07/30/2004**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Michael M. Mihm Attys. Corrigan/Judd/Borah/Lindstrom/Marsh/Barash present by phone and Status Conference held on 2/24/2006. Plaintiff to send notice to Atty O'Neal on behalf of claimant with response deadline of 3/10/06. Other counsel present will voluntarily enter appearances. Case is set for Evidentiary Hearing on 3/30/2006 09:00 AM in Courtroom A before Judge Michael M. Mihm, in person. Settlement Conference set for 3/3/2006 02:00 PM in person before Magistrate Judge John A. Gorman. (Court Reporter KH.) (CL, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1175 Notice will be electronically mailed to:**

Mary A Corrigan    mcorrigan@vltslaw.com, tschallau@vltslaw.com

Peter R Jennetten    pjennetten@qjhp.com, kjohnson@qjhp.com; sjensen@qjhp.com; kmccoskey@qjhp.com

Laurie M Judd    ljudd@qjhp.com, psepich@qjhp.com; dgrover@qjhp.com; sjensen@qjhp.com; kmccoskey@qjhp.com

Alan B Marsh    wmavd@aol.com,



EXHIBIT B

3/1/2006

Susan Linn Perkins    lperkins@vltslaw.com

John A Slevin    jslevin@vltslaw.com, bcalhoun@vltslaw.com

M Michael Waters    mwaters@vltslaw.com, selliott@vltslaw.com

**1:04-cv-1175 Notice will be delivered by other means to:**

3/1/2006