IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT C. HESS and ANNE WAYMACK HESS,<br><br>Defendants. | CASE NO.: 04-1175 |

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

To:   Fred Servin
      Archer-Daniels Midland Company, a/k/a ADM Growmark
      546 S. Water Street
      P.O. Box 560
      Havana, IL  62644

YOU ARE COMMANDED to appear before Honorable John A. Gorman at the Federal Building, 100 N. E. Monroe, Peoria, Illinois, on Tuesday, August 30, 2005 at 10:30 a.m.

Judgment against Scott Hess and Anne Waymack Hess was entered on July 30, 2004, and $193,939.03 remains unsatisfied.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor until further order of court or termination of the proceedings.  You are not required to withhold the payment of any money beyond double the amount of the balance due.

NOTICE:  The Court has issued a Citation against the person named above.  The Citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest.  The Citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.  On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.



EXHIBIT C

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTION AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value in any one motor vehicle, and the debtor's equity interest, not to exceed $750.00 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when owned and occupied as a residence to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of the gross weekly wages of (ii) the amount by which disposable earnings for a week exceed the total of 45 times the minimum hourly wage.

(4) Under federal law, the amount of wages that may applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.

YOU ARE COMMANDED to produce the following concerning the property or income of the Judgment Debtor at the examination:

(SEE ATTACHED EXHIBIT "A" - DEMAND FOR DOCUMENTS.)

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

| | |
|---|---|
| Judgment Amount | $170,445.31 |
| Balance Due | $193,939.03 (through July 25, 2005) |
| Date of Judgment/Revival | July 30, 2004 |

The undersigned certifies, under penalties provided by law pursuant to 735 ILCS 5/1-109, that the information contained herein is true and correct.

Attorney/Judgment Creditor:                                     _____

WITNESS, _____, 2005

_____
Clerk of United States District Court

_____
Deputy

DATE OF SERVICE _____        (Seal of Court)

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois  61602
(309)676-8986

<u>EXHIBIT "A"</u>
<u>DEMAND FOR DOCUMENTS</u>

YOU ARE COMMANDED to produce at examination all books and records of property in your possession or control in which Scott C. Hess or Anne Waymack Hess have an interest including, but not limited to:

1. A complete list of all accounts or other monies due Scott C. Hess or Anne Waymack Hess by you;

2. A complete list of all outstanding contracts for the sale of grain by Scott C. Hess, Anne Waymack Hess or Charles Hess to Archer-Daniels Midland Company, a/k/a ADM Growmark

3. A complete list of all grain currently held in storage by Archer-Daniels Midland Company, a/k/a ADM Growmark for Scott C. Hess, Charles Hess or Anne Waymack Hess, if any.

Failure to produce these items could result in your being found in contempt of Court.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT C. HESS and ANNE WAYMACK HESS,<br><br>Defendants. | CASE NO.: 04-1175 |

**CITATION NOTICE**

United States District Court
Central District of Illinois
Federal Courthouse
100 N. E. Monroe
Peoria, Illinois 61602

Name of Case:                  Deere Credit, Inc. v. Scott Hess and Anne Waymack Hess

Judgment Creditor:             Deere Credit, Inc.

Judgment Debtors:              Scott C. Hess and Anne Waymack Hess
Address of Judgment Debtors:   Scott C. Hess –
                               23180 N. 1700 Road, Bushnell, IL 61422
                               Anne Waymack Hess –
                               23360 N. 1700th Road, Bushnell, IL 61422

Name and Address of Attorney
for Judgment Creditor:         MARY A. CORRIGAN
                               VONACHEN, LAWLESS, TRAGER & SLEVIN
                               456 Fulton Street, Suite 425
                               Peoria, IL 61602

Amount of Judgment:            $ 782,348.40

Name of Entity receiving Citation:   Archer-Daniels Midland Company, a/k/a ADM Growmark

Court Date and Time: Tuesday, August 30, 2005 at 10:30 a.m.

1

**NOTICE:** The Court has issued a citation against the person named above. The citation directs the person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment of the judgment.

    The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSET STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

    (1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle; and debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

    (2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7500.00, which homestead is exempt from judgment

    (3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

    (4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

    (5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

    The judgment debtor may have other possible exemptions under the law.

    THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 100 N. E. Monroe, Peoria, Illinois 61602 before the return date specified above or appear in the court on that return date. To obtain a hearing in counties with a population of less than one million, the judgment debtor must notify the Clerk of the Court in writing at 100 N. E. Monroe, Peoria,

2

Illinois 61602 on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

## CERTIFICATE OF MAILING

I hereby certify that, within two business days of service on Archer-Daniels Midland Company, a/k/a ADM Growmark, I served on the judgment debtors in this cause a copy of the Citation by first class mail to the judgment debtors' addresses as indicated in the Citation Notice.

_____

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone:     (309) 676-8986