UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Deere Credit, Inc., | ) | |
|                   Plaintiff | ) | |
| | ) | Case No. 04-1175 |
| | ) | |
| Scott C. Hess and Anne Waymack Hess, | ) | |
|                   Defendants | ) | |

**ORDER**

Following a court mediation on March 4, 2006 and a supplemental settlement conference on March 8, 2006, the parties reached a comprehensive settlement agreement, and they have stipulated that this case should be closed by reason of that settlement. A record of the terms of that settlement agreement was made on March 8, 2005. Pursuant to Judge Mihm's reference of this case to me for settlement, I approve the stipulation. Upon approval by the Bankruptcy Court, this case will be closed.

This Court retains jurisdiction over this matter to enforce compliance with the comprehensive settlement agreement. See, <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994). All dates, including the trial set before Judge Mihm, are vacated. Motion #61 is moot.

ENTER this 9th day of March 2006.

s/John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE