UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEERE CREDIT, INC.,

    Plaintiff,

v.

SCOTT C. HESS, et al.,

    Defendant.

Case No. 04-1175

## MOTION FOR TURNOVER OF FUNDS

Charles Hess and Wilma Hess, by Laurie M. Judd of Quinn, Johnston, Henderson & Pretorius, their attorneys, hereby move for turnover of funds, stating:

1.    On August 8, 2005, Cargill, Inc., a garnishee herein, deposited with this Court the sum of $42,421.12.

2.    Under the terms of a Comprehensive Settlement Stipulation approved by this Court on March 9, 2006, the Clerk of the Court is to immediately pay the $42,421.12, plus any interest thereon to Charles Hess and Wilma Hess. (See Section 8.00(2) of the Comprehensive Settlement Stipulation.)

3.    The Comprehensive Settlement Stipulation now has been approved by the United States Bankruptcy Court for the Central District of Illinois, by Order entered on March 16, 2006. (A copy of that Order is attached hereto as Exhibit A.)

WHEREFORE, Charles Hess and Wilma Hess pray for entry of an Order requiring the Clerk of this Court to immediately turn over the $42,421.12, plus any interest thereon, to Charles Hess and Wilma Hess.

CHARLES HESS AND WILMA HESS

By:   s/ Laurie M. Judd
        Laurie M. Judd

Laurie M. Judd
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133

## PROOF OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed this Motion for Turnover of Funds with the Clerk of Court using the CM/ECF system, with notice to the following participating parties being provided electronically:

| | |
|---|---|
| Alan B. Marsh | Mary A. Corrigan |
| White, Marsh, Anderson, Martin, | Vonachen Lawless Trager & Slevin |
|    Vickers, Deobler & Goode | 456 Fulton Street, Suite 425 |
| 511 E. Etna Road | Peoria, IL 61602 |
| Ottawa, IL 61350 | |

I further certify that I provided a copy of this notice by e-mail to:

>Barry M. Barash
>Attorney for Anne Hess
>barry@barashloaw.com
>
>Robert Lindstrom
>Attorney for FS Financial Services Corporation,
>as successor to West Central FS, Inc.
>rlindstrom@grics.net;  tlirons@grics.net
>
>Dudley Borah
>Attorney for Scott Hess and Charles and Wilma Hess
>P.O. Box 265
>Bushnell, IL 61422
>dudleyborah@bushnell.net
>
>Thomas W. O'Neal
>Westervelt, Johnson, Nicoll & Keller
>Attorney for Archer-Daniels-Midland Company
>411 Hamilton Blvd., 14th Floor
>Peoria, IL 61602
>toneal@wjnklaw.com

                                                    s/ Laurie M. Judd

LMJ/dlg
I:\1\Civil\Hess, Charles & Wilma - Deere CU 101 949 816\motion for turnover.wpd