**IT IS SO ORDERED.**

**SIGNED THIS: March 17, 2006**

_____
**WILLIAM V. ALTENBERGER
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANNE WAYMACK HESS<br><br>              Debtor | Chapter 12<br>No. 04-85616 |

**ORDER APPROVING EMERGENCY AND EXPEDITED MOTION
TO APPROVE COMPREHENSIVE SETTLEMENT AGREEMENT**

_At Peoria, Illinois
March 15, 2006_

The debtor's emergency and expedited motion to approve comprehensive settlement agreement is heard and allowed.

###

Exhibit A