E-FILED
Friday, 17 March, 2006  02:19:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Deere Credit, Inc., | ) | |
|         Plaintiff | ) | |
| | ) | |
| | ) | Case No. 04-1175 |
| | ) | |
| Scott Hess and Anne Waymack Hess, | ) | |
|         Defendants | ) | |

**ORDER**

This case is before the court on the motion (Doc. #79) by claimants Charles and Wilma Hess for disbursement of funds deposited in this court's registry fund. Pursuant to the comprehensive settlement agreement, which has been approved by both the District Court and the Bankruptcy Court, the motion is allowed.

The Clerk is directed to disburse the funds heretofore deposited with the Clerk as follows: The sum of $42,421.12 plus interest shall be paid by check payable to Charles and Wilma Hess and forwarded to their attorney of record, Laurie Judd at Quinn Johnston Henderson & Pretorius, 227 NE Jefferson St, Peoria, IL 61602-1211.

ENTER this 17th day of March 2006.

/sJohn A. Gorman

JOHN A. GORMAN

UNITED STATES MAGISTRATE JUDGE