IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEERE CREDIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT C. HESS and ANNE WAYMACK HESS <br><br> Defendants. | Case No. 04-1175 |

### **AFFIDAVIT AS TO AMOUNTS OWED TO DEERE CREDIT, INC.**

MARY A. CORRIGAN, being first duly sworn, on her oath deposes and states that if called to testify in this matter she could and would competently testify to the following facts:

1.   That she is a duly licensed attorney and counselor at law, having been licensed to practice in the State of Illinois since 1988 and in the state of Missouri since 1985.

2.   That since having been licensed to practice law in Illinois as aforesaid, she has been a practicing attorney with offices in Peoria County, Illinois, and is presently a partner of the law firm of VONACHEN, LAWLESS, TRAGER & SLEVIN, 456 Fulton Street, Suite 425, Peoria, Illinois.

3.   That she has, for many years, practiced in the areas of commercial and collection law and that her customary minimum fee in said cases is $175.00 per hour.

4.   That she is familiar with fees typically charged by attorneys in the Central Illinois area who specialize in commercial and collection cases, and that $175.00 per hour is a reasonable fee for attorneys with her experience in representing parties in commercial and collection cases.

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

5. That she has represented and is still representing DEERE CREDIT, INC. ("DEERE") in the captioned cause, and that she and other attorneys and employees of the firm have kept careful records of the time that they have expended and the nature of the services rendered, in so representing DEERE and that attached hereto and made a part hereof are certain computer printout sheets, which sheets are prepared by employees of the firm under her direction which accurately reflect what they purport to show.

6. That she has kept careful records of amounts expended by DEERE in addition to the attorney fees and costs as well as of the amounts received by DEERE and applied to the judgment previously entered in this case on July 30, 2004.

7. That judgment was entered in this case on June 30, 2004 in the amount of $782,348.40, which included $3,117.25 for attorney fees and costs.

8. Attached hereto as Exhibit "A" is a calculation of interest that has accrued on the judgment pursuant to Title 28 U.S.C.A. §1961 and amounts that have been applied to the judgment.

9. Attached hereto as Exhibit "B" is a printout of attorney fees and costs incurred by DEERE. In addition to the amounts reflected on Exhibit "B", DEERE has expended the sum of $1,024.02 in connection with the sale of real estate owned by Scott C. Hess.

10. As of March 28, 2006, there is due and owing to DEERE the current sum of $208,077.15. Interest and attorney fees continue to accrue on the Judgment.

DEERE CREDIT, INC., Creditor

/S/ MARY A. CORRIGAN
Its Attorney

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2

Subscribed and sworn to before me this 30th day of March, 2006.

/S/ TRACI J. SCHALLAU,
NOTARY PUBLIC

Official Seal
Traci J. Schallau
Notary Public – State of Illinois
My Commission Expires 11/21/2007

MARY A. CORRIGAN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Telephone: (309) 676-8986
Facsimile: (309) 676-4130
O:\MAC\Files\Deere\Hess\Affidavit as to Amounts Owed to Deere Credit.doc

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing the same in envelopes addressed as follows:

Anne Waymack Hess  
23360 N. 1700th Road  
Bushnell, Illinois 61422  

Scott C. Hess  
1505 W. Jackson Street #10  
Macomb, IL 61455  

and by depositing said envelopes, with first class postage fully prepaid, in the United States mail, in Peoria, Illinois on the 30th day of March, 2006 and that the following were served by Notice of Electronic Filing generated by the Electronic Filing System of the United States Bankruptcy Court for the Central District of Illinois:

Barry M. Barash, Esq.  
P.O. Box 1408  
Galesburg, Illinois 61402  

Michael D. Clark, Trustee  
401 Main #1130  
Peoria, IL 61602  

Office of the U.S. Trustee  
401 Main Street, Suite 1100  
Peoria, IL 61602  

Dudley Borah  
P.O. Box 265  
Bushnell, IL 61422  

Heidi A. Benson  
Flack, McRaven & Stephens  
32 West Side Courthouse Square  
P.O. Box 359  
Macomb, IL 61455-0359  

D. Robert Lindstrom  
Mustain, Lindstrom & Henson  
1865 North Henderson Street  
Suite 11B  
Galesburg, IL 61401  

Alan B. Marsh  
White, Marsh, Anderson, Martin, Vickers Deobler & Goode  
511 East Etna Road  
Ottawa, IL 61350  

Thomas O'Neal  
Westervelt, Johnson, Nicoll & Keller  
411 Hamilton Blvd., 14th Floor  
Peoria, IL 61602  

Laurie M. Judd  
Peter R. Jennetten  
Quinn, Johnston, Henderson & Pretorius  
227 NE Jefferson Street  
Peoria, IL 61602  

/S/ MARY A. CORRIGAN

MARY A. CORRIGAN, ARDC NO. 6197770  
VONACHEN, LAWLESS, TRAGER & SLEVIN  
456 Fulton Street, Suite 425  
Peoria, IL 61602  
Telephone: (309) 676-8986  
Facsimile: (309) 676-4130

Vonachen, Lawless, Trager & Slevin

Suite 425  
456 Fulton Street  
Peoria, Illinois 61602  
Fax (309) 676-4130  
(309) 676-8986