| Date | Interest | Payment | Balance |
|---|---|---|---|
| | | | $782,348.40 |
| 7/30/2004 | $ 46.30 | | $782,394.70 |
| 7/31/2004 | $ 46.30 | | $782,441.00 |
| 8/1/2004 | $ 46.30 | | $782,487.30 |
| 8/2/2004 | $ 46.31 | | $782,533.61 |
| 8/3/2004 | $ 46.31 | | $782,579.92 |
| 8/4/2004 | $ 46.31 | | $782,626.23 |
| 8/5/2004 | $ 46.31 | | $782,672.54 |
| 8/6/2004 | $ 46.32 | | $782,718.86 |
| 8/7/2004 | $ 46.32 | | $782,765.18 |
| 8/8/2004 | $ 46.32 | | $782,811.50 |
| 8/9/2004 | $ 46.33 | | $782,857.83 |
| 8/10/2004 | $ 46.33 | | $782,904.16 |
| 8/11/2004 | $ 46.33 | | $782,950.49 |
| 8/12/2004 | $ 46.33 | | $782,996.82 |
| 8/13/2004 | $ 46.34 | | $783,043.16 |
| 8/14/2004 | $ 46.34 | | $783,089.49 |
| 8/15/2004 | $ 46.34 | | $783,135.84 |
| 8/16/2004 | $ 46.34 | | $783,182.18 |
| 8/17/2004 | $ 46.35 | | $783,228.53 |
| 8/18/2004 | $ 46.35 | | $783,274.88 |
| 8/19/2004 | $ 46.35 | | $783,321.23 |
| 8/20/2004 | $ 46.36 | | $783,367.59 |
| 8/21/2004 | $ 46.36 | | $783,413.94 |
| 8/22/2004 | $ 46.36 | | $783,460.31 |
| 8/23/2004 | $ 46.36 | | $783,506.67 |
| 8/24/2004 | $ 46.37 | | $783,553.04 |
| 8/25/2004 | $ 46.37 | | $783,599.40 |
| 8/26/2004 | $ 46.37 | | $783,645.78 |
| 8/27/2004 | $ 46.37 | | $783,692.15 |
| 8/28/2004 | $ 46.38 | | $783,738.53 |
| 8/29/2004 | $ 46.38 | | $783,784.91 |
| 8/30/2004 | $ 46.38 | | $783,831.29 |
| 8/31/2004 | $ 46.39 | | $783,877.68 |
| 9/1/2004 | $ 46.39 | | $783,924.07 |
| 9/2/2004 | $ 46.39 | | $783,970.46 |
| 9/3/2004 | $ 46.39 | | $784,016.85 |
| 9/4/2004 | $ 46.40 | | $784,063.25 |
| 9/5/2004 | $ 46.40 | | $784,109.65 |
| 9/6/2004 | $ 46.40 | | $784,156.05 |
| 9/7/2004 | $ 46.40 | | $784,202.45 |
| 9/8/2004 | $ 46.41 | | $784,248.86 |
| 9/9/2004 | $ 46.41 | | $784,295.27 |
| 9/10/2004 | $ 46.41 | | $784,341.68 |
| 9/11/2004 | $ 46.42 | | $784,388.10 |
| 9/12/2004 | $ 46.42 | | $784,434.52 |
| 9/13/2004 | $ 46.42 | | $784,480.94 |
| 9/14/2004 | $ 46.42 | | $784,527.36 |
| 9/15/2004 | $ 46.43 | | $784,573.79 |
| 9/16/2004 | $ 46.43 | | $784,620.22 |



EXHIBIT A

| Date | Interest | Payment | Balance | |
|---|---|---|---|---|
| 9/17/2004 | $ 46.43 | | $ 784,666.65 | |
| 9/18/2004 | $ 46.44 | | $ 784,713.09 | |
| 9/19/2004 | $ 46.44 | | $ 784,759.53 | |
| 9/20/2004 | $ 46.44 | | $ 784,805.97 | |
| 9/21/2004 | $ 46.44 | | $ 784,852.41 | |
| 9/22/2004 | $ 46.45 | | $ 784,898.86 | |
| 9/23/2004 | $ 46.45 | | $ 784,945.30 | |
| 9/24/2004 | $ 46.45 | | $ 784,991.76 | |
| 9/25/2004 | $ 46.45 | | $ 785,038.21 | |
| 9/26/2004 | $ 46.46 | | $ 785,084.67 | |
| 9/27/2004 | $ 46.46 | | $ 785,131.13 | |
| 9/28/2004 | $ 46.46 | | $ 785,177.59 | |
| 9/29/2004 | $ 46.47 | | $ 785,224.06 | |
| 9/30/2004 | $ 46.47 | | $ 785,270.52 | |
| 10/1/2004 | $ 46.47 | | $ 785,316.99 | |
| 10/2/2004 | $ 46.47 | | $ 785,363.47 | |
| 10/3/2004 | $ 46.48 | | $ 785,409.94 | |
| 10/4/2004 | $ 46.48 | | $ 785,456.42 | |
| 10/5/2004 | $ 46.48 | | $ 785,502.91 | |
| 10/6/2004 | $ 46.48 | | $ 785,549.39 | |
| 10/7/2004 | $ 46.49 | | $ 785,595.88 | |
| 10/8/2004 | $ 46.49 | | $ 785,642.37 | |
| 10/9/2004 | $ 46.49 | | $ 785,688.86 | |
| 10/10/2004 | $ 46.50 | | $ 785,735.36 | |
| 10/11/2004 | $ 46.50 | | $ 785,781.85 | |
| 10/12/2004 | $ 46.50 | | $ 785,828.35 | |
| 10/13/2004 | $ 46.50 | | $ 785,874.86 | |
