Date: 03/30/2006  Detail Transaction File List  Page: 1
1:04-cv-01175-MMM-JAG   # 81-3   Page 1 of 9   Yorgashen, Lawless, Trager & Slevin   EXHIBIT B   E-FILED
Thursday, 30 March, 2006  03:04:48 PM
Clerk, U.S. District Court, ILCD

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 3492.0103 JOHN DEERE CREDIT SERVICES, INC. | | | | | | | | | |
| 3492.0103 | 05/06/2004 | 9 | A | 20 | 175.00 | 0.75 | 131.25 | review e-mail from Judy Davidson; perform Lexis search for UCC filings involving Scott or Anne Hess | ARCH |
| 3492.0103 | 05/10/2004 | 9 | A | 70 | 175.00 | 0.15 | 26.25 | e-mail to Judy Davidson | ARCH |
| 3492.0103 | 05/17/2004 | 9 | A | 70 | 175.00 | 0.75 | 131.25 | initial review of file received from Judy | ARCH |
| 3492.0103 | 05/18/2004 | 9 | A | 70 | 175.00 | 2.00 | 350.00 | preparation of initial draft of complaint | ARCH |
| 3492.0103 | 05/19/2004 | 33 | A | 2 | | 2.00 | 0.00 | searched for UCC filings on LexisNexis | ARCH |
| | | | | | | | | contacted LexisNexis re: obtaining UCC filings | |
| | | | | | | | | contacted Chicago Title Insurance Co re: obtaining UCC filings | |
| | | | | | | | | contacted Corporation Service Company re: obtaining UCC filings | |
| | | | | | | | | sent email request for Hess UCC filings | |
| 3492.0103 | 05/21/2004 | 9 | A | 70 | 175.00 | 1.00 | 175.00 | further revisions to complaint for filing; e-mail to Judy Davidson; instructions to summer clerk re: UCC search status | ARCH |
| 3492.0103 | 05/21/2004 | 33 | A | 20 | | 0.25 | 0.00 | phone conference with corporation service re: status of search for UCC filings | ARCH |
| 3492.0103 | 05/21/2004 | 9 | A | 100 | | | 150.00 | CLERK OF THE U.S. DISTRICT COURT - FILING FEE | ARCH |
| 3492.0103 | 05/24/2004 | 13 | A | 70 | 175.00 | 1.00 | 175.00 | Review loan documents and security agreements; review UCC filings | ARCH |
| 3492.0103 | 05/25/2004 | 13 | A | 70 | 175.00 | 1.00 | 175.00 | Revisions to Complaint | ARCH |
| 3492.0103 | 05/27/2004 | 33 | A | 70 | | 0.20 | 0.00 | check status of service with process server | ARCH |
| 3492.0103 | 06/01/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conference with process server re: status of service; e-mail to Judy | 509 |
| 3492.0103 | 06/02/2004 | 9 | P | 20 | 175.00 | 0.20 | 35.00 | phone conference with Judy Davidson re: status of service | 512 |
| 3492.0103 | 06/03/2004 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | e-mails to and from Judy re: defendants being served with summons | 505 |
| 3492.0103 | 06/16/2004 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | prepare initial drafts of Motion for Default Judgment and Affidavit for damages | 513 |
| 3492.0103 | 06/17/2004 | 9 | P | 25 | 175.00 | 0.50 | 87.50 | review e-mail from Judy Davidson; e-mail to Judy | 504 |
| 3492.0103 | 06/18/2004 | 9 | P | 100 | | | 281.00 | A.A.A. TRACERS, INC. - SERVICE ON SCOTT HESS $138.00 & ANN WAYMACK HESS $143.00 | 46 |
| 3492.0103 | 06/23/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | check with Clerk's office to see if Defendants have entered an appearance in case | 514 |
| 3492.0103 | 06/24/2004 | 9 | P | 20 | 175.00 | 1.50 | 262.50 | phone conferences with Paul Whelan re: his phone conference with Mr. Hess; review e-mails from Paul; prepare revisions to Affidavit for Damages for Paul Whelan's signature; attempt to reach attorney O'Donnell | 503 |
| 3492.0103 | 06/24/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | revisions to Motion for Default Judgment; prepare Affidavit of Attorney Fees in Draft form. | 506 |
| 3492.0103 | 06/25/2004 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | prepare additional revisions to Motion for Default Judgment; finalize Affidavit of Attorney Fees | 507 |
| 3492.0103 | 06/25/2004 | 13 | P | 70 | 175.00 | 1.00 | 175.00 | intraoffice conference with attorney Corrigan re: issues related to Motion for Default Judgment to be filed; prepare final revisions to Motion in anticipation of filing same | 508 |
| 3492.0103 | 07/07/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | review e-mail from Judy; phone conference with Clerk's office re: status; review federal rules for information on necessity to wait 14 days to have Order entered; second phone conference with Clerk's office; e-mail to Judy | 467 |
| 3492.0103 | 07/13/2004 | | P | 90 | 272848 | | 1313.75 | PAYMENT - THANK YOU, MAC | 18 |
| 3492.0103 | 07/13/2004 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | phone conference with Judge Mihm's clerk; draft proposed Judgment Order; e-mail to client; prepare Memorandum of Judgment | 468 |
| 3492.0103 | 07/13/2004 | 4 | P | 70 | 175.00 | 1.00 | 175.00 | Redraft Order of Default and present to court. | 472 |
| 3492.0103 | 07/14/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conference with title company re: results of title search against defendants | 469 |
| 3492.0103 | 07/15/2004 | 9 | P | 25 | 175.00 | 0.75 | 131.25 | review and analysis of lien search received from Terrill Title Co. | 470 |
| 3492.0103 | 07/19/2004 | 9 | P | 100 | | | 150.00 | TERRILL TITLE CO. PROPERTY SEARCH ON SCOTT & ANNE HESS | 41 |
| 3492.0103 | 07/19/2004 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | review docket entry received from Court; phone conference with Judge Mihm's clerk; e-mail to Judy re: status | 471 |
| 3492.0103 | 07/22/2004 | 9 | P | 20 | 175.00 | 0.50 | 87.50 | phone conferences with Judy Davidson and with Judge Mihm's clerk re: proposed judgment order and issues related to entry of judgment | 474 |
| 3492.0103 | 07/23/2004 | 9 | P | 20 | 175.00 | 0.40 | 70.00 | phone conferences with Judy Davidson and with office re: revisions to proposed judgment order | 473 |
| 3492.0103 | 07/27/2004 | 4 | P | 70 | 175.00 | 0.25 | 43.75 | p/c to Judge Mihm's office and to Judge Gorman to learn status of default. | 477 |
| 3492.0103 | 07/28/2004 | 4 | P | 70 | 175.00 | 0.30 | 52.50 | p/c Judge Gorman's office; p/c Judge Mihm's office. | 480 |
| 3492.0103 | 07/29/2004 | 4 | P | 70 | 175.00 | 1.50 | 262.50 | p/c Judge Mihm's office, PACER search; p/c MAC; motion to withdraw punitive damage, letter to Judge Mihm, recalculate interest for judgment order. | 479 |