| 10/14/2004 | $ 46.51 | | $ 785,921.37 | |
| 10/15/2004 | $ 46.51 | | $ 785,967.87 | |
| 10/16/2004 | $ 46.51 | | $ 786,014.39 | |
| 10/17/2004 | $ 46.51 | | $ 786,060.90 | |
| 10/18/2004 | $ 46.52 | | $ 786,107.42 | |
| 10/19/2004 | $ 46.52 | | $ 786,153.94 | |
| 10/20/2004 | $ 46.52 | | $ 786,200.46 | |
| 10/21/2004 | $ 46.53 | | $ 786,246.99 | |
| 10/22/2004 | $ 46.53 | | $ 786,293.52 | |
| 10/23/2004 | $ 46.53 | | $ 786,340.05 | |
| 10/24/2004 | $ 46.53 | | $ 786,386.58 | |
| 10/25/2004 | $ 46.54 | | $ 786,433.12 | |
| 10/26/2004 | $ 46.54 | | $ 786,479.66 | |
| 10/27/2004 | $ 46.54 | | $ 786,526.20 | $ 4,177.80 |
| 10/28/2004 | $ 46.55 | $ 10,035.00 | $ 776,537.75 | |
| 10/29/2004 | $ 45.95 | | $ 776,583.70 | |
| 10/30/2004 | $ 45.96 | | $ 776,629.66 | |
| 10/31/2004 | $ 45.96 | | $ 776,675.62 | |
| 11/1/2004 | $ 45.96 | | $ 776,721.58 | |
| 11/2/2004 | $ 45.96 | | $ 776,767.54 | |
| 11/3/2004 | $ 45.97 | | $ 776,813.51 | |
| 11/4/2004 | $ 45.97 | | $ 776,859.48 | |
| 11/5/2004 | $ 45.97 | | $ 776,905.45 | |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 11/6/2004 | $ 45.98 | | $ 776,951.43 |
| 11/7/2004 | $ 45.98 | | $ 776,997.41 |
| 11/8/2004 | $ 45.98 | | $ 777,043.39 |
| 11/9/2004 | $ 45.98 | | $ 777,089.37 |
| 11/10/2004 | $ 45.99 | | $ 777,135.36 |
| 11/11/2004 | $ 45.99 | | $ 777,181.35 |
| 11/12/2004 | $ 45.99 | | $ 777,227.34 |
| 11/13/2004 | $ 45.99 | | $ 777,273.34 |
| 11/14/2004 | $ 46.00 | | $ 777,319.33 |
| 11/15/2004 | $ 46.00 | | $ 777,365.33 |
| 11/16/2004 | $ 46.00 | | $ 777,411.34 |
| 11/17/2004 | $ 46.01 | | $ 777,457.34 |
| 11/18/2004 | $ 46.01 | | $ 777,503.35 |
| 11/19/2004 | $ 46.01 | | $ 777,549.36 |
| 11/20/2004 | $ 46.01 | | $ 777,595.38 |
| 11/21/2004 | $ 46.02 | | $ 777,641.39 |
| 11/22/2004 | $ 46.02 | | $ 777,687.41 |
| 11/23/2004 | $ 46.02 | | $ 777,733.43 |
| 11/24/2004 | $ 46.02 | | $ 777,779.46 |
| 11/25/2004 | $ 46.03 | | $ 777,825.49 |
| 11/26/2004 | $ 46.03 | | $ 777,871.52 |
| 11/27/2004 | $ 46.03 | | $ 777,917.55 |
| 11/28/2004 | $ 46.04 | | $ 777,963.59 |
| 11/29/2004 | $ 46.04 | | $ 778,009.62 |
| 11/30/2004 | $ 46.04 | $ 10,000.00 | $ 768,055.67 |
| 12/1/2004 | $ 45.45 | | $ 768,101.12 |
| 12/2/2004 | $ 45.45 | | $ 768,146.57 |
| 12/3/2004 | $ 45.46 | | $ 768,192.03 |
| 12/4/2004 | $ 45.46 | | $ 768,237.49 |
| 12/5/2004 | $ 45.46 | | $ 768,282.95 |
| 12/6/2004 | $ 45.47 | | $ 768,328.42 |
| 12/7/2004 | $ 45.47 | | $ 768,373.89 |
| 12/8/2004 | $ 45.47 | | $ 768,419.36 |
| 12/9/2004 | $ 45.47 | | $ 768,464.83 |
| 12/10/2004 | $ 45.48 | | $ 768,510.31 |
| 12/11/2004 | $ 45.48 | | $ 768,555.79 |
| 12/12/2004 | $ 45.48 | | $ 768,601.27 |
| 12/13/2004 | $ 45.48 | | $ 768,646.75 |
| 12/14/2004 | $ 45.49 | $ 10,000.00 | $ 758,692.24 |
| 12/15/2004 | $ 44.90 | | $ 758,737.14 |
| 12/16/2004 | $ 44.90 | | $ 758,782.04 |
| 12/17/2004 | $ 44.90 | | $ 758,826.94 |
| 12/18/2004 | $ 44.91 | | $ 758,871.85 |
| 12/19/2004 | $ 44.91 | | $ 758,916.76 |
| 12/20/2004 | $ 44.91 | | $ 758,961.67 |
| 12/21/2004 | $ 44.91 | | $ 759,006.58 |
| 12/22/2004 | $ 44.92 | | $ 759,051.50 |
| 12/23/2004 | $ 44.92 | | $ 759,096.42 |
| 12/24/2004 | $ 44.92 | | $ 759,141.34 |
| 12/25/2004 | $ 44.92 | | $ 759,186.26 |

| Date | Interest | Payment | Balance | |
|---|---|---|---|---|
| 12/26/2004 | $ 44.93 | | $ 759,231.19 | |