| 3492.0103 | 07/30/2004 | | P | 90 | 274183 | | 3204.75 | PAYMENT - THANK YOU, MAC | 19 |
| 3492.0103 | 07/30/2004 | 4 | P | 70 | 175.00 | 1.70 | 297.50 | Redraft judgment order, redraft letter to Judge Mihm. | 481 |
| 3492.0103 | 08/03/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conferences with Judge Mihm's office and with Clerk's office; review Judgment as entered; analysis of need to have Judgment amended | 476 |
| 3492.0103 | 08/04/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with Judy re: status | 475 |
| 3492.0103 | 08/04/2004 | 13 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Attorney Corrigan regarding strategies for | 478 |

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | pursuing supplementary proceedings against the Hesses in light of results of lien search and impact of bankruptcy option | |
| 3492.0103 | 08/12/2004 | 9 | P | 100 | | | 27.00 | MCDONOUGH COUNTY RECORDER RECORDING FEE FOR MEMORANDUM OF JUDGMENT | 40 |
| 3492.0103 | 08/12/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | correspondence to McDonough County Recorder | 499 |
| 3492.0103 | 08/20/2004 | 9 | P | 100 | | | 95.24 | CSC - UCC COPY REQUEST | 43 |
| 3492.0103 | 08/25/2004 | 9 | P | 100 | | | 15.28 | FEDERAL EXPRESS | 42 |
| 3492.0103 | 09/23/2004 | 9 | P | 4 | 175.00 | 1.00 | 175.00 | correspondence to Anne Hess and to Scott Hess | 483 |
| 3492.0103 | 09/24/2004 | 4 | P | 70 | 195.00 | 0.30 | 58.50 | Fax from Stan Tucker; o/c MAC. | 485 |
| 3492.0103 | 09/24/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conference with attorney Tucker re: his representation of Anne in divorce proceedings | 498 |
| 3492.0103 | 09/28/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | research procedure to be followed to execute on judgment lien previously filed against real estate | 486 |
| 3492.0103 | 10/04/2004 | 9 | P | 2 | 175.00 | 1.00 | 175.00 | court appearance to determine whether Rule 16 conference was still going forward in light of judgment previously being entered and to discuss status of case with Magistrate Gorman | 482 |
| 3492.0103 | 10/08/2004 | 9 | P | 4 | 175.00 | 1.00 | 175.00 | correspondence to client | 484 |
| 3492.0103 | 10/13/2004 | 9 | P | 20 | 175.00 | 0.15 | 26.25 | phone conference with Terrill Title to request updated lien search on real estate | 487 |
| 3492.0103 | 10/13/2004 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Interoffice conference to discuss collection of judgment | 511 |
| 3492.0103 | 10/22/2004 | 9 | P | 20 | 175.00 | 0.50 | 87.50 | phone conferences with U.S. Attorney's office and with U.S. Marshall re: writ of execution against real estate and against personal property; research federal provisions related to recovery of costs in post-judgment proceedings. | 488 |
| 3492.0103 | 10/25/2004 | 9 | P | 20 | 175.00 | 1.00 | 175.00 | phone conference with appraiser re: obtaining appraisal of property; review federal and state rules re: requirement of having formal appraisal done and ability of creditor to recover cost of appraisal above the $5.00 per day fee contemplated in IL rules. | 490 |
| 3492.0103 | 10/27/2004 | 9 | P | 20 | 175.00 | 2.00 | 350.00 | phone conference with Anne's attorney; locate correct grain elevators in Dallas City and Havana, Illinois to serve; prepare non-wage garnishments to be served on grain elevators; correspondence to Judy Davidson | 489 |
| 3492.0103 | 10/27/2004 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | calculate interest due on judgment through anticipated return date for non-wage garnishment | 491 |
| 3492.0103 | 10/28/2004 | 9 | P | 70 | 175.00 | 0.20 | 35.00 | instructions to assistant | 492 |
| 3492.0103 | 11/01/2004 | 9 | P | 70 | 175.00 | 0.30 | 52.50 | review e-mail from Judy; e-mail to Judy | 500 |
| 3492.0103 | 11/03/2004 | 9 | P | 100 | | | 25.00 | Terrill Title Co., Inc. fee for updated title search | 44 |
| 3492.0103 | 11/05/2004 | 9 | P | 100 | | | 290.00 | SLOAN INVESTIGATION & PROCESS SERVICE Service Fee | 45 |
| 3492.0103 | 11/08/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | attempts to reach individuals to serve as commissioners; determined that they are out of town | 501 |
| 3492.0103 | 11/10/2004 | 13 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Attorney Corrigan regarding strategies for dealing with Scott Hess in light of information from Anne that he may be transferring assets to Jamaica | 424 |
| 3492.0103 | 11/12/2004 | 9 | P | 20 | 175.00 | 1.00 | 175.00 | phone conference with Anne Hess re: information related to assets owned by Scott Hess; attempt to locate information related to vehicles that Scott may have recently purchased for girlfriend and for parents; obtain information from Secretary of State's office re: getting copies of vehicle titles and registrations | 496 |
| 3492.0103 | 11/15/2004 | 9 | P | 20 | 175.00 | 0.50 | 87.50 | phone conferences with Anne Hess and with Western Illinois Grain re: possible assets of Scott Hess | 495 |
| 3492.0103 | 11/16/2004 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | prepare Citations to be served on Scott and Anne Hess and on Scott's girlfriend and his parents | 497 |
| 3492.0103 | 11/18/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | e-mail to Judy Davidson re: status | 446 |
| 3492.0103 | 11/18/2004 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review e-mail from Judy; e-mail to Judy re: status | 493 |
| 3492.0103 | 11/19/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conferences with individuals re: serving as commissioners | 494 |
| 3492.0103 | 11/22/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with Judge Gorman's clerk to schedule Citations | 502 |
| 3492.0103 | 11/29/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with in-house attorney for Cargill | 442 |
| 3492.0103 | 12/01/2004 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | phone conference with Terrill Title; phone conference with Anne Hess | 426 |
| 3492.0103 | 12/01/2004 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | legal research on issue of whether judge has ability to order turn over of real estate in connection with Citation to Discover Assets hearing | 438 |
| 3492.0103 | 12/01/2004 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | e-mails to and from Judy Davidson | 441 |