| 12/27/2004 | $ 44.93 | | $ 759,276.12 | |
| 12/28/2004 | $ 44.93 | | $ 759,321.05 | |
| 12/29/2004 | $ 44.94 | | $ 759,365.99 | |
| 12/30/2004 | $ 44.94 | | $ 759,410.93 | |
| 12/31/2004 | $ 44.94 | | $ 759,455.87 | |
| 1/1/2005 | $ 44.94 | | $ 759,500.81 | $ 759,455.87 |
| 1/2/2005 | $ 44.95 | | $ 759,545.75 | |
| 1/3/2005 | $ 44.95 | | $ 759,590.70 | |
| 1/4/2005 | $ 44.95 | | $ 759,635.65 | |
| 1/5/2005 | $ 44.95 | | $ 759,680.61 | |
| 1/6/2005 | $ 44.96 | | $ 759,725.56 | |
| 1/7/2005 | $ 44.96 | | $ 759,770.52 | |
| 1/8/2005 | $ 44.96 | | $ 759,815.49 | |
| 1/9/2005 | $ 44.96 | | $ 759,860.45 | |
| 1/10/2005 | $ 44.97 | | $ 759,905.42 | |
| 1/11/2005 | $ 44.97 | | $ 759,950.39 | |
| 1/12/2005 | $ 44.97 | | $ 759,995.36 | |
| 1/13/2005 | $ 44.98 | | $ 760,040.33 | |
| 1/14/2005 | $ 44.98 | | $ 760,085.31 | |
| 1/15/2005 | $ 44.98 | | $ 760,130.29 | |
| 1/16/2005 | $ 44.98 | | $ 760,175.28 | |
| 1/17/2005 | $ 44.99 | | $ 760,220.26 | |
| 1/18/2005 | $ 44.99 | | $ 760,265.25 | |
| 1/19/2005 | $ 44.99 | | $ 760,310.24 | |
| 1/20/2005 | $ 44.99 | | $ 760,355.23 | |
| 1/21/2005 | $ 45.00 | | $ 760,400.23 | |
| 1/22/2005 | $ 45.00 | | $ 760,445.23 | |
| 1/23/2005 | $ 45.00 | | $ 760,490.23 | |
| 1/24/2005 | $ 45.00 | | $ 760,535.24 | |
| 1/25/2005 | $ 45.01 | | $ 760,580.24 | |
| 1/26/2005 | $ 45.01 | | $ 760,625.25 | |
| 1/27/2005 | $ 45.01 | | $ 760,670.26 | |
| 1/28/2005 | $ 45.02 | | $ 760,715.28 | |
| 1/29/2005 | $ 45.02 | | $ 760,760.30 | |
| 1/30/2005 | $ 45.02 | | $ 760,805.32 | |
| 1/31/2005 | $ 45.02 | | $ 760,850.34 | |
| 2/1/2005 | $ 45.03 | | $ 760,895.37 | |
| 2/2/2005 | $ 45.03 | | $ 760,940.39 | |
| 2/3/2005 | $ 45.03 | | $ 760,985.43 | |
| 2/4/2005 | $ 45.03 | | $ 761,030.46 | |
| 2/5/2005 | $ 45.04 | | $ 761,075.50 | |
| 2/6/2005 | $ 45.04 | | $ 761,120.53 | |
| 2/7/2005 | $ 45.04 | | $ 761,165.58 | |
| 2/8/2005 | $ 45.04 | | $ 761,210.62 | |
| 2/9/2005 | $ 45.05 | | $ 761,255.67 | |
| 2/10/2005 | $ 45.05 | | $ 761,300.72 | |
| 2/11/2005 | $ 45.05 | | $ 761,345.77 | |
| 2/12/2005 | $ 45.05 | | $ 761,390.82 | |
| 2/13/2005 | $ 45.06 | | $ 761,435.88 | |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 2/14/2005 | $ 45.06 | | $ 761,480.94 |
| 2/15/2005 | $ 45.06 | | $ 761,526.01 |
| 2/16/2005 | $ 45.07 | | $ 761,571.07 |
| 2/17/2005 | $ 45.07 | | $ 761,616.14 |
| 2/18/2005 | $ 45.07 | | $ 761,661.21 |
| 2/19/2005 | $ 45.07 | | $ 761,706.28 |
| 2/20/2005 | $ 45.08 | | $ 761,751.36 |
| 2/21/2005 | $ 45.08 | | $ 761,796.44 |
| 2/22/2005 | $ 45.08 | | $ 761,841.52 |
| 2/23/2005 | $ 45.08 | | $ 761,886.61 |
| 2/24/2005 | $ 45.09 | | $ 761,931.69 |
| 2/25/2005 | $ 45.09 | | $ 761,976.78 |
| 2/26/2005 | $ 45.09 | | $ 762,021.87 |
| 2/27/2005 | $ 45.09 | | $ 762,066.97 |
| 2/28/2005 | $ 45.10 | | $ 762,112.07 |
| 3/1/2005 | $ 45.10 | | $ 762,157.17 |
| 3/2/2005 | $ 45.10 | | $ 762,202.27 |
| 3/3/2005 | $ 45.11 | | $ 762,247.38 |
| 3/4/2005 | $ 45.11 | | $ 762,292.48 |
| 3/5/2005 | $ 45.11 | | $ 762,337.60 |
| 3/6/2005 | $ 45.11 | | $ 762,382.71 |
| 3/7/2005 | $ 45.12 | | $ 762,427.83 |
| 3/8/2005 | $ 45.12 | | $ 762,472.94 |
| 3/9/2005 | $ 45.12 | | $ 762,518.07 |
| 3/10/2005 | $ 45.12 | | $ 762,563.19 |
| 3/11/2005 | $ 45.13 | | $ 762,608.32 |
| 3/12/2005 | $ 45.13 | | $ 762,653.45 |
| 3/13/2005 | $ 45.13 | | $ 762,698.58 |