| 3492.0103 | 12/01/2004 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Interoffice conference to discuss collection matter | 510 |
| 3492.0103 | 12/02/2004 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | e-mail to Judy Davidson re: status | 444 |
| 3492.0103 | 12/03/2004 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | review answers to non-wage garnishment received from Cargill | 443 |
| 3492.0103 | 12/03/2004 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | e-mails to and from Judy Davidson | 445 |
| 3492.0103 | 12/04/2004 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | prepare non-wage garnishment to be served on Spoon River FS | 427 |
| 3492.0103 | 12/06/2004 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | e-mails to Judy Davidson; review e-mails from Judy | 425 |
| 3492.0103 | 12/06/2004 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review e-mail from CSC re: updated UCC search e-mail to Ann Diamond re: same; phone conference with Ann re: | 439 |

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | search request | |
| 3492.0103 | 12/07/2004 | 9 | P | 20 | 175.00 | 0.50 | 87.50 | phone conferences with surveyor and with Judy Davidson re: dividing out a portion of the real estate to be set aside to Anne Hess | 428 |
| 3492.0103 | 12/07/2004 | 9 | P | 20 | 175.00 | 0.15 | 26.25 | phone conference with process server re: status of service of Citations | 429 |
| 3492.0103 | 12/08/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conference with Anne Hess re: real estate | 430 |
| 3492.0103 | 12/08/2004 | 9 | P | 20 | 175.00 | 0.60 | 105.00 | phone conferences with Scott Hess and Judy Davidson | 431 |
| 3492.0103 | 12/08/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conference with title company to order additional search on land identified by Anne Hess | 433 |
| 3492.0103 | 12/09/2004 | 9 | P | 100 | | | 160.00 | SLOAN INVESTIGATION & PROCESS SERVICE /FEE FOR PROCESS | 35 |
| 3492.0103 | 12/09/2004 | 9 | P | 100 | | | 80.00 | SLOAN INVESTIGATION & PROCESS SERVICE / FEE FOR PROCESS SERVER | 36 |
| 3492.0103 | 12/09/2004 | 9 | P | 20 | 175.00 | 0.25 | 43.75 | phone conference phone conference with Attorney O'Donnell re: conversation with Scott Hess re: settlement | 432 |
| 3492.0103 | 12/09/2004 | 9 | P | 20 | 175.00 | 0.75 | 131.25 | phone conferences with Judy Davidson, Steve Brockway and Joe O'Donnell re: Citation hearing scheduled for Monday | 434 |
| 3492.0103 | 12/09/2004 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | review search results for updated UCC search received from CSC in Springfield | 440 |
| 3492.0103 | 12/10/2004 | 9 | P | 100 | | | 41.00 | FULTON COUNTY RECORDER memo of judgment | 37 |
| 3492.0103 | 12/10/2004 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | review updated title search results received from Terrill Title; prepare Memorandum of Judgment to be filed in Fulton County; phone conferences with attorney O'Donnell and with Judy Davidson re: status; begin preparation for Citation hearing | 436 |
| 3492.0103 | 12/11/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | prepare Quit Claim Deeds to transfer title to real estate titled in Scott's name only to Deere | 435 |
| 3492.0103 | 12/13/2004 | 9 | P | 100 | | | 150.00 | TERRILL TITLE CO. INC., LIEN SEARCH | 38 |
| 3492.0103 | 12/13/2004 | | P | 90 | | | 3844.77 | PAYMENT - THANK YOU FOR YOUR PAYMENT # 1144587, MAC | 17 |
| 3492.0103 | 12/13/2004 | 9 | P | 70 | 175.00 | 4.00 | 700.00 | several phone calls with various individuals re: issues related to Citation to Discover Assets hearing scheduled for today; conference with Steve Brockway; preparation for and appearance in court on Citation Hearing. | 437 |
| 3492.0103 | 12/14/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conferences with Judy Davidson, attorney O'Donnell and Anne Hess re: settlement; phone conference with West Central FS re: their lien | 449 |
| 3492.0103 | 12/15/2004 | 9 | P | 70 | 175.00 | 1.75 | 306.25 | review documents received from attorney O'Donnell; phone conference with Judy Davidson re: status; phone conference with Bob Davis and West Central FS; phone conference with attorney O'Donnell | 447 |
| 3492.0103 | 12/16/2004 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | review additional search results received from CSC Services; review e-mails from attorneys Barash and O'Donnell | 448 |
| 3492.0103 | 12/17/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | draft escrow agreement; e-mail same to attorneys for defendants, title company and client; phone conference with Judy Davidson | 450 |
| 3492.0103 | 12/18/2004 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | prepare first draft of Agreed Order to be entered by court | 451 |
| 3492.0103 | 12/20/2004 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | revise agreed order; e-mail same to attorneys and to client; phone conferences with attorneys O'Donnell and Barash and with client re: issues related to upcoming hearing on December 22 | 452 |
| 3492.0103 | 12/21/2004 | 9 | P | 20 | 175.00 | 0.40 | 70.00 | phone conferences with attorney Barash and with Judy Davidson re: status | 453 |
| 3492.0103 | 12/22/2004 | 9 | P | 20 | 175.00 | 1.50 | 262.50 | phone conferences with attorneys Barash and O'Donnell; appear in Court on Continued Citation hearing; phone conference with Judy Davidson re: status | 454 |
| 3492.0103 | 12/23/2004 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | phone conferences with attorney O'Donnell and with Judy Davidson re: status | 455 |
| 3492.0103 | 12/28/2004 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | phone conference with attorney O'Donnell; court appearance on Citation to Discover Assets; left detailed message for Judy Davidson | 456 |
| 3492.0103 | 12/29/2004 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | draft revisions to Agreed Order; e-mail same to attorney O'Donnell | 457 |
| 3492.0103 | 01/13/2005 | 9 | P | 20 | 175.00 | 0.20 | 35.00 | phone conference with attorney O'Donnell re: status of order | 458 |
| 3492.0103 | 01/18/2005 | 9 | P | 100 | | | 521.50 | CSC - UCC SEARCH | 39 |