| 3/14/2005 | $ 45.14 | | $ 762,743.71 |
| 3/15/2005 | $ 45.14 | | $ 762,788.85 |
| 3/16/2005 | $ 45.14 | | $ 762,833.99 |
| 3/17/2005 | $ 45.14 | | $ 762,879.14 |
| 3/18/2005 | $ 45.15 | | $ 762,924.28 |
| 3/19/2005 | $ 45.15 | | $ 762,969.43 |
| 3/20/2005 | $ 45.15 | | $ 763,014.58 |
| 3/21/2005 | $ 45.15 | | $ 763,059.73 |
| 3/22/2005 | $ 45.16 | | $ 763,104.89 |
| 3/23/2005 | $ 45.16 | | $ 763,150.05 |
| 3/24/2005 | $ 45.16 | | $ 763,195.21 |
| 3/25/2005 | $ 45.16 | | $ 763,240.38 |
| 3/26/2005 | $ 45.17 | | $ 763,285.54 |
| 3/27/2005 | $ 45.17 | | $ 763,330.71 |
| 3/28/2005 | $ 45.17 | | $ 763,375.89 |
| 3/29/2005 | $ 45.18 | | $ 763,421.06 |
| 3/30/2005 | $ 45.18 | | $ 763,466.24 |
| 3/31/2005 | $ 45.18 | | $ 763,511.42 |
| 4/1/2005 | $ 45.18 | | $ 763,556.60 |
| 4/2/2005 | $ 45.19 | | $ 763,601.79 |
| 4/3/2005 | $ 45.19 | | $ 763,646.98 |
| 4/4/2005 | $ 45.19 | | $ 763,692.17 |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 4/5/2005 | $ 45.19 | | $ 763,737.36 |
| 4/6/2005 | $ 45.20 | | $ 763,782.56 |
| 4/7/2005 | $ 45.20 | | $ 763,827.76 |
| 4/8/2005 | $ 45.20 | | $ 763,872.96 |
| 4/9/2005 | $ 45.20 | | $ 763,918.16 |
| 4/10/2005 | $ 45.21 | | $ 763,963.37 |
| 4/11/2005 | $ 45.21 | | $ 764,008.58 |
| 4/12/2005 | $ 45.21 | | $ 764,053.79 |
| 4/13/2005 | $ 45.22 | | $ 764,099.01 |
| 4/14/2005 | $ 45.22 | | $ 764,144.23 |
| 4/15/2005 | $ 45.22 | | $ 764,189.45 |
| 4/16/2005 | $ 45.22 | | $ 764,234.67 |
| 4/17/2005 | $ 45.23 | | $ 764,279.90 |
| 4/18/2005 | $ 45.23 | | $ 764,325.12 |
| 4/19/2005 | $ 45.23 | | $ 764,370.36 |
| 4/20/2005 | $ 45.23 | | $ 764,415.59 |
| 4/21/2005 | $ 45.24 | | $ 764,460.83 |
| 4/22/2005 | $ 45.24 | | $ 764,506.07 |
| 4/23/2005 | $ 45.24 | | $ 764,551.31 |
| 4/24/2005 | $ 45.24 | | $ 764,596.55 |
| 4/25/2005 | $ 45.25 | | $ 764,641.80 |
| 4/26/2005 | $ 45.25 | | $ 764,687.05 |
| 4/27/2005 | $ 45.25 | | $ 764,732.30 |
| 4/28/2005 | $ 45.26 | | $ 764,777.56 |
| 4/29/2005 | $ 45.26 | | $ 764,822.82 |
| 4/30/2005 | $ 45.26 | | $ 764,868.08 |
| 5/1/2005 | $ 45.26 | | $ 764,913.34 |
| 5/2/2005 | $ 45.27 | | $ 764,958.61 |
| 5/3/2005 | $ 45.27 | | $ 765,003.88 |
| 5/4/2005 | $ 45.27 | | $ 765,049.15 |
| 5/5/2005 | $ 45.27 | | $ 765,094.42 |
| 5/6/2005 | $ 45.28 | | $ 765,139.70 |
| 5/7/2005 | $ 45.28 | | $ 765,184.98 |
| 5/8/2005 | $ 45.28 | | $ 765,230.26 |
| 5/9/2005 | $ 45.28 | | $ 765,275.54 |
| 5/10/2005 | $ 45.29 | | $ 765,320.83 |
| 5/11/2005 | $ 45.29 | | $ 765,366.12 |
| 5/12/2005 | $ 45.29 | | $ 765,411.41 |
| 5/13/2005 | $ 45.30 | | $ 765,456.71 |
| 5/14/2005 | $ 45.30 | | $ 765,502.01 |
| 5/15/2005 | $ 45.30 | | $ 765,547.31 |
| 5/16/2005 | $ 45.30 | | $ 765,592.61 |
| 5/17/2005 | $ 45.31 | | $ 765,637.92 |
| 5/18/2005 | $ 45.31 | | $ 765,683.23 |
| 5/19/2005 | $ 45.31 | | $ 765,728.54 |
| 5/20/2005 | $ 45.31 | | $ 765,773.85 |
| 5/21/2005 | $ 45.32 | | $ 765,819.17 |
| 5/22/2005 | $ 45.32 | | $ 765,864.49 |
| 5/23/2005 | $ 45.32 | | $ 765,909.81 |
| 5/24/2005 | $ 45.33 | | $ 765,955.14 |

| Date | Interest | Payment | Balance | |
|---|---|---|---|---|
| 5/25/2005 | $ 45.33 | | $ 766,000.47 | |
| 5/26/2005 | $ 45.33 | | $ 766,045.80 | |
| 5/27/2005 | $ 45.33 | | $ 766,091.13 | |
| 5/28/2005 | $ 45.34 | | $ 766,136.47 | |
| 5/29/2005 | $ 45.34 | | $ 766,181.80 | |