| 3492.0103 | 01/25/2005 | 30 | P | 70 | 150.00 | 1.70 | 255.00 | Attend and participate in 341 First Meeting of Creditors (Anne Hess); met briefly with Attorney O'Donnell afterward re: status of federal collections case | 459 |
| 3492.0103 | 01/25/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | conference with attorney O'Donnell to exchange agreed order | 461 |
| 3492.0103 | 01/25/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | review schedules filed by Anne in bankruptcy | 466 |
| 3492.0103 | 01/27/2005 | 30 | P | 70 | 150.00 | 0.20 | 30.00 | Receipt, review of letter from Trustee Clark re: Entry of Appearance | 463 |
| 3492.0103 | 01/28/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | assemble documents to be sent to Judge Gorman in connection with entry of agreed order; instructions to assistant | 460 |
| 3492.0103 | 01/29/2005 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review correspondence from Trustee; prepare proof of claim to be filed in bankruptcy; instructions to assistant | 462 |
| 3492.0103 | 02/11/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | phone conference with Judy Davidson re: status; attempts to | 464 |

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 3492.0103 JOHN DEERE CREDIT SERVICES, INC.** | | | | | | | | | |
| 3492.0103 | 02/15/2005 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | reach Terrill Title and attorney O'Donnell conference with Judy Davidson and Paul Whelan re: seizing land owned by Scott Hess to apply to judgment previously obtained. | 465 |
| 3492.0103 | 02/17/2005 | 9 | P | 20 | 175.00 | 0.40 | 70.00 | phone conference with Judy re: real estate; e-mail deeds to Judy | 388 |
| 3492.0103 | 02/18/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review e-mail from Judy; compile list of equipment and e-mail same to Judy | 389 |
| 3492.0103 | 02/18/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review additional e-mails from Judy; respond to same regarding West Central FS lien | 390 |
| 3492.0103 | 02/20/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with attorney Barash re: status of payment by Scott | 387 |
| 3492.0103 | 02/21/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Att. Corrigan to discuss procedure for proceeding to foreclose on farm land included in Debtor's Chapter 12 Plan | 403 |
| 3492.0103 | 02/23/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with Judy re: status | 391 |
| 3492.0103 | 02/24/2005 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | phone conference with Judy Davidson; e-mails to and from Judy; research in anticipation of preparing Motion for Relief from Stay; finalized Proof of Claim to be filed in Bankruptcy | 392 |
| 3492.0103 | 02/25/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with Judy re: Citizen's Bank lien; e-mails to and from Judy | 393 |
| 3492.0103 | 02/26/2005 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | finalized Motion for Relief from Automatic Stay | 394 |
| 3492.0103 | 02/28/2005 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | phone conferences with client and attorney O'Donnell re: issues related to claim; review e-mail from attorney Barash; prepare Motion for Relief from Automatic Stay as to Co-Debtor | 396 |
| 3492.0103 | 02/28/2005 | 28 | P | 70 | 175.00 | 1.00 | 175.00 | Review draft of motion for relief, review Chapter 12 provision with regard to Chapter 12 docket report on Hess' Chapter 12;telephone conference with Chapter 12 trustee to discuss matter and analysis whether motion for relief against Ms. Hess should be pursued at this time;conference with Attorney Corrigan to discuss Deere's position and discuss need for motion for relief from co-debtor stay vs. Ms. Hess | 404 |
| 3492.0103 | 03/01/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | phone conference with attorney Pam Wilcox re: status of Scott filing bankruptcy; left detailed message for Judy re: status | 395 |
| 3492.0103 | 03/10/2005 | | P | 90 | | | 6951.25 | PAYMENT - THANK YOU FOR YOUR PAYMENT # 1162946, MAC | 16 |
| 3492.0103 | 03/11/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review correspondence from attorney Lindstrom | 397 |
| 3492.0103 | 03/14/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | instructions to assistant | 399 |
| 3492.0103 | 03/15/2005 | 28 | P | 70 | 175.00 | 0.45 | 78.75 | Review proposed motion for relief from stay and from co-debtor stay and suggest modifications to same;conference with Ms. Corrigan regarding same | 405 |
| 3492.0103 | 03/16/2005 | 9 | P | 100 | | | 150.00 | U.S. BANKRUPTCY COURT - FILING FEE | 29 |
| 3492.0103 | 03/16/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review e-mails from Bankruptcy Court; phone conference with Paul Whelan re: status | 398 |
| 3492.0103 | 03/18/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | instructions to assistant; dictate correspondence to attorney Lindstrom | 400 |
| 3492.0103 | 03/24/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with Paul Whelan and Mark Brownfield re: status | 401 |
| 3492.0103 | 03/24/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Office conference with Attorney Corrigan to discuss merits of an response to be made to scheme for attempting to place Deere in position superior to West Central with regard to one-half of Hess farm equipment | 406 |
| 3492.0103 | 04/05/2005 | 9 | P | 4 | 175.00 | 0.75 | 131.25 | correspondence to Ken Harp; review file for status regarding response/objection to Motion for Relief from Co-Debtor Stay | 402 |
| 3492.0103 | 04/05/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conferences with attorneys O'Donnell and Lindstrom; phone conference with Ken Harp | 408 |
| 3492.0103 | 04/05/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Attorney Corrigan to discuss Deere's position with regard to request of Mrs. Hess to intervene in declaratory judgment action filed by her and related matters | 420 |
| 3492.0103 | 04/06/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conferences with Paul Whelan, auction company and Terrill Title re: various pending issues; correspondence to Terrill Title; correspondence to attorney O'Donnell | 407 |