| 5/30/2005 | $ 45.34 | | $ 766,227.15 | |
| 5/31/2005 | $ 45.34 | | $ 766,272.49 | |
| 6/1/2005 | $ 45.35 | | $ 766,317.84 | |
| 6/2/2005 | $ 45.35 | | $ 766,363.19 | |
| 6/3/2005 | $ 45.35 | | $ 766,408.54 | |
| 6/4/2005 | $ 45.35 | | $ 766,453.89 | |
| 6/5/2005 | $ 45.36 | | $ 766,499.25 | |
| 6/6/2005 | $ 45.36 | | $ 766,544.61 | |
| 6/7/2005 | $ 45.36 | | $ 766,589.97 | |
| 6/8/2005 | $ 45.37 | | $ 766,635.34 | |
| 6/9/2005 | $ 45.37 | | $ 766,680.70 | |
| 6/10/2005 | $ 45.37 | | $ 766,726.08 | |
| 6/11/2005 | $ 45.37 | | $ 766,771.45 | |
| 6/12/2005 | $ 45.38 | | $ 766,816.82 | |
| 6/13/2005 | $ 45.38 | | $ 766,862.20 | |
| 6/14/2005 | $ 45.38 | | $ 766,907.59 | |
| 6/15/2005 | $ 45.38 | | $ 766,952.97 | |
| 6/16/2005 | $ 45.39 | | $ 766,998.36 | $ 767,043.75 |
| 6/17/2005 | $ 45.39 | | $ 767,043.75 | $ 7,587.88 |
| 6/17/2005 | $ 45.39 | $ 596,684.17 | $ 170,404.97 | |
| 6/18/2005 | $ 10.08 | | $ 170,415.05 | |
| 6/19/2005 | $ 10.08 | | $ 170,425.14 | |
| 6/20/2005 | $ 10.09 | | $ 170,435.22 | |
| 6/21/2005 | $ 10.09 | | $ 170,445.31 | |
| 6/22/2005 | $ 10.09 | | $ 170,455.39 | |
| 6/23/2005 | $ 10.09 | | $ 170,465.48 | |
| 6/24/2005 | $ 10.09 | | $ 170,475.57 | |
| 6/25/2005 | $ 10.09 | | $ 170,485.66 | |
| 6/26/2005 | $ 10.09 | | $ 170,495.75 | |
| 6/27/2005 | $ 10.09 | | $ 170,505.84 | |
| 6/28/2005 | $ 10.09 | | $ 170,515.93 | |
| 6/29/2005 | $ 10.09 | | $ 170,526.02 | |
| 6/30/2005 | $ 10.09 | | $ 170,536.11 | |
| 7/1/2005 | $ 10.09 | | $ 170,546.20 | |
| 7/2/2005 | $ 10.09 | | $ 170,556.29 | |
| 7/3/2005 | $ 10.09 | | $ 170,566.39 | |
| 7/4/2005 | $ 10.09 | | $ 170,576.48 | |
| 7/5/2005 | $ 10.09 | | $ 170,586.58 | |
| 7/6/2005 | $ 10.09 | | $ 170,596.67 | |
| 7/7/2005 | $ 10.10 | | $ 170,606.77 | |
| 7/8/2005 | $ 10.10 | | $ 170,616.86 | |
| 7/9/2005 | $ 10.10 | | $ 170,626.96 | |
| 7/10/2005 | $ 10.10 | | $ 170,637.06 | |
| 7/11/2005 | $ 10.10 | | $ 170,647.15 | |
| 7/12/2005 | $ 10.10 | | $ 170,657.25 | |

**TO ADD ADDITIONAL DAYS**
1. Type in new date.
2. Highlight cells B and D on the last line.
3. Hit the copy button on the tool bar.
4. Move the cursor down one line.
5. Hit the enter button

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 7/13/2005 | $ 10.10 | | $ 170,667.35 |
| 7/14/2005 | $ 10.10 | | $ 170,677.45 |
| 7/15/2005 | $ 10.10 | | $ 170,687.55 |
| 7/16/2005 | $ 10.10 | | $ 170,697.65 |
| 7/17/2005 | $ 10.10 | | $ 170,707.75 |
| 7/18/2005 | $ 10.10 | | $ 170,717.86 |
| 7/19/2005 | $ 10.10 | | $ 170,727.96 |
| 7/20/2005 | $ 10.10 | | $ 170,738.06 |
| 7/21/2005 | $ 10.10 | | $ 170,748.17 |
| 7/22/2005 | $ 10.10 | | $ 170,758.27 |
| 7/23/2005 | $ 10.11 | | $ 170,768.38 |
| 7/24/2005 | $ 10.11 | | $ 170,778.48 |
| 7/25/2005 | $ 10.11 | | $ 170,788.59 |
| 7/26/2005 | $ 10.11 | | $ 170,798.70 |
| 7/27/2005 | $ 10.11 | | $ 170,808.80 |
| 7/28/2005 | $ 10.11 | | $ 170,818.91 |
| 7/29/2005 | $ 10.11 | | $ 170,829.02 |
| 7/30/2005 | $ 10.11 | | $ 170,839.13 |
| 7/31/2005 | $ 10.11 | | $ 170,849.24 |
| 8/1/2005 | $ 10.11 | | $ 170,859.35 |
| 8/2/2005 | $ 10.11 | | $ 170,869.46 |
| 8/3/2005 | $ 10.11 | | $ 170,879.57 |
| 8/4/2005 | $ 10.11 | | $ 170,889.68 |
| 8/5/2005 | $ 10.11 | | $ 170,899.80 |
| 8/6/2005 | $ 10.11 | | $ 170,909.91 |
| 8/7/2005 | $ 10.11 | | $ 170,920.03 |
| 8/8/2005 | $ 10.11 | | $ 170,930.14 |