| 3492.0103 | 04/07/2005 | 9 | P | 100 | | | 32.00 | MCDONOUGH COUNTY RECORDER - RECORDING FEE | 30 |
| 3492.0103 | 04/07/2005 | 9 | P | 100 | | | 41.00 | FULTON COUNTY RECORDER - RECORDING FEE | 31 |
| 3492.0103 | 04/07/2005 | 9 | P | 100 | | | 150.00 | TERRILL TITLE & ABSTRACT CO. & INC. - FEE | 32 |
| 3492.0103 | 04/07/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conferences with ADM and with Paul Whelan; fax legal descriptions to Lowderman Auction | 409 |
| 3492.0103 | 04/12/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Attorney Corrigan to discuss status of matter and discuss proposed 3rd party citation to be served on Cargill | 421 |
| 3492.0103 | 04/12/2005 | 9 | P | 70 | 175.00 | 1.25 | 218.75 | phone conference with Cargill re: status of grain contracts with Scott Hess; prepare Citation against Cargill; instructions to assistant re: Charles Hess Citation; phone conference with Paul Whelan re: status | 423 |
| 3492.0103 | 04/13/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conferences with attorney Judd and Paul Whelan re: various pending issues; phone conference with Judge Perkins' clerk re: whether Judge Perkins will recuse himself. | 410 |
| 3492.0103 | 04/14/2005 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | phone conference with Charles Hess re: his claim for | 411 |

1:04-cv-01175-MMM-JAG     # 81-3     Page 5 of 8 Gogachen, Lawless, Trager & Slevin

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 3492.0103 JOHN DEERE CREDIT SERVICES, INC.** | | | | | | | | | |
| | | | | | | | | landlord's lien; prepare Pretrial statement; phone conference with attorney Barash and attorney O'Donnell; e-mail to Paul Whelan | |
| 3492.0103 | 04/15/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conference with Charles Hess; research priority of landlord lien | 412 |
| 3492.0103 | 04/15/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Attorney Corrigan to discuss and review statute regard landlord's lien | 422 |
| 3492.0103 | 04/19/2005 | 9 | P | 100 | | | 26.00 | U.S. DISTRICT COURT - TRANSCRIPT FEE | 33 |
| 3492.0103 | 04/19/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conference with attorney Barash; review documentation received from Charles Hess; e-mail to Paul Whelan; review e-mails from Mark Troline and Barry Barash | 413 |
| 3492.0103 | 04/20/2005 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | review several e-mails re: case; review Amended Complaint received from attorney Barash; review claim filed by Charles and Wilma Hess; review claim filed by Kevin and Suanne Waymack; phone conferences with Paul Whelan, Ken Harp and ADM facility in Havana re: various pending issues | 414 |
| 3492.0103 | 04/22/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conference with auction company; e-mail to client; phone conference with Paul Whelan | 415 |
| 3492.0103 | 04/25/2005 | 9 | P | 100 | | | 18.45 | FEDEX | 34 |
| 3492.0103 | 04/25/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | phone conferences with Cargill, Inc. attorney and with Lowderman Auction. | 416 |
| 3492.0103 | 04/27/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conference with Paul Whelan re: contract with auction company; review auction contract | 417 |
| 3492.0103 | 04/28/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conferences with Paul Whelan and Ken Harp re: appraisal; e-mail to Paul Whelan | 418 |
| 3492.0103 | 04/29/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | phone conferences with Ken Harp and Paul Whelan re: appraisal | 419 |
| 3492.0103 | 05/03/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | phone conference with Judy Davidson re: proceeding with auction; phone conference with Jack Lowderman re: same | 356 |
| 3492.0103 | 05/04/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conferences with Judy Davidson, attorney Barash and Jack Lowderman re: various pending issues | 355 |
| 3492.0103 | 05/09/2005 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | court appearance in bankruptcy court on various pending matters; conference with attorneys and with Charles Hess | 358 |
| 3492.0103 | 05/10/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | prepare Order on Motion for Relief from Co-Debtor Stay | 359 |
| 3492.0103 | 05/10/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Conference with Attorney Corrigan re: status | 384 |
| 3492.0103 | 05/11/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with attorney Alan Marsh re: Cargill Citation | 357 |
| 3492.0103 | 05/11/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | phone conferences with Judy Davidson, Ken Harp and attorney Steve Holland re: various pending issues related to sale and appraisal; phone conference with attorney Alan Marsh re: Cargill Citation | 360 |
| 3492.0103 | 05/12/2005 | 9 | P | 70 | 175.00 | 0.60 | 105.00 | review correspondence and documentation received from attorney Steve Holland; phone conference with Judy re: auction; phone conference with attorney Holland re: Steve Hess lease | 361 |
| 3492.0103 | 05/13/2005 | 9 | P | 70 | 175.00 | 5.00 | 875.00 | attend auction of Scott Hess property in Bushnell; conference with Steve and Phyllis Hess; phone conference with Judy re: status | 362 |
| 3492.0103 | 05/13/2005 | 28 | P | 70 | 175.00 | 0.25 | 43.75 | Telephone conference with Attorney Corrigan to discuss possible Chapter 7 filing by Scott Hess prior to auction of farmland signed over to Deere | 385 |
| 3492.0103 | 05/16/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | correspondence to Pat Coker; correspondence to Judy Davidson | 363 |
| 3492.0103 | 05/16/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review correspondence and documentation received from attorney for Cargill; phone conference with attorney Barash | 364 |
| 3492.0103 | 05/17/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | correspondence to Judy; correspondence to attorney Barash; instructions to assistant | 365 |
| 3492.0103 | 05/17/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | prepare Answer to First Amended Complaint for Declaratory Relief filed by attorney Barash | 366 |