| 8/9/2005 | $ 10.12 | | $ 170,940.26 |
| 8/10/2005 | $ 10.12 | | $ 170,950.37 |
| 8/11/2005 | $ 10.12 | | $ 170,960.49 |
| 8/12/2005 | $ 10.12 | | $ 170,970.61 |
| 8/13/2005 | $ 10.12 | | $ 170,980.72 |
| 8/14/2005 | $ 10.12 | | $ 170,990.84 |
| 8/15/2005 | $ 10.12 | | $ 171,000.96 |
| 8/16/2005 | $ 10.12 | | $ 171,011.08 |
| 8/17/2005 | $ 10.12 | | $ 171,021.20 |
| 8/18/2005 | $ 10.12 | | $ 171,031.32 |
| 8/19/2005 | $ 10.12 | | $ 171,041.44 |
| 8/20/2005 | $ 10.12 | | $ 171,051.56 |
| 8/21/2005 | $ 10.12 | | $ 171,061.69 |
| 8/22/2005 | $ 10.12 | | $ 171,071.81 |
| 8/23/2005 | $ 10.12 | | $ 171,081.93 |
| 8/24/2005 | $ 10.12 | | $ 171,092.06 |
| 8/25/2005 | $ 10.12 | | $ 171,102.18 |
| 8/26/2005 | $ 10.13 | | $ 171,112.31 |
| 8/27/2005 | $ 10.13 | | $ 171,122.43 |
| 8/28/2005 | $ 10.13 | | $ 171,132.56 |
| 8/29/2005 | $ 10.13 | | $ 171,142.69 |
| 8/30/2005 | $ 10.13 | | $ 171,152.82 |
| 8/31/2005 | $ 10.13 | | $ 171,162.94 |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 9/1/2005 | $ 10.13 | | $ 171,173.07 |
| 9/2/2005 | $ 10.13 | | $ 171,183.20 |
| 9/3/2005 | $ 10.13 | | $ 171,193.33 |
| 9/4/2005 | $ 10.13 | | $ 171,203.46 |
| 9/5/2005 | $ 10.13 | | $ 171,213.60 |
| 9/6/2005 | $ 10.13 | | $ 171,223.73 |
| 9/7/2005 | $ 10.13 | | $ 171,233.86 |
| 9/8/2005 | $ 10.13 | | $ 171,243.99 |
| 9/9/2005 | $ 10.13 | | $ 171,254.13 |
| 9/10/2005 | $ 10.13 | | $ 171,264.26 |
| 9/11/2005 | $ 10.14 | | $ 171,274.40 |
| 9/12/2005 | $ 10.14 | | $ 171,284.53 |
| 9/13/2005 | $ 10.14 | | $ 171,294.67 |
| 9/14/2005 | $ 10.14 | | $ 171,304.81 |
| 9/15/2005 | $ 10.14 | | $ 171,314.94 |
| 9/16/2005 | $ 10.14 | | $ 171,325.08 |
| 9/17/2005 | $ 10.14 | | $ 171,335.22 |
| 9/18/2005 | $ 10.14 | | $ 171,345.36 |
| 9/19/2005 | $ 10.14 | | $ 171,355.50 |
| 9/20/2005 | $ 10.14 | | $ 171,365.64 |
| 9/21/2005 | $ 10.14 | | $ 171,375.78 |
| 9/22/2005 | $ 10.14 | | $ 171,385.92 |
| 9/23/2005 | $ 10.14 | | $ 171,396.06 |
| 9/24/2005 | $ 10.14 | | $ 171,406.21 |
| 9/25/2005 | $ 10.14 | | $ 171,416.35 |
| 9/26/2005 | $ 10.14 | | $ 171,426.50 |
| 9/27/2005 | $ 10.14 | | $ 171,436.64 |
| 9/28/2005 | $ 10.15 | | $ 171,446.79 |
| 9/29/2005 | $ 10.15 | | $ 171,456.93 |
| 9/30/2005 | $ 10.15 | | $ 171,467.08 |
| 10/1/2005 | $ 10.15 | | $ 171,477.22 |
| 10/2/2005 | $ 10.15 | | $ 171,487.37 |
| 10/3/2005 | $ 10.15 | | $ 171,497.52 |
| 10/4/2005 | $ 10.15 | | $ 171,507.67 |
| 10/5/2005 | $ 10.15 | | $ 171,517.82 |
| 10/6/2005 | $ 10.15 | | $ 171,527.97 |
| 10/7/2005 | $ 10.15 | | $ 171,538.12 |
| 10/8/2005 | $ 10.15 | | $ 171,548.27 |
| 10/9/2005 | $ 10.15 | | $ 171,558.42 |
| 10/10/2005 | $ 10.15 | | $ 171,568.58 |
| 10/11/2005 | $ 10.15 | | $ 171,578.73 |
| 10/12/2005 | $ 10.15 | | $ 171,588.88 |
| 10/13/2005 | $ 10.15 | | $ 171,599.04 |
| 10/14/2005 | $ 10.15 | | $ 171,609.19 |
| 10/15/2005 | $ 10.16 | | $ 171,619.35 |
| 10/16/2005 | $ 10.16 | | $ 171,629.50 |
| 10/17/2005 | $ 10.16 | | $ 171,639.66 |
| 10/18/2005 | $ 10.16 | | $ 171,649.82 |
| 10/19/2005 | $ 10.16 | | $ 171,659.98 |
| 10/20/2005 | $ 10.16 | | $ 171,670.13 |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 10/21/2005 | $ 10.16 | | $ 171,680.29 |
| 10/22/2005 | $ 10.16 | | $ 171,690.45 |
| 10/23/2005 | $ 10.16 | | $ 171,700.61 |
| 10/24/2005 | $ 10.16 | | $ 171,710.77 |