| 3492.0103 | 05/18/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Notice to Produce Documents received from attorney Barash and directed to West Central FS; review Chapter 12 Preliminary Confirmation Hearing Order received from Court; review Order Granting Debtor's Motion for Extension of Time to File Chapter 12 Plan | 367 |
| 3492.0103 | 05/18/2005 | 34 | P | 70 | | 4.00 | 0.00 | Research/memo to MAC regarding landlord's liens | 373 |
| 3492.0103 | 05/19/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with Charles Hess re: his claim for landlord's lien | 368 |
| 3492.0103 | 05/23/2005 | 9 | P | 25 | 175.00 | 0.50 | 87.50 | review signed contracts received from client; correspondence to attorney Holland | 369 |
| 3492.0103 | 05/23/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | review Chapter 12 Plan filed by attorney Barash; review preliminary confirmation order and order regarding filing of plan received from court | 372 |
| 3492.0103 | 05/24/2005 | 9 | P | 4 | 175.00 | 0.40 | 70.00 | correspondence to attorney Holland and to Terrill Title | 370 |
| 3492.0103 | 05/25/2005 | 9 | P | 70 | 175.00 | 0.30 | 52.50 | review e-mail from Judy; e-mail to Judy | 371 |
| 3492.0103 | 05/25/2005 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review Order rescheduling confirmation hearing | 375 |
| 3492.0103 | 06/01/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | review stipulation between Anne Hess and Citizen's Bank received from attorney Barash | 374 |
| 3492.0103 | 06/01/2005 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review Order for Relief From Co-Debtor Stay regarding JP Morgan Chase Bank's Motion | 376 |

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 3492.0103 JOHN DEERE CREDIT SERVICES, INC. | | | | | | | | | |
| 3492.0103 | 06/01/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Request for Admissions and Interrogatories from FS Financial to Anne Hess; dictate correspondence to Judy | 377 |
| 3492.0103 | 06/02/2005 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | review correspondence from attorney Holland; phone conference with Terrill Title; correspondence to Terrill Title; draft corporate warranty deeds and corporate resolutions to convey property | 378 |
| 3492.0103 | 06/06/2005 | | P | 90 | | | 5081.20 | PAYMENT - THANK YOU FOR YOUR PAYMENT # 1183536, MAC | 15 |
| 3492.0103 | 06/06/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | e-mail to Judy | 379 |
| 3492.0103 | 06/07/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | review e-mail from Terry Gibson; e-mail to Terry | 380 |
| 3492.0103 | 06/08/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conferences with Judy Davidson; phone conference with attorney Holland; e-mail to attorney Holland; e-mail to Judy | 381 |
| 3492.0103 | 06/09/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | review e-mails from Terry Gibson; phone conferences with Judy and with Terry re: deed and corporate authorization required by Terrill Title; review proposed certification received from Terry; e-mail same to Terrill Title | 382 |
| 3492.0103 | 06/14/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conferences with client and with Terrill Title re: ALTA Statement; revise statement and e-mail same to client and to Terrill Title | 383 |
| 3492.0103 | 06/15/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review e-mails from client; e-mail to Terrill Title; phone conference with Steve Hess re: survey | 386 |
| 3492.0103 | 06/16/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | review signed documents received from client; review closing statements received from Terrill Title; phone conferences with clients and with Terrill Title re: closing | 318 |
| 3492.0103 | 06/16/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with attorney Lindstrom re: Farm Credit claim and issues related to Anne Hess' bankruptcy | 319 |
| 3492.0103 | 06/17/2005 | 9 | P | 70 | 175.00 | 6.00 | 1050.00 | attend closings in Macomb for sale of farm land | 320 |
| 3492.0103 | 06/21/2005 | 9 | P | 100 | | | 114.00 | MARY A. CORRIGAN - MILEAGE (2) TO MACOMB ON 5/13 & 6/17 | 26 |
| 3492.0103 | 07/11/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | review Motion to Withdraw filed by attorney O'Donnell and Notice of Hearing scheduling same | 323 |
| 3492.0103 | 07/12/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | phone conference with attorney Barash; e-mails to and from attorney Lindstrom | 321 |
| 3492.0103 | 07/12/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | review objection to Charles and Wilma Hess claim received from attorney Barash | 322 |
| 3492.0103 | 07/13/2005 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | preparation for and attendance at pre-trial hearing in bankruptcy court; conference with attorneys Lindstrom and Barash re: settlement | 324 |
| 3492.0103 | 07/13/2005 | 9 | P | 70 | 175.00 | 0.20 | 35.00 | phone conference with Paul Whelan re: status | 325 |
| 3492.0103 | 07/22/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | prepare Citation to Discover Assets against ADM | 326 |
| 3492.0103 | 07/26/2005 | 9 | P | 70 | 175.00 | 0.30 | 52.50 | e-mail to Judy re: status | 327 |
| 3492.0103 | 07/27/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | e-mails to and from Judy Davidson; participate in conference call with Court on attorney O'Donnell's Motion to Withdraw and Cargill's Motion for Interpleader | 328 |
| 3492.0103 | 07/28/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | phone conference with attorney Lindstrom re: issues related to various claims; review responses to discovery filed by attorney Lindstrom | 329 |
| 3492.0103 | 07/29/2005 | | P | 90 | | | 3885.00 | PAYMENT - THANK YOU FOR YOUR PAYMENT # 1194593, MAC | 14 |
| 3492.0103 | 07/29/2005 | 11 | P | 2 | 175.00 | 3.10 | 542.50 | Review state law claim vs Deere Credit and others filed by Charles and Wilma Hess, review federal interpleader motion and order against state law claim. Review federal authorities re removal of state law claim or alternatively enjoining state law claim. Prepare draft letter to Attorney for Charles and Wilma Hess. Prepare letter to counsel for Cargill Inc. and West Central FS. | 330 |
| 3492.0103 | 08/02/2005 | 11 | P | 2 | 175.00 | 0.25 | 43.75 | Phone with Judy Davidson re: injunction to enjoin Fulton County action concerning Cargill funds. | 331 |