| 10/25/2005 | $ 10.16 | | $ 171,720.94 |
| 10/26/2005 | $ 10.16 | | $ 171,731.10 |
| 10/27/2005 | $ 10.16 | | $ 171,741.26 |
| 10/28/2005 | $ 10.16 | | $ 171,751.42 |
| 10/29/2005 | $ 10.16 | | $ 171,761.59 |
| 10/30/2005 | $ 10.16 | | $ 171,771.75 |
| 10/31/2005 | $ 10.17 | | $ 171,781.92 |
| 11/1/2005 | $ 10.17 | | $ 171,792.08 |
| 11/2/2005 | $ 10.17 | | $ 171,802.25 |
| 11/3/2005 | $ 10.17 | | $ 171,812.42 |
| 11/4/2005 | $ 10.17 | | $ 171,822.58 |
| 11/5/2005 | $ 10.17 | | $ 171,832.75 |
| 11/6/2005 | $ 10.17 | | $ 171,842.92 |
| 11/7/2005 | $ 10.17 | | $ 171,853.09 |
| 11/8/2005 | $ 10.17 | | $ 171,863.26 |
| 11/9/2005 | $ 10.17 | | $ 171,873.43 |
| 11/10/2005 | $ 10.17 | | $ 171,883.60 |
| 11/11/2005 | $ 10.17 | | $ 171,893.77 |
| 11/12/2005 | $ 10.17 | | $ 171,903.95 |
| 11/13/2005 | $ 10.17 | | $ 171,914.12 |
| 11/14/2005 | $ 10.17 | | $ 171,924.29 |
| 11/15/2005 | $ 10.17 | | $ 171,934.47 |
| 11/16/2005 | $ 10.17 | | $ 171,944.64 |
| 11/17/2005 | $ 10.18 | | $ 171,954.82 |
| 11/18/2005 | $ 10.18 | | $ 171,964.99 |
| 11/19/2005 | $ 10.18 | | $ 171,975.17 |
| 11/20/2005 | $ 10.18 | | $ 171,985.35 |
| 11/21/2005 | $ 10.18 | | $ 171,995.52 |
| 11/22/2005 | $ 10.18 | | $ 172,005.70 |
| 11/23/2005 | $ 10.18 | | $ 172,015.88 |
| 11/24/2005 | $ 10.18 | | $ 172,026.06 |
| 11/25/2005 | $ 10.18 | | $ 172,036.24 |
| 11/26/2005 | $ 10.18 | | $ 172,046.42 |
| 11/27/2005 | $ 10.18 | | $ 172,056.60 |
| 11/28/2005 | $ 10.18 | | $ 172,066.78 |
| 11/29/2005 | $ 10.18 | | $ 172,076.97 |
| 11/30/2005 | $ 10.18 | | $ 172,087.15 |
| 12/1/2005 | $ 10.18 | | $ 172,097.33 |
| 12/2/2005 | $ 10.18 | | $ 172,107.52 |
| 12/3/2005 | $ 10.18 | | $ 172,117.70 |
| 12/4/2005 | $ 10.19 | | $ 172,127.89 |
| 12/5/2005 | $ 10.19 | | $ 172,138.08 |
| 12/6/2005 | $ 10.19 | | $ 172,148.26 |
| 12/7/2005 | $ 10.19 | | $ 172,158.45 |
| 12/8/2005 | $ 10.19 | | $ 172,168.64 |
| 12/9/2005 | $ 10.19 | | $ 172,178.83 |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 12/10/2005 | $ 10.19 | | $ 172,189.02 |
| 12/11/2005 | $ 10.19 | | $ 172,199.21 |
| 12/12/2005 | $ 10.19 | | $ 172,209.40 |
| 12/13/2005 | $ 10.19 | | $ 172,219.59 |
| 12/14/2005 | $ 10.19 | | $ 172,229.78 |
| 12/15/2005 | $ 10.19 | | $ 172,239.97 |
| 12/16/2005 | $ 10.19 | | $ 172,250.16 |
| 12/17/2005 | $ 10.19 | | $ 172,260.36 |
| 12/18/2005 | $ 10.19 | | $ 172,270.55 |
| 12/19/2005 | $ 10.19 | | $ 172,280.75 |
| 12/20/2005 | $ 10.20 | | $ 172,290.94 |
| 12/21/2005 | $ 10.20 | | $ 172,301.14 |
| 12/22/2005 | $ 10.20 | | $ 172,311.33 |
| 12/23/2005 | $ 10.20 | | $ 172,321.53 |
| 12/24/2005 | $ 10.20 | | $ 172,331.73 |
| 12/25/2005 | $ 10.20 | | $ 172,341.93 |
| 12/26/2005 | $ 10.20 | | $ 172,352.13 |
| 12/27/2005 | $ 10.20 | | $ 172,362.32 |
| 12/28/2005 | $ 10.20 | | $ 172,372.52 |
| 12/29/2005 | $ 10.20 | | $ 172,382.73 |
| 12/30/2005 | $ 10.20 | | $ 172,392.93 |
| 12/31/2005 | $ 10.20 | | $ 172,403.13 |
| 1/1/2006 | $ 10.20 | | $ 172,413.33 |
| 1/2/2006 | $ 10.20 | | $ 172,423.53 |
| 1/3/2006 | $ 10.20 | | $ 172,433.74 |
| 1/4/2006 | $ 10.20 | | $ 172,443.94 |
| 1/5/2006 | $ 10.20 | | $ 172,454.15 |
| 1/6/2006 | $ 10.21 | | $ 172,464.35 |
| 1/7/2006 | $ 10.21 | | $ 172,474.56 |
| 1/8/2006 | $ 10.21 | | $ 172,484.77 |
| 1/9/2006 | $ 10.21 | | $ 172,494.97 |
| 1/10/2006 | $ 10.21 | | $ 172,505.18 |