| 3492.0103 | 08/04/2005 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review certificate of service filed by Cargill in interpleader proceedings | 354 |
| 3492.0103 | 08/10/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | prepare Objection to Chapter 12 Plan | 333 |
| 3492.0103 | 08/12/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Motion for Default and Motion to Compel filed by attorney Barash; review Responses filed by attorney Lindstrom | 332 |
| 3492.0103 | 08/16/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with attorney Brad Riley at ADM re: Third Party Citation | 334 |
| 3492.0103 | 08/17/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | court appearance in bankruptcy court on various pending matters; e-mail to client | 335 |
| 3492.0103 | 08/18/2005 | 33 | P | 70 | 75.00 | 2.00 | 150.00 | Legal research re 2-619 Motion to Dismiss, pending Federal action; worked on 2-619 Motion to Dismiss; Fulton County Complaint; research. | 345 |
| 3492.0103 | 08/19/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | phone conferences with Charles Hess and with attorney Marsh re: issues related to Fulton County case; phone conference with Magistrate Gorman's office re: need for interpleader | 336 |
| 3492.0103 | 08/19/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | phone conference with attorney Brad Riley re: need to file interpleader action | 337 |
| 3492.0103 | 08/19/2005 | 33 | P | 70 | 75.00 | 1.40 | 105.00 | prepare initial draft of 2-619 Motion to Dismiss; copies to MAC & MMW; memo to MMW re 2-619 Motion to Dismiss. | 346 |

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 3492.0103 JOHN DEERE CREDIT SERVICES, INC.** | | | | | | | | | |
| 3492.0103 | 08/23/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | conference with attorney Kenney from ADM re: interpleader action | 338 |
| 3492.0103 | 08/23/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | review documentation received from ADM; dictate correspondence to Judy and to attorneys Barash and Lindstrom | 340 |
| 3492.0103 | 08/24/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | conference with attorney Waters re: status of ADM and Cargill issues | 339 |
| 3492.0103 | 08/25/2005 | 9 | P | 100 | | | 69.00 | CIRCUIT CLERK OF MC DONOUGH COUNTY FILING FEE FOR MOT TO DISMISS | 27 |
| 3492.0103 | 08/25/2005 | 9 | P | 100 | | | 13.65 | Express mail - Circuit Clerk - McDonough County | 28 |
| 3492.0103 | 08/25/2005 | 9 | P | 70 | 175.00 | 0.30 | 52.50 | phone conference with attorney Borah; conference with attorney Waters re: issues related to Charles Hess' claims | 341 |
| 3492.0103 | 08/25/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | prepare Motion to Continue Citation Hearing; correspondence to attorneys Kenney, Barash and Lindstrom; correspondence to Judy Davidson | 342 |
| 3492.0103 | 08/25/2005 | 11 | P | 70 | 175.00 | 1.50 | 262.50 | finalize Motion to Dismiss State Court action | 343 |
| 3492.0103 | 08/26/2005 | 11 | P | 2 | 175.00 | 0.50 | 87.50 | Conference with attorney for West Central re: strategies in dealing with Charles Hess claims. | 308 |
| 3492.0103 | 08/26/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review e-mail from attorney Borah; e-mail to attorney Borah; phone conference with attorney Lindstrom re: offer received from Charles | 344 |
| 3492.0103 | 08/29/2005 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review signed order received from Magistrate Gorman's office | 347 |
| 3492.0103 | 08/30/2005 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | review Motion to Dismiss received from attorney for Cargill for McDonough County case; e-mail to Judy | 348 |
| 3492.0103 | 08/31/2005 | 11 | P | 2 | 175.00 | 2.40 | 420.00 | Research, Prepare Motion to Determine Interest in Property Subject to Citation Proceeding (Cargill and ADM). prepare two proposed orders. | 349 |
| 3492.0103 | 09/01/2005 | 11 | P | 2 | 175.00 | 0.50 | 87.50 | Review and verify venue in light of miscaptioned Complaint (McDonough County matter); letter to Attorney Borah; letter to Judy Davidson of Deere. | 309 |
| 3492.0103 | 09/06/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Motion and Memorandum filed by attorneys for Charles Hess in federal proceedings. | 350 |
| 3492.0103 | 09/07/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | review correspondence from attorney Lindstrom; correspondence to Judy Davidson; phone conference with attorney Lindstrom | 351 |
| 3492.0103 | 09/14/2005 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | prepare Response to 12(b)(2) Motion to Dismiss filed by Charles Hess | 352 |
| 3492.0103 | 09/15/2005 | 11 | P | 2 | 175.00 | 3.10 | 542.50 | Review Cargill's Response to Charles Hess's Motion to Dismiss Pursuant to Rule 12(b); research to revise and finalize Deere's Response to Hess's Motion. | 310 |
| 3492.0103 | 09/19/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Response to Motion to Determine Interest in Property filed by attorneys for Charles Hess; phone conference with attorney Judd re: issues related to various pending claims | 353 |
| 3492.0103 | 09/23/2005 | 11 | P | 2 | 175.00 | 1.70 | 297.50 | Receipt and review of Charles Hess's Motion for Leave to File Reply and Proposed Reply in Support of Motion to Dismiss; preliminary legal research; preparation of first draft of response. | 311 |
| 3492.0103 | 09/27/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | phone conferences with Louise DiFalco and with Judy Davidson re: meeting with Louise to get financial information regarding Scott Hess | 305 |
| 3492.0103 | 09/28/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | review correspondence from attorney Lindstrom. | 306 |
| 3492.0103 | 09/29/2005 | 9 | P | 70 | 175.00 | 2.50 | 437.50 | conference with Louise DiFalco; phone conference with Judy re: results of conference with Louise. | 307 |
| 3492.0103 | 10/07/2005 | 11 | P | 2 | 175.00 | 1.50 | 262.50 | Legal research, prepare Motion for Leave to File Surreply to Hess's Reply; and prepare Surreply. | 316 |