| 1/11/2006 | $ 10.21 | | $ 172,515.39 |
| 1/12/2006 | $ 10.21 | | $ 172,525.60 |
| 1/13/2006 | $ 10.21 | | $ 172,535.81 |
| 1/14/2006 | $ 10.21 | | $ 172,546.02 |
| 1/15/2006 | $ 10.21 | | $ 172,556.23 |
| 1/16/2006 | $ 10.21 | | $ 172,566.44 |
| 1/17/2006 | $ 10.21 | | $ 172,576.65 |
| 1/18/2006 | $ 10.21 | | $ 172,586.87 |
| 1/19/2006 | $ 10.21 | | $ 172,597.08 |
| 1/20/2006 | $ 10.21 | | $ 172,607.29 |
| 1/21/2006 | $ 10.21 | | $ 172,617.51 |
| 1/22/2006 | $ 10.22 | | $ 172,627.72 |
| 1/23/2006 | $ 10.22 | | $ 172,637.94 |
| 1/24/2006 | $ 10.22 | | $ 172,648.15 |
| 1/25/2006 | $ 10.22 | | $ 172,658.37 |
| 1/26/2006 | $ 10.22 | | $ 172,668.59 |
| 1/27/2006 | $ 10.22 | | $ 172,678.81 |
| 1/28/2006 | $ 10.22 | | $ 172,689.03 |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 1/29/2006 | $ 10.22 | | $ 172,699.25 |
| 1/30/2006 | $ 10.22 | | $ 172,709.47 |
| 1/31/2006 | $ 10.22 | | $ 172,719.69 |
| 2/1/2006 | $ 10.22 | | $ 172,729.91 |
| 2/2/2006 | $ 10.22 | | $ 172,740.13 |
| 2/3/2006 | $ 10.22 | | $ 172,750.35 |
| 2/4/2006 | $ 10.22 | | $ 172,760.57 |
| 2/5/2006 | $ 10.22 | | $ 172,770.80 |
| 2/6/2006 | $ 10.22 | | $ 172,781.02 |
| 2/7/2006 | $ 10.22 | | $ 172,791.25 |
| 2/8/2006 | $ 10.23 | | $ 172,801.47 |
| 2/9/2006 | $ 10.23 | | $ 172,811.70 |
| 2/10/2006 | $ 10.23 | | $ 172,821.93 |
| 2/11/2006 | $ 10.23 | | $ 172,832.15 |
| 2/12/2006 | $ 10.23 | | $ 172,842.38 |
| 2/13/2006 | $ 10.23 | | $ 172,852.61 |
| 2/14/2006 | $ 10.23 | | $ 172,862.84 |
| 2/15/2006 | $ 10.23 | | $ 172,873.07 |
| 2/16/2006 | $ 10.23 | | $ 172,883.30 |
| 2/17/2006 | $ 10.23 | | $ 172,893.53 |
| 2/18/2006 | $ 10.23 | | $ 172,903.76 |
| 2/19/2006 | $ 10.23 | | $ 172,913.99 |
| 2/20/2006 | $ 10.23 | | $ 172,924.23 |
| 2/21/2006 | $ 10.23 | | $ 172,934.46 |
| 2/22/2006 | $ 10.23 | | $ 172,944.69 |
| 2/23/2006 | $ 10.23 | | $ 172,954.93 |
| 2/24/2006 | $ 10.24 | | $ 172,965.16 |
| 2/25/2006 | $ 10.24 | | $ 172,975.40 |
| 2/26/2006 | $ 10.24 | | $ 172,985.63 |
| 2/27/2006 | $ 10.24 | | $ 172,995.87 |
| 2/28/2006 | $ 10.24 | | $ 173,006.11 |
| 3/1/2006 | $ 10.24 | | $ 173,016.35 |
| 3/2/2006 | $ 10.24 | | $ 173,026.59 |
| 3/3/2006 | $ 10.24 | | $ 173,036.83 |
| 3/4/2006 | $ 10.24 | | $ 173,047.07 |
| 3/5/2006 | $ 10.24 | | $ 173,057.31 |
| 3/6/2006 | $ 10.24 | | $ 173,067.55 |
| 3/7/2006 | $ 10.24 | | $ 173,077.79 |
| 3/8/2006 | $ 10.24 | | $ 173,088.03 |
| 3/9/2006 | $ 10.24 | | $ 173,098.27 |
| 3/10/2006 | $ 10.24 | | $ 173,108.52 |
| 3/11/2006 | $ 10.24 | | $ 173,118.76 |
| 3/12/2006 | $ 10.24 | | $ 173,129.01 |
| 3/13/2006 | $ 10.25 | | $ 173,139.25 |
| 3/14/2006 | $ 10.25 | | $ 173,149.50 |
| 3/15/2006 | $ 10.25 | | $ 173,159.75 |
| 3/16/2006 | $ 10.25 | | $ 173,169.99 |
| 3/17/2006 | $ 10.25 | | $ 173,180.24 |
| 3/18/2006 | $ 10.25 | | $ 173,190.49 |
| 3/19/2006 | $ 10.25 | | $ 173,200.74 |

| Date | Interest | Payment | Balance |
|---|---|---|---|
| 3/20/2006 | $ 10.25 | | $ 173,210.99 |
| 3/21/2006 | $ 10.25 | | $ 173,221.24 |
| 3/22/2006 | $ 10.25 | | $ 173,231.49 |
| 3/23/3006 | $ 10.25 | | $ 173,241.74 |
| 3/24/2006 | $ 10.25 | | $ 173,251.99 |
| 3/25/2006 | $ 10.25 | | $ 173,262.25 |
| 3/26/2006 | $ 10.25 | | $ 173,272.50 |
| 3/27/2006 | $ 10.25 | | $ 173,282.75 |
| 3/28/2006 | $ 10.25 | | $ 173,293.01 |
| | $ 17,663.78 | | |