| 3492.0103 | 10/12/2005 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | appear at status conference in bankruptcy court; conference with several attorneys re: issues related to the various proceedings | 313 |
| 3492.0103 | 10/13/2005 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | review e-mail from attorney Barash | 314 |
| 3492.0103 | 10/14/2005 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | correspondence to attorney O'Neal | 312 |
| 3492.0103 | 11/08/2005 | 9 | P | 2 | 175.00 | 1.00 | 175.00 | court appearance on various pending motions; phone conference with client | 315 |
| 3492.0103 | 11/23/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Motion for Extension of Time received from attorney Judd; review discovery documents received from attorney Lindstrom | 317 |
| 3492.0103 | 12/08/2005 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review Motion for Default filed on behalf of West Central FS against Anne Hess | 302 |
| 3492.0103 | 12/09/2005 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | review Motion to Extend Deadline filed on behalf of Kevin and Suzanne Waymack; e-mail to Judy re: status | 303 |
| 3492.0103 | 12/12/2005 | 9 | P | 2 | 175.00 | 2.00 | 350.00 | preparation for and attendance at court appearance on pending motions; conference with all attorneys involved with case; e-mail to Judy re: status | 304 |
| 3492.0103 | 12/28/2005 | | P | 90 | | | 2546.25 | PAYMENT - THANK YOU FOR YOUR PAYMENT # 1227161, MAC | 13 |
| 3492.0103 | 01/18/2006 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | Phone conferences with Attorneys Judd, Lindstrom & Barash regard upcoming hearing in Federal Court | 291 |
| 3492.0103 | 01/19/2006 | 11 | P | 2 | 175.00 | 1.10 | 192.50 | Review documents perinent to upcominmg hearing, prepare timetable and statteemnt of facts tocirulate to other parties. | 292 |

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 3492.0103 JOHN DEERE CREDIT SERVICES, INC.** | | | | | | | | | |
| 3492.0103 | 01/20/2006 | 9 | P | 70 | 175.00 | 1.25 | 218.75 | Prepare initial draft of statement of facts in anticipation of upcoming hearing; e-mail to Judy | 295 |
| 3492.0103 | 01/26/2006 | 11 | P | 2 | 175.00 | 1.75 | 306.25 | Appear at motion hearing / status conference    Prepare draft notice to claimants | 293 |
| 3492.0103 | 01/26/2006 | 11 | P | 2 | 175.00 | | 0.00 | court appearance | 294 |
| 3492.0103 | 01/26/2006 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | E=mail to Judy regard status | 296 |
| 3492.0103 | 01/27/2006 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | Phone conference with Attorneys Judd & Barash regard pending federal actions | 297 |
| 3492.0103 | 02/06/2006 | | P | 90 | | | 6147.90 | PAYMENT - THANK YOU FOR YOUR PAYMENT # 1236989, MAC | 12 |
| 3492.0103 | 02/22/2006 | 9 | P | 70 | 175.00 | 0.75 | 131.25 | Review deed received from Attorney Lindstrom;phone conference with Attorney Barash;phone conference with client; calculate current amount due | 301 |
| 3492.0103 | 02/23/2006 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | Prepare for phone conference with Judge Mihm | 300 |
| 3492.0103 | 02/24/2006 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | Participate in conference call with Judge Mihm;phone conference with Attorney Barash | 299 |
| 3492.0103 | 02/28/2006 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | e-mail to Judy Davidson; prepare statement to be sent to Magistrate Gorman for settlement conference | 298 |
| 3492.0103 | 03/01/2006 | 11 | P | 2 | 175.00 | 0.50 | 87.50 | Prepare noticeto ADM per court's order. | 256 |
| 3492.0103 | 03/01/2006 | 11 | P | 2 | 175.00 | | 0.00 | court appearance | 257 |
| 3492.0103 | 03/01/2006 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | Phone conference with Judy regard upcoming settlement conference;brief conference with Attorney Waters regard issues related to settlement;revise settlement statement | 258 |
| 3492.0103 | 03/02/2006 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | Phone conference with Tom O'Neal regard settlement conference and related issues | 266 |
| 3492.0103 | 03/03/2006 | 9 | P | 70 | 175.00 | 3.00 | 525.00 | Preparation for and attendance at settlement conference with Magistrate Gorman | 267 |
| 3492.0103 | 03/06/2006 | 9 | P | 70 | 175.00 | 2.00 | 350.00 | Review email from Attorney Barash;phone conferences with Judy;emails to & from Judy;phone conferences with Judge Gorman and with Attorneys Judd & Barash | 265 |
| 3492.0103 | 03/07/2006 | 9 | P | 70 | 175.00 | 1.50 | 262.50 | Review e-mails from Attorney Barash; phone conferences with Attorney Barash and with Judy; review proposed Stipulation; e-mail to Attorney Barash regarding changes to Order; review docket entry received from Judge Gorman | 285 |
| 3492.0103 | 03/15/2006 | 9 | P | 70 | 175.00 | 1.00 | 175.00 | Court appearance in bankruptcy court for approval of settlement. | 284 |
| 3492.0103 | 03/17/2006 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | Review various filings received from bankruptcy court in connection with settlement. | 283 |
| 3492.0103 | 03/20/2006 | 9 | P | 70 | 175.00 | 0.40 | 70.00 | review various filings received from federal court | 287 |
| 3492.0103 | 03/21/2006 | 9 | P | 70 | 175.00 | 0.25 | 43.75 | review Notice of Auction Sale received from attorney Barash | 288 |
| 3492.0103 | 03/27/2006 | 9 | P | 70 | 175.00 | 0.50 | 87.50 | Review Application for Compensation filed by Attorney Barash | 286 |
| 3492.0103 | 03/28/2006 | 9 | P | 70 | 175.00 | 0.15 | 26.25 | review notice regarding closing of adversary case received from bankruptcy court | 289 |
| 3492.0103 | 03/28/2006 | 9 | P | 70 | 175.00 | 1.25 | 218.75 | prepare Affidavit of Amounts Owed to Deere Credit and exhibits to be attached to Affidavit; forward same to client for review; instructions to assistant re:  filing Affidavit | 290 |

**Total for Client ID 3492.0103**

| | | | |
|---|---:|---:|---|
| Billable | 204.30 | 36877.37 | JOHN DEERE CREDIT SERVICES, INC. |
| Non-billable | 0.20 | 0.00 | HESS, SCOTT & ANNA |
| Total | 204.50 | 36877.37 | |
| Payments | | 32974.87 | |

**GRAND TOTALS**

| | | |
|---|---:|---:|
| Billable | 204.30 | 36877.37 |
| Non-billable | 0.20 | 0.00 |
| Total | 204.50 | 36877.37 |
| Payments | | 32974.87 